*BIAX Corporation v. Intel*
**Civil Action No. 2:05-cv-184-TJW**

**EXHIBIT 5
(PART 1)
FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Case 2:05-cv-00184-TJW-CE Document

US005765037A

# United States Patent [19]

## Morrison et al.

[11] Patent Number: 5,765,037
[45] Date of Patent: Jun. 9, 1998

[54] **SYSTEM FOR EXECUTING INSTRUCTIONS WITH DELAYED FIRING TIMES**

[75] Inventors: **Gordon Edward Morrison**, Denver; **Christopher Bancroft Brooks**; **Frederick George Gluck**, both of Boulder, all of Colo.

[73] Assignee: **Biax Corporation**, Palm Beach Gardens, Fla.

[21] Appl. No.: **480,841**

[22] Filed: **Jun. 7, 1995**

**Related U.S. Application Data**

[62] Division of Ser. No. 254,687, Jun. 6, 1994, Pat. No. 5,517, 628, which is a division of Ser. No. 93,794, Jul. 19, 1993, abandoned, which is a continuation of Ser. No. 913,736, Jul. 14, 1992, abandoned, which is a continuation of Ser. No. 560,093, Jul. 30, 1990, abandoned, which is a division of Ser. No. 372,247, Jun. 26, 1989, Pat. No. 5,021,945, which is a division of Ser. No. 794,221, Oct. 31, 1985, Pat. No. 4,847,755.

[51] Int. Cl.$^6$ ..................................................... **G06F 9/40**
[52] U.S. Cl. ........................... **395/557**; 395/391; 395/559; 395/800.21; 395/580
[58] Field of Search .................... 395/375, 550, 395/391, 595, 557, 559, 800.21, 580

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,200,912 | 4/1980 | Harrington et al. | 395/742 |
| 4,229,790 | 10/1980 | Gilliland et al. | 395/671 |
| 4,247,894 | 1/1981 | Beismann et al. | 395/737 |
| 4,250,546 | 2/1981 | Boney et al. | 395/735 |
| 4,342,078 | 7/1982 | Tredennick et al. | 395/387 |
| 4,430,707 | 2/1984 | Kim | 395/670 |
| 4,466,061 | 8/1984 | DeSantis | 395/676 |
| 4,532,589 | 7/1985 | Shintani et al. | 395/393 |
| 4,598,400 | 7/1986 | Hillis | 370/400 |
| 4,833,599 | 5/1989 | Colwell et al. | 395/583 |

OTHER PUBLICATIONS

Chang et al., "801 Storage: Architecture and Programming," IBM T.J. Watson Research Center, 1988, 0734–2071/88/ 0200–0028, pp. 29–50.

Colwell et al., "A VLIW Architecture for a Trace Scheduling Compiler." Second International Conference on ASPLOS–II, Oct. 5–8, 1987, pp. 1–23.
Davis, "Tomorrow's Computers—The Challenges," IEEE Spectrum, Nov. 1981?, pp. 94–99.
Ellis, "Bulldog: A Compiler for VLIW Architectures," MIT, 1986.
Gross et al., "Optimizing Delayed Branches," IEEE, 15th Annual Workshop on Microprogramming, 1982, 0194–1895/82/0000–0014, pp. 114–120.
Hagiwara et al., "A Dynamically Microprogrammable Computer with Low–Level Parallelism," IEEE, Jul. 1980, 0018–9340/80/0700–0577, vol. C–29, No. 7, pp. 577–594.
Hennessy et al., "The MIPS Machine," IEEE, 1982, CH1739–2/82/0000–0002, vol. C–24, pp. 2–7.
Hennessy et al., "Postpass Code Optimization of Pipeline Constraints," ACM Transactions on Programming Languages and Systems, Jul. 1983, ACM 0164–0925/83/ 0700–0422, vol. 5, No. 3, pp. 442–448.

(List continued on next page.)

*Primary Examiner*—Kenneth S. Kim
*Attorney, Agent, or Firm*—Fish & Richardson P.C.

[57] **ABSTRACT**

A system and method reorder instructions for effecting faster branch execution. A processor element is coupled to receive stored instructions in a first order, and to process the received instructions in a different order, the processing occurring after each stored instruction of a first type is issued, and after a delay time, after each stored instruction of a second type is issued. The delay time is based on a delay value associated with the second type of instructions. In particular, the instructions include branch and non-branch instruction wherein firing time information identifies a time of execution of the branch instruction which is a variable number of instructions cycles prior to a time of execution of a last to be executed instruction in a basic block. Accordingly, branch instructions can be completely executed no later than during the processing of the last to be executed non-branch instruction in the basic block thereby speeding up overall processing of the software program by the system.

**29 Claims, 17 Drawing Sheets**



OTHER PUBLICATIONS

Hennessy, "VLSI Processor Architecture," IEEE Transactions on Computers, 0018–9340/84/1200–1221, vol. C–33, No. 12, pp. 1221–1246, 1984.

Hennessy, "VLSI RISC Processors," *VLSI Systems Design*, Oct. 1985, pp. 22–24, 28, 32.

McDowell et al., "Processor Scheduling for Linearly Connected Parallel Processors," IEEE Transactions on Computers, 1986, 0018–9340/86/0700–0632, vol. C–35, No. 7, pp. 633–638.

McDowell, "A Simple Architecture for Low Level Parallelism," IEEE, 1983, 0190–3918/83/0000/0472, pp. 472–477.

McDowell, "SIMAC: A Simple Multiple ALU Computer," University of California, San Diego, 1983.

Patterson et al., "The Case for the Reduced Instruction Set Computer," University of California, Berkeley, pp. 25–32.

Patterson , "Reduced Instruction Set Computers," Communications of the ACM, Jan. 1985, vol. 28, No. 1, pp. 8–21.

Patterson, "Microprogramming," pp. 50–57.

Radin, "The 801 Minicomputer," *Computer Architecture News*, Apr. 1982, ACM 0–89791–066–4 82/03/0039, vol. 10, No. 2, 39–47.

Tomita et al., "A User–Microprogrammable, Local Host Computer with Low–Level Parallelism," Communications of the ACM, 0149–7111/83/0600/0151, pp. 151–157, 1983.

*Alpha Architecture Reference Manual*, Digital, 1992.

*PowerPC 601 RISC Microprocessor User's Manual*, IBM, 1993.

*Intel MCS–80 User's Manual*, Intel, Oct. 1977.

Heinrich, *MIPS Microprocessor R4000 User's Manual*, MIPS Technologies, Inc., 1993.

*MC68030 Enhanced 32–Bit Microprocessor User's Manual*, Second Edition, Motorola, Inc., 1989.



FIG. 1

FIG. 2 PRIOR ART

FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7a

FIG. 7b

FIG. 7c

**U.S. Patent**        Jun. 9, 1998        Sheet 5 of 17        **5,765,037**



FIG. 8



FIG. 9



FIG. 10



FIG.11



**FIG. 12**



**FIG. 13**



**FIG. 14**



FIG. 15



FIG. 16



FIG. 17