*BIAX Corporation v. Intel*
**Civil Action No. 2:05-cv-184-TJW**

# EXHIBIT 2
# (PART 1)



U 1213810

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 19, 2004

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *5,021,945*
ISSUE DATE: *June 04, 1991*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. L. JACKSON
Certifying Officer

BIA0001122

# United States Patent [19]
## Morrison et al.

[11] Patent Number: **5,021,945**
[45] Date of Patent: **Jun. 4, 1991**

[54] **PARALLEL PROCESSOR SYSTEM FOR PROCESSING NATURAL CONCURRENCIES AND METHOD THEREFOR**

[75] Inventors: Gordon E. Morrison, Denver; Christopher B. Brooks; Frederick G. Gluck, both of Boulder, all of Colo.

[73] Assignee: MCC Development, Ltd., Boulder, Colo.

[21] Appl. No.: 372,247

[22] Filed: Jun. 26, 1989

**Related U.S. Application Data**

[62] Division of Ser. No. 794,221, Oct. 31, 1985, Pat. No. 4,847,755.

[51] Int. Cl.$^5$ .................. G06F 15/16; G06F 9/38
[52] U.S. Cl. .................. 364/200; 364/230.3; 364/228.2; 364/262.4; 364/271.3
[58] Field of Search ... 364/200 MS File, 900 MS File

[56] **References Cited**
U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,343,135 | 9/1967 | Freiman et al. .................. 364/200 |
| 3,611,306 | 10/1971 | Reigel . |
| 3,771,141 | 11/1973 | Culler . |
| 4,104,720 | 8/1978 | Gruner . |
| 4,109,311 | 8/1978 | Blum et al. . |
| 4,153,932 | 5/1979 | Dennis et al. . |
| 4,181,936 | 1/1980 | Kober . |
| 4,228,495 | 10/1980 | Bernhard . |
| 4,229,790 | 10/1980 | Gilliland et al. . |
| 4,241,398 | 12/1980 | Caril . |
| 4,270,167 | 5/1981 | Koehler et al. . |
| 4,430,707 | 2/1984 | Kim . |
| 4,435,758 | 3/1984 | Lorie et al. . |
| 4,466,061 | 8/1984 | De Santis . |
| 4,468,736 | 8/1984 | De Santis . |
| 4,514,807 | 4/1985 | Nogi . |
| 4,574,348 | 3/1986 | Scallon . |

OTHER PUBLICATIONS

Dennis, "Data Flow Supercomputers", Computer, Nov. 1980, pp. 48–56.
Hagiwara, H. et al.; "A Dynamically Microprogrammable, Local Host Computer With Low-Level Parallelism", IEEE Transactions on Computers, C-29, N-7, Jul. 1980, pp. 577–594.
Fisher et al., "Microcode Compaction: Looking Backward and Looking Forward", National Computer Conference, 1981, pp. 95–102.
Fisher et al., "Using an Oracle to Measure Potential Parallelism in Single Instruction Stream Programs", IEEE No. 0194–1895/81/0000/0171, 14th Annual Microprogramming Workshop, Sigmicro, Oct. 1981, pp. 171–182.
J. R. Vanaken et al., "The Expression Processor", IEEE Transactions on Computers, C-30, No. 8, Aug. 1981, pp. 525–536.
Bernhard, "Computing at the Speed Limit", IEEE Spectrum, Jul. 1982, pp. 26–31.
Davis, "Computer Architecture", IEEE Spectrum, Nov. 1983, pp. 94–99.
Hagiwara, H. et al., "A User-Microprogrammable Local Host Computer With Low-Level Parallelism",
(List continued on next page.)

Primary Examiner—Eddie P. Chan
Attorney, Agent, or Firm—Hale and Dorr

[57] **ABSTRACT**

A computer processing system containing a plurality of identical processor elements each of which does not retain execution state information from prior operations. The plurality of identical processor elements operate on a statically compiled program which, based upon detected natural concurrencies in the basic blocks of the programs, provide logical processor numbers and an instruction firing time to each instruction in each basic block. Each processor element is capable of executing instructions on a per instruction basis such that dependent instructions can execute on the same or different processor elements. A given processor element is capable of executing an instruction from one context followed by an instruction from another context through use of shared storage resources.

37 Claims, 17 Drawing Sheets



BIA0001123

5,021,945

Page 2

OTHER PUBLICATIONS

Article, Association for Computing Machinery, #0149-7111/83/0000/0151, 1983, pp. 151-157.

Mc Dowell, Charles Edward, "SIMAC: A Multiple ALU Computer", Dissertation Thesis, University of California, San Diego, 1983 (111 pages).

Mc Dowell, Charles E., "A Simple Architecture for Low Level Parallelism", Proceedings of 1983 International Conference on Parallel Processing, pp. 472-477.

Requa et al., "The Piecewise Data Flow Architecture: Architectural Concepts", IEEE Transactions on Computers, vol. C-32, No. 5, May 1983, pp. 425-438.

Fisher, A. T., "The VLIW Machine: A Multiprocessor for Compiling Scientific Code", Computer, 1984, pp. 45-52.

Fisher et al., "Measuring the Parallelism Available for Very Long Instruction, Word Achitectures", IEEE Transactions on Computers, vol. C-33, No. 11, Nov. 1984, pp. 968-976.

BIA0001124

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 08/18/2004

U.S. Patent     June 4, 1991     Sheet 1 of 17     5,021,945



Fig. 1

Fig. 2 Prior Art

Fig. 3

BIA0001125

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 08/18/2004



Fig. 4

Fig. 5

BIA0001126

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 08/18/2004



Fig. 6

ClibPDF - www.fastio.com
BIA0001127
Copy provided by USPTO from the PIRS Image Database on 08/18/2004



BIA0001128

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 08/18/2004

U.S. Patent     June 4, 1991     Sheet 5 of 17     5,021,945



Fig. 8

BIA0001129

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 08/18/2004



Fig. 9



Fig. 10



Fig. 11

BIA0001132

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 08/18/2004

U.S. Patent        June 4, 1991        Sheet 9 of 17        5,021,945



Fig. 12

BIA0001133

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 08/18/2004

U.S. Patent        June 4, 1991        Sheet 10 of 17        5,021,945



Fig. 13



Fig. 14

BIA0001134

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 08/18/2004