IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BIAX CORPORATION, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. <u>2-05CV-184 (TJW)</u> |
| v | ) |
| | ) |
| INTEL CORPORATION | ) **JURY** |
| | ) |
| and | ) |
| | ) |
| ANALOG DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER DENYING BIAX'S MOTION TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO PATENT RULE 3-7**

After considering the submissions and the arguments of counsel, the Court issues the following order concerning **BIAX'S MOTION TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO PATENT RULE 3-7**:

BIAX's Motion is **DENIED**.

**IT IS SO ORDERED.**