UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BIAX CORPORATION,**<br>    Plaintiff, | §<br>§ | |
| v. | §<br>§ | |
| **INTEL CORPORATION and**<br>**ANALOG DEVICES INC.,**<br>    Defendants. | §<br>§<br>§<br>§ | **CASE NO. 2-05 CV-184 (TJW)** |
| **FREESCALE SEMICONDUCTOR, INC.**<br>    Movant, | §<br>§<br>§ | |
| v. | §<br>§ | |
| **INTEL CORPORATION and**<br>**ANALOG DEVICES INC.,**<br>    Respondents. | §<br>§<br>§ | |

**ORDER GRANTING
FREESCALE SEMICONDUCTOR, INC.'S
UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO
QUASH SUBPOENA AND, ALTERNATIVELY,
MOTION FOR ADDITIONAL PROTECTION BEYOND
THE COURT'S JANUARY 13, 2006 PROTECTIVE ORDER**

Came on for consideration Freescale Semiconductor, Inc.'s Unopposed Motion to Withdraw ("Motion") its Motion to Quash Subpoena, and, Alternatively, Motion for Additional Protection Beyond the Court's January 13, 2006 Protective Order ("Motion to Quash"), and the Court, having reviewed and considered the Motion, finds that it is meritorious and should be granted. It is, therefore:

ORDERED that the Motion be, and hereby is, GRANTED, and the Motion to Quash is hereby withdrawn.

SIGNED this 14th day of June, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

AUS:2672779.1
50961.33

Order prepared and submitted by:

Kell C. Mercer
State Bar No. 24007668
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 472-5456
(512) 226-7324 (fax)

ATTORNEYS FOR FREESCALE SEMICONDUCTOR, INC.

AUS:2672779.1
50961.33