# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BIAX CORPORATION, | ) |
|     Plaintiff/ Counterclaim Defendant, | ) Case No.: 2-05 CV-184 (TJW) ) ) **NOTICE OF NONPARTY DISCOVERY** |
| v. | ) |
| INTEL CORPORATION, | ) |
|     Defendant/Counterclaimant. | ) |
| and | ) |
| ANALOG DEVICES, INC., | ) |
|     Defendant/Counterclaimant. | ) |

PLEASE TAKE NOTICE that, pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, subpoenas (copies of which are attached hereto) have been, or will be, issued by Defendant Intel Corporation ("Intel") directing the following nonparty witnesses to produce documents at the time and place indicated in the subpoenas:

1. Robert A. Elmore

2. Jerry W. Berkstresser

3. COSA Technologies, Inc.

4. E B L Inc.

5. Equipment Investment & Management Company, Inc.

1

6. Livingstone Development LLC

7. Livingstone Holdings Corp.

8. Livingstone Leasing Inc.

9. R.S.L. Management, Inc.

10. Bruce Anderson
    c/o Harry L. Arkin

11. Michael Bevilacqua
    Wilmer Hale LLP

12. BTG International, Inc.

13. Peter Dombrowski

14. Donald Dugger

15. Phillip Eck

16. Gerald Jones

17. Albert John Kullas

18. James B. Lampert
    WilmerHale

19. Mark Lugar

20. McDermott Will & Emery

21. Paul Manka

22. William H. Nikkel

23. Ronald R. Riedesel

24. Rothschild Ventures Inc.

25. Ronald Smith

26. Glenn Strachan

27. Steven J. Weissburg

Dated: June 28, 2006

Respectfully submitted,

/s/ Eric H. Findlay
Eric Findlay
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, TX 75702-0629
Tel. (903) 510-5213

Harry Lee Gillam, Jr., Attorney In Charge
Gillam & Smith LLP
110 S. Bolivar, Suite 204
Marshall, TX 75670
Tel. (903) 934-8450

OF COUNSEL:

Chris R. Ottenweller
G. Hopkins Guy III
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel. (650) 614-7400

Lisa C. Ward
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza
Irvine, CA 92614-2558
Tel. (949) 567-6700

Alex V. Chachkes
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103-0001
Tel. (212) 506-5000

*Attorneys for Intel Corporation*

## CERTIFICATE OF SERVICE

This will confirm that a true and correct copy of the foregoing "NOTICE OF NONPARTY DISCOVERY" was served on parties via electronic mail on June 28, 2006:

/s/ Eric H. Findlay
Eric Findlay