# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | |
|---|---|
| **BIAX CORPORATION,** )<br>)<br>**Plaintiff** )<br>) **Civil Action No. 2-05CV-184-TJW**<br>**v.** )<br>)<br>**INTEL CORPORATION** )<br>)<br>**and** )<br>)<br>**ANALOG DEVICES, INC.** )<br>)<br>**Defendants.** ) | |

## <u>ORDER</u>

Plaintiff's Motion for Leave to File Sur-Reply Exceeding Page Limit of Local Rule CV-7(a)(2) shall be, and is hereby, GRANTED.

 SIGNED this 29th day of December, 2006.

_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE