# EXHIBIT A

ATTORNEYS' EYES ONLY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## (MARSHALL DIVISION)

| | |
|---|---|
| BIAX CORPORATION,<br><br>       Plaintiff<br><br>    v.<br><br>INTEL CORPORATION<br><br>    and<br><br>ANALOG DEVICES, INC.,<br><br>       Defendants. | Civil Action No. 2-05CV-184-TJW<br><br>**JURY TRIAL DEMANDED** |

### BIAX CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION TO INTEL CORPORATION

Pursuant to Fed. R. Civ. P. 26 and 36, Plaintiff BIAX Corporation hereby requests that defendant Intel Corporation ("Intel") answer the following Requests for Admission ("RFA") separately and fully within 30 day of service. These Requests for Admission are continuing and responses to these Requests for Admission should be supplemented as required by Rule 26(e) of the Federal Rules of Civil Procedure.

### DEFINITIONS AND INSTRUCTIONS

1.     You are to provide full and complete responses to the following requests after conducting a diligent and thorough investigation into all information within your possession, custody, or control. If you cannot provide a full and complete response to any request, you should respond to the request to the extent possible, specifying the portion of the request you are unable to answer and providing whatever information you have regarding the unanswered portion.

ATTORNEYS' EYES ONLY

2.      The term "documents" includes all things within the meaning and scope of that

term as used in the Federal Rules of Civil Procedure, and the Federal Rules of Evidence, and

includes without limitation the following items, whether printed, recorded, microfilmed, stored

electronically or optically, or reproduced by any process, or written or produced by hand, or

recorded in any other way, and whether or not claimed to be privileged or confidential or

personal: letters; correspondence; memoranda; notes; reports; records; agreements; working

papers; communications (including intradepartmental and interdepartmental communications);

summaries or records of personal conversations; calendars; diaries; forecasts; statistical

statements; graphs; laboratory or research reports and notebooks; charts; minutes or records of

conferences; expressions or statements of policy; lists of persons attending meetings or

conferences; reports of or summaries of interviews; reports of or summaries of investigations;

opinions or reports of consultants; patents and patent application materials; patent appraisals;

printed publications; trademark applications, certificates of registration, opinions of counsel;

memoranda of agreements, assignments, licenses; reports of or summaries of either

negotiations within or without the corporation or preparations for such; bulletins; material and

manufacturing specifications; material packaging; manufacturing logs; functional

specifications; equipment specifications and operating information; product packaging;

designs; logic simulation or emulation materials; instructions; advertisements; literature; work

assignments; memoranda of conversations; notes; notebooks; drafts; data sheets; worksheets;

contracts; memoranda of agreements; assignments; licenses; minute books of account; orders;

invoices; statements; bills; checks; vouchers; photographs; drawings; charts; catalogs;

brochures; computer files; computer discs; articles; manuals; pamphlets; knowledge base

documents; technical support documents; application notes; advertisements; circulars; press

ATTORNEYS' EYES ONLY

releases; drafts of any documents; books; instruments; accounts; bills of sale; tapes; electronic communications including but not limited to E-mails; telegraphic communications and all other material of any tangible medium of expression; and original or preliminary notes. Any comment or notation appearing on any document, and not a part of the original text, is to be considered a separate "document."

3.      Any response made by reference to documents shall identify by litigation document control number each responsive document.

4.      "Date" means the exact day, month, and year if ascertainable, or if not, your best approximation thereof.

5.      The terms "person" and "persons" include both natural persons and entities (including corporations, proprietorships, partnerships, associations, joint ventures, governmental agencies, and other entities, and any combination thereof, and all predecessors in interest, successors, affiliates, subsidiaries, and related entities).

6.      The term "communication" means every manner or method of the disclosure, transfer, or exchange of information, whether orally, electronically, or by document, and whether face to face or by telephone, mail, facsimile, E-mail, Internet communication, or otherwise.

7.      The terms "and," "or," and "and/or" shall be construed in the conjunctive or the disjunctive, whichever makes the request more inclusive.

8.      All pronouns shall be construed to refer to the masculine, feminine, or neuter gender, in singular or plural, as in each case makes the request more inclusive.

9.      The terms "you" and "your" refer collectively to Intel Corporation ("Intel"), its predecessors in interest, subsidiaries, joint ventures, affiliates, and other legal entities that are

ATTORNEYS' EYES ONLY

wholly or partially owned or controlled by Intel, either directly or indirectly, and the principals, directors, officers, owners, members, representatives, employees, agents, consultants, accountants, and attorneys of these same entities.

10.    "Intel's Website" means the Internet website having the home page with the URL http://www.intel.com/.

11.    In the event any information is withheld on a claim of attorney-client privilege, attorney work-product immunity, or any other privilege from disclosure, identify in the response to the interrogatory: (a) the date of the information; (b) the source of the information; (c) names and addresses of all persons to whom that information was disclosed; and (d) the general subject matter of the information. To the extent such information is contained within a document for which a claim of privilege has been made, you must also provide a privileged document list within the time set out in the Scheduling Order.

12.    You are under a duty to supplement all responses to these requests to include information acquired after service of the responses, even if such responses were correct when first provided.

## REQUESTS FOR ADMISSION

1.    Separately for each agreement or amendment to an agreement (collectively, Agreement") referred to in RFA 1.1 through 1.154, admit that:

    a)    the document is a true and correct copy of an Agreement to which Intel currently is or previously has been a party;

    b)    Intel entered into the Agreement with the other company, companies, or persons that are identified in the Agreement as parties to the Agreement;

ATTORNEYS' EYES ONLY

c)      Intel entered into the Agreement on or about the date indicated for the signatures in the Agreement or the effective date set forth in the Agreement;

d)      the Agreement was signed by the persons whose names appear on the signature lines of the Agreement or by their designees;

e)      the person or persons who signed the Agreement on behalf of Intel were authorized by Intel to do so; and

f)      the Agreement concerns a matter within the scope of Intel's employment of the person or persons who signed the Agreement on behalf of Intel, and was signed by that person or those persons during the existence of that employment.

| RFA No. | Description | Bates Number |
|---------|-------------|--------------|
| 1.1 | Amendment to Agreement between Intel Corporation and Acer Incorporated effective December 31, 1999 | 86291DOC 000001 -- 000003 |
| 1.2 | Agreement between Intel Corporation and ACER Incorporated effective July 1, 1995 | 86291DOC 000004 -- 000009 |
| 1.3 | Agreement between Advanced Micro Devices, Inc. And Intel Corporation effective January 1, 1996 | 86291DOC 000011 -- 000024 |
| 1.4 | Agreement between Intel Corporation and Advanced Micro Devices, Inc. effective February 5, 1982 | 86291DOC 000027 -- 000048 |
| 1.5 | Amendment No. 1 to Agreement between Intel Corporation and Advanced Micro Devices, Inc. effective March 1, 1984 | 86291DOC 000049 -- 000056 |
| 1.6 | Agreement between Intel Corporation and Advanced Micro Devices, Inc. effective January 11, 1995 | 86291DOC 000057 -- 000063 |
| 1.7 | Agreement between Compaq Computer Corporation and Intel Corporation effective January 10, 1996 | 86291DOC 000064 -- 000077 |
| 1.8 | Agreement between Hewlett Packard Company and Intel Corporation effective January 10, 1983 | 86291DOC 000079 -- 000080 |
| 1.9 | Agreement between Hewlett Packard Company and Intel Corporation effective January 10, 1983 | 86291DOC 000082 -- 000083 |
| 1.10 | Amendment to Agreement between Intel Corporation and Reliance Computer Corp. effective July 14, 2000 | 86291DOC 000085 -- 000088 |
| 1.11 | Agreement between Intel Corporation and Reliance Computer Corporation effective May 22, 1998 | 86291DOC 000089 -- 000109 |
| 1.12 | Amendment No. 1 to Agreement between Samsung Electronics Co., Ltd. and Intel Corporation effective March 18, 2003 | 86291DOC 000114 -- 000118 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---|---|---|
| 1.13 | Amendment No. 2 between Samsung Electronics Co., Ltd. and Intel Corporation effective July 1, 2004 | 86291DOC 000119 -- 000131 |
| 1.14 | Agreement between Intel Corporation and Sony Corporation effective April 9, 1990 | 86291DOC 000143 -- 000148 |
| 1.15 | Agreement between Intel Corporation and VIA Technologies, Inc. effective June 30, 2000 | 86291DOC 000149 -- 000155 |
| 1.16 | Agreement between Intel Corporation and ATI Technologies Incorporated effective December 1, 2000 | 86291DOC 000251 -- 000262 |
| 1.17 | Agreement between Intel Corporation and ATI Technologies Incorporated effective December 1, 2000 | 86291DOC 000263 -- 000280 |
| 1.18 | Amendment No. 2 to Agreement dated Feb. 1, 2001 between Intel Corporation and Silicon Integrated Systems Corp. effective April 14, 2003 | 86291DOC 000281 -- 000285 |
| 1.19 | Amendment No. 1 to Agreement dated Feb. 1, 2001 between Intel Corporation and Silicon Integrated Systems Corp. effective April 15, 2002 | 86291DOC 000286 -- 000288 |
| 1.20 | Agreement between Intel Corporation and Silicon Integrated Systems Corp. effective February 1, 2001 | 86291DOC 000289 -- 000301 |
| 1.21 | Agreement between Intel Corporation and Intergraph Corporation and Intergraph Hardware Technologies Company effective April 4, 2002 | 86291DOC 000314 -- 000336 |
| 1.22 | Agreement between Agilent Technologies, Inc. and Intel Corporation effective November 1, 2002 | 86291DOC 000337 -- 000354 |
| 1.23 | Agreement between Intel Corporation and ATI Technologies Inc. effective February 1, 2003 | 86291DOC 000355 -- 000367 |
| 1.24 | Agreement between Intel Corporation and Acer Labs, Inc. effective February 1, 2001 | 86291DOC 000386 -- 000415 |
| 1.25 | Agreement between Intel Corporation and Acer Labs, Inc. effective June 22, 1999 | 86291DOC 000386 -- 000415 |
| 1.26 | Amendment No. 2 to Agreement dated January 31, 2001 between Intel Corporation and ALI Corporation effective April 23, 2003 | 86291DOC 000416 -- 000419 |
| 1.27 | Agreement between Intel Corporation and Acer Labs, Inc. effective January 31, 2001 | 86291DOC 000420 -- 000431 |
| 1.28 | Agreement between Intel Corporation and Advanced Micro Devices, Inc. effective October 1, 1976 | 86291DOC 000448 -- 000460 |
| 1.29 | Agreement between Intel Corporation and ATI Technologies, Inc. effective June 23, 2003 | 86291DOC 000461 -- 000473 |
| 1.30 | Agreement between Broadcom Corporation and Intel Corporation effective August 7, 2003 | 86291DOC 000476 -- 000521 |
| 1.31 | Agreement between Compaq Computer Corporation and Intel Corporation effective December 16, 1999 | 86291DOC 000523 -- 000540 |
| 1.32 | Agreement between Intel Corporation and Fujitsu Limited effective June 5, 1998 | 86291DOC 000541 -- 000543 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---------|-------------|--------------|
| 1.33 | Agreement between Intel Corporation and Fujitsu Limited effective June 5, 1998 | 86291DOC 000566 -- 000568 |
| 1.34 | First Amendment to Agreement between Hewlett Packard Company and Intel Corporation effective May 2, 2002 | 86291DOC 000595 -- 000599 |
| 1.35 | Agreement between Hewlett Packard Company and Intel Corporation effective January 1, 2000 | 86291DOC 000600 -- 000613 |
| 1.36 | Agreement between Hitachi, Ltd. and Intel Corporation effective December 31, 1999 | 86291DOC 000636 -- 000636 |
| 1.37 | Agreement between S3 Incorporated and Intel Corporation effective December 16, 1998 | 86291DOC 000637 -- 000654 |
| 1.38 | Agreement between S3 Incorporated and Intel Corporation effective December 16, 1998 | 86291DOC 000655 -- 000669 |
| 1.39 | Agreement between S3 Incorporated and Intel Corporation effective December 16, 1998 | 86291DOC 000670 -- 000680 |
| 1.40 | First Amendment to Agreement between Intel Corporation and Silicon Integrated Systems Corp. effective February 1, 2001 | 86291DOC 000681 -- 000682 |
| 1.41 | Agreement between Intel Corporation and Silicon Integrated System Corp. effective January 24, 1999 | 86291DOC 000683 -- 000710 |
| 1.42 | Amendment No. 1 to Agreement between Standard Microsystems Corporation and Intel Corporation effective September 8, 2003 | 86291DOC 000732 -- 000745 |
| 1.43 | Agreement between Intel Corporation and Standard Microsystems Corporation effective September 22, 1999 | 86291DOC 000746 -- 000772 |
| 1.44 | Agreement between Intergraph and Intel and License to Dell effective March 29, 2004 | 86291DOC 000773 -- 000790 |
| 1.45 | Agreement between Intel Corporation and VIA Technologies Inc. effective November 24, 1998 | 86291DOC 000791 -- 000853 |
| 1.46 | Agreement between Intel Corporation and ATI Technologies Incorporated effective December 1, 2000 | 86291DOC 000866 -- 000880 |
| 1.47 | Agreement between Advanced RISC Machines Limited and Intel Corporation effective February 20, 1998 | 86291DOC 000899 -- 000906 |
| 1.48 | Agreement between Advanced RISC Machines Limited and Intel Corporation effective February 20, 1998 | 86291DOC 000907 -- 000921 |
| 1.49 | Agreement between Bull S.A. and Intel Corporation effective July 6, 1998 | 86291DOC 000922 -- 000938 |
| 1.50 | Agreement between Dell Computer Corporation and Intel Corporation effective January 31, 1999 | 86291DOC 000974 -- 000987 |
| 1.51 | Agreement between Digital Equipment Corporation and Intel Corporation effective May 16, 1998 | 86291DOC 000989 -- 000990 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---|---|---|
| 1.52 | Agreement between Eastman Kodak Company and Intel Corporation effective April 28, 1998 | 86291DOC 001012 -- 001025 |
| 1.53 | Agreement between Hyundai Electronics Industries Co., Ltd. and Intel Corporation effective April 25, 1996 | 86291DOC 001026 -- 001052 |
| 1.54 | Agreement between Integrated Device Technology, Inc. and Intel Corporation effective July 23, 1999 | 86291DOC 001057 -- 001078 |
| 1.55 | Agreement between Laurence J. Marhoefer and Intel Corporation effective January 14, 1999 | 86291DOC 001079 -- 001082 |
| 1.56 | Agreement between Motorola, Inc. and Intel Corporation effective June 9, 1997 | 86291DOC 001083 -- 001106 |
| 1.57 | Agreement between NCR Corporation and Intel Corporation effective May 5, 1998 | 86291DOC 001107 -- 001107 |
| 1.58 | Agreement between Opti Corporation and Intel Corporation effective January 4, 2000 | 86291DOC 001122 -- 001128 |
| 1.59 | Agreement between Polaroid Corporation and Intel Corporation effective July 17, 1997 | 86291DOC 001129 -- 001138 |
| 1.60 | Agreement between Rise Technology Company and Intel Corporation effective July 26, 1999 | 86291DOC 001139 -- 001143 |
| 1.61 | Agreement between Sequent Computer Systems, Inc. and Intel Corporation effective March 26, 1998 | 86291DOC 001169 -- 001169 |
| 1.62 | Agreement between Silicon Graphics, Inc. and Intel Corporation effective March 12, 1998 | 86291DOC 001170 -- 001199 |
| 1.63 | Agreement between Intel Corporation and SRC Corporation effective April 8, 1997 | 86291DOC 001200 -- 001209 |
| 1.64 | Agreement between STMicroelectronics NV and Intel Corporation effective February 1, 1999 | 86291DOC 001211 -- 001226 |
| 1.65 | Agreement between Sun Microsystems, Inc. and Intel Corporation effective December 11, 1997 | 86291DOC 001227 -- 001240 |
| 1.66 | Amendment No. 1 to Agreement Between Unisys Corporation and Intel Corporation effective August 29, 2003 | 86291DOC 001241 -- 001248 |
| 1.67 | Agreement between Unisys Corporation and Intel Corporation effective August 31, 1998 | 86291DOC 001249 -- 001266 |
| 1.68 | Agreement between Network Appliance Inc. and Intel Corporation effective October 1, 2000 | 86291DOC 001267 -- 001282 |
| 1.69 | Agreement between Network Appliance Inc. and Intel Corporation effective October 1, 2000 | 86291DOC 001283 -- 001297 |
| 1.70 | Agreement between Lucent Technologies GRL Corporation and Intel Corporation effective September 29, 200 | 86291DOC 001298 -- 001319 |
| 1.71 | Agreement between LG Electronics, Inc. and Intel Corporation effective September 7, 2000 | 86291DOC 001320 -- 001334 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---|---|---|
| 1.72 | Agreement between ATI Technologies Incorporated and Intel Corporation effective December 1, 2000 | 86291DOC 001335 -- 001366 |
| 1.73 | Agreement between Advanced Micro Devices, Inc. and Intel Corporation effective January 1, 2001 | 86291DOC 001367 -- 001389 |
| 1.74 | Agreement between Rambus Inc. and Intel Corporation effective September 14, 2001 | 86291DOC 001391 -- 001413 |
| 1.75 | Agreement between Intel Corporation and Hitachi Ltd. effective July 23, 1998 | 86291DOC 001414 -- 001427 |
| 1.76 | Agreement between 3Dfx Interactive, Inc. and Intel Corporation effective February 15, 2000 | 86291DOC 001428 -- 001443 |
| 1.77 | Agreement between Autodesk, Inc. and Intel Corporation effective September 20, 1999 | 86291DOC 001444 -- 001455 |
| 1.78 | Agreement between Digital Development Corporation and Intel Corporation effective May 18, 1993 | 86291DOC 001456 -- 001466 |
| 1.79 | Agreement between Evans & Sutherland Computer Corporation and Intel Corporation effective July 21, 1998 | 86291DOC 001467 -- 001484 |
| 1.80 | Agreement between Evans & Sutherland Computer Corporation and Intel Corporation effective July 21, 1998 | 86291DOC 001487 -- 001504 |
| 1.81 | Agreement between Board of Trustees of the University of Illinois and Intel Corporation effective January 12, 1998 | 86291DOC 001505 -- 001511 |
| 1.82 | Agreement between Dr. Chou H. Li and Intel Corporation effective October 18, 1995 | 86291DOC 001512 -- 001527 |
| 1.83 | Agreement between Intel Corporation and Barco N.V. effective April 4, 2002 | 86291DOC 001528 -- 001551 |
| 1.84 | Agreement between Extreme Networks, Inc. and Intel Corporation effective April 30, 2002 | 86291DOC 001552 -- 001571 |
| 1.85 | Agreement between nStor Technologies, Inc. and Intel Corporation effective March 12, 2002 | 86291DOC 001572 -- 001593 |
| 1.86 | Agreement between Intel Corporation and Siemens AG Exhibits effective June 30, 2003 | 86291DOC 001594 -- 001614 |
| 1.87 | Agreement between Intel Corporation and Samir Shiban, Pure Air Systems LC, and Innovative Engineering Solutions, Inc. effective August 30, 2002 | 86291DOC 001615 -- 001625 |
| 1.88 | Agreement between Intel Corporation and Communicant Semiconductor Technologies AG effective February 7, 2001 | 86291DOC 001626 -- 001646 |
| 1.89 | Agreement between Juniper Networks, Inc. and Intel Corporation effective December 5, 2003 | 86291DOC 001647 -- 001668 |
| 1.90 | Agreement between PCTEL and Intel Corporation effective December 22, 2003 | 86291DOC 001669 -- 001696 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---|---|---|
| 1.91 | Agreement between LANDesk Holdings, Inc. and Intel Corporation effective September 18, 2002 | 86291DOC 001697 -- 001720 |
| 1.92 | Agreement between Micron Technology, Inc. and Intel Corporation effective September 24, 2003 | 86291DOC 001721 -- 001742 |
| 1.93 | Amendment No. 5 to Agreement between Hewlett Packard Company and Intel Corporation effective December 8, 2004 | 86291DOC 001743 -- 001745 |
| 1.94 | Amendment No. 4 to Agreement between Hewlett Packard Company and Intel Corporation effective January 5, 2005 | 86291DOC 001746 -- 001761 |
| 1.95 | Amendment No. 2 to Agreement between Hewlett Packard Company and Intel Corporation effective January 13, 2003 | 86291DOC 001766 -- 001791 |
| 1.96 | Agreement between Acer Incorporated and Intel Corporation effective June 22, 1999 | 86291DOC 001792 -- 001802 |
| 1.97 | Agreement between Atmel Corporation and Intel Corporation effective July 1, 1998 | 86291DOC 001806 -- 001812 |
| 1.98 | Agreement between Intel Corporation and Atmel Corporation effective March 4, 1992 | 86291DOC 001813 -- 001839 |
| 1.99 | Amendment No. 1 to Agreement between Intel Corporation and Bull S.A. effective March 24, 1999 | 86291DOC 001840 -- 001840 |
| 1.100 | Agreement between Intel Corporation and Bull S.A. effective July 7, 1998 | 86291DOC 001841 -- 001865 |
| 1.101 | Agreement between Cadtrak Corporation and Intel Corporation effective January 12, 1999 | 86291DOC 001868 -- 001875 |
| 1.102 | Agreement between Fujitsu Limited and Intel Corporation effective June 5, 1998 | 86291DOC 001879 -- 001900 |
| 1.103 | Agreement between Intel Corporation and LSI Logic Corporation effective August 21, 1997 | 86291DOC 001908 -- 001923 |
| 1.104 | Amendment No. 1 to Agreement between Intel Corporation and LSI Logic Corporation effective March 1, 1999 | 86291DOC 001924 -- 001925 |
| 1.105 | Agreement between Intel Corporation and Sequent Computer Systems, Inc. effective October 11, 1996 | 86291DOC 001926 -- 001935 |
| 1.106 | Agreement between Intel Corporation and Sequent Computer Systems, Inc. effective October 2, 1997 | 86291DOC 001936 -- 001946 |
| 1.107 | Agreement between Standard Microsystems Corporation and Intel Corporation effective August 1, 1987 | 86291DOC 001961 -- 002023 |
| 1.108 | Agreement between TDK Corporation, Shumpei Yamazaki, and Intel Corporation effective March 30, 1983 | 86291DOC 002024 -- 002046 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---------|-------------|--------------|
| 1.109 | Agreement between TDK Corporation, Shumpei Yamazaki, and Intel Corporation effective March 30, 1983 | 86291DOC 002047 -- 002071 |
| 1.110 | Agreement between Intel Corporation and Winbond Electronics Corp. effective November 1, 1996 | 86291DOC 002072 -- 002080 |
| 1.111 | Agreement between Intel Corporation and Siemens Nixdorf Informationsystems AG effective January 21, 1998 | 86291DOC 002081 -- 002097 |
| 1.112 | Agreement between Xerox Corporation and Intel Corporation effective November 7, 2000 | 86291DOC 002098 -- 002107 |
| 1.113 | Agreement between Hao Xu and Intel Corporation effective November 1, 2000 | 86291DOC 002108 -- 002117 |
| 1.114 | Agreement between Toshiba Corporation and Intel Corporation effective date January 1, 2000 | 86291DOC 002118 -- 002130 |
| 1.115 | First Amendment to Agreement between Tessera, Inc. and Intel Corporation effective March 22, 2002 | 86291DOC 002131 -- 002133 |
| 1.116 | Agreement between Tessera Inc. and Intel Corporation effective October 22, 1996 | 86291DOC 002134 -- 002153 |
| 1.117 | Agreement between Hand Held Products, Inc. and Intel Corporation effective September 27, 1996 | 86291DOC 002154 -- 002157 |
| 1.118 | Agreement between RSA Data Security, Inc. and Intel Corporation effective August 21, 1996 | 86291DOC 002158 -- 002167 |
| 1.119 | Agreement between Intel Corporation and NEC Corporation effective November 16, 2001 | 86291DOC 002168 -- 002178 |
| 1.120 | Agreement between Translogic Technologies, Inc. and Intel Corporation effective April 19, 1999 | 86291DOC 002179 -- 002205 |
| 1.121 | Agreement between Scott McFarling, Ph.D. and Intel Corporation effective November 11, 1996 | 86291DOC 002206 -- 002220 |
| 1.122 | Agreement between Hitachi, Ltd. and Intel Corporation effective July 31, 2002 | 86291DOC 002221 -- 002227 |
| 1.123 | Agreement between Communicant Semiconductor Technologies AG and Intel Corporation effective February 7, 2001 | 86291DOC 002228 -- 002247 |
| 1.124 | Agreement between Intel Corporation and Communicant Semiconductor Technologies AG effective August 24, 2001 | 86291DOC 002248 -- 002268 |
| 1.125 | Agreement between Silicon Image, Inc. and Intel Corporation effective January 1, 1998 | 86291DOC 002269 -- 002285 |
| 1.126 | Agreement between Symbol Technologies, Inc. and Intel Corporation effective February 14, 2000 | 86291DOC 002288 -- 002294 |
| 1.127 | Agreement between Ziatech Corporation and Intel Corporation effective October 2, 2002 | 86291DOC 002295 -- 002316 |
| 1.128 | Agreement between British Telecommunications and Intel Corporation effective December 22, 2003 | 86291DOC 002317 -- 002338 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---------|-------------|--------------|
| 1.129 | Agreement between Intel Corporation and Telsima Corporation effective December 23, 2003 | 86291DOC 002339 -- 002365 |
| 1.130 | Agreement between Xircom, Inc. and Intel Corporation effective July 17, 2003 | 86291DOC 002366 -- 002380 |
| 1.131 | Agreement between Tarari, Inc. and Intel Corporation effective July 16, 2002 | 86291DOC 002381 -- 002397 |
| 1.132 | Agreement between Sharp Corporation and Intel Corporation effective January 1, 2003 | 86291DOC 002398 -- 002420 |
| 1.133 | Agreement between Seiko Epson Corporation and Intel Corporation effective December 1, 2004 | 86291DOC 002421 -- 002452 |
| 1.134 | Agreement between NVIDIA Corporation and Intel Corporation effective November 18, 2004 | 86291DOC 002453 -- 002471 |
| 1.135 | Agreement between Bear NV/CA (Elbrus, Inc. (Nevada), Elbrus, Inc. (California)) and Eagle USA Corporation effective August 6, 2004 | 86291DOC 002472 -- 002485 |
| 1.136 | Patent License Agreement between Bear (ZAO "Elbrus MCST") and Eagle USA Corporation effective August 6, 2004 | 86291DOC 002490 -- 002508 |
| 1.137 | Agreement between ASML Masktools, Inc. and Intel Corporation effective June 1, 2004 | 86291DOC 002518 -- 002527 |
| 1.138 | Agreement between Intel Corporation and NVIDIA Corporation effective November 18, 2004 | 86291DOC 002528 -- 002548 |
| 1.139 | Agreement between Hitachi, Ltd. and Intel Corporation effective November 1, 2004 | 86291DOC 002549 -- 002567 |
| 1.140 | Agreement between Hewlett Packard Corporation and Intel Corporation effective September 15, 2004 | 86291DOC 002568 -- 002570 |
| 1.141 | Agreement between Hitachi, Ltd. and Intel Corporation effective November 1, 2004 | 86291DOC 002571 -- 002589 |
| 1.142 | Agreement between Intel Corporation and Hitachi Corporation effective February 7, 2005 | 86291DOC 002590 -- 002604 |
| 1.143 | Agreement between Intel Corporation and Compaq Computer Corporation effective December 16, 1999 | 86291DOC 002605 -- 002622 |
| 1.144 | Agreement between Intel Corporation and Compaq Computer Corporation effective October 11, 1996 | 86291DOC 002634 -- 002644 |
| 1.145 | Agreement between Intel Corporation and Compaq Computer Corporation effective December 5, 1996 | 86291DOC 002645 -- 002656 |
| 1.146 | Agreement between Dell Products, L.P. and Intel Corporation effective December 13, 1996 | 86291DOC 002657 -- 002671 |
| 1.147 | Amendment No. 4 to Agreement between Intel Corporation and Hewlett Packard Company effective April 12, 2002 | 86291DOC 002687 -- 002702 |
| 1.148 | Agreement between Patriot Scientific Corporation and Intel Corporation effective June 28, 2004 | 86291DOC 002705 -- 002711 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Bates Number |
|---------|-------------|--------------|
| 1.149 | Agreement between Technology Properties Limited , Charles H. Moore, and Intel Corporation effective June 28, 2004 | 86291DOC 002712 -- 002728 |
| 1.150 | Agreement between 3Dlabs Inc., Ltd. and Intel Corporation and Exhibit effective December 17, 1999 | 86291DOC 002729 -- 002741 |
| 1.151 | Agreement between Intel Corporation and Silicon Storage Technology, Inc. effective May 13, 1999 | 86291DOC 002742 -- 002758 |
| 1.152 | Agreement between Advanced Micro Devices, Inc. and Intel Corporation effective January 1, 2001 | 86291DOC 002759 -- 002781 |
| 1.153 | Agreement between Intel Corporation and Seiko Epson Corporation effective September 28, 1990 | 86291DOC 002782 -- 002789 |
| 1.154 | Agreement between Intel Corporation and Seiko Epson Corporation effective December 22, 1993 | 86291DOC 002790 -- 002794 |

2. Separately for each document referred to in RFA 2.1 through 2.9, admit that:

a) the document is a true and correct copy of a document that was shown (on paper, visually on a screen, or by any other means) by one or more persons employed by Intel to one or more persons not employed by Intel in the course of meetings, negotiations, or other discussions between Intel and the other company, companies, or persons named on the first page of the document;

b) the document was shown as stated above in ¶ 2.a) on or about the date shown on the first page of the document;

c) the person or persons who showed that document as stated above in ¶ 2.a) on behalf of Intel were authorized by Intel to do so; and

d) the document concerns a matter within the scope of Intel's employment of the person or persons who showed that document as stated above in ¶ 2.a), and was shown by that person or those persons during the existence of that employment.

ATTORNEYS' EYES ONLY

| RFA No. | Description | Date | Bates Number |
|---|---|---|---|
| 2.1 | Agilent/Intel Patent License Discussions | 9/9/2002 | 86305DOC000942 -- 001004 |
| 2.2 | Intel/Juniper Patent Meeting 2 | 1/23/2002 | 86305DOC001094 -- 001148 |
| 2.3 | Intel/Juniper Patent Meeting 3 | 3/28/2002 | 86305DOC001149 -- 001205 |
| 2.4 | Sharp/Intel Intel License Proposal | 1/29-30/2002 | 86305DOC001206 -- 001214 |
| 2.5 | Sharp/Intel Patent Cross Licensing Discussions Backup Foils | 1/29-30/2002 | 86305DOC001215 -- 001230 |
| 2.6 | Sharp/Intel Patent Cross Licensing Discussions | 1/29-30/2002 | 86305DOC001231 -- 001343 |
| 2.7 | Intel/Apple Intellectual Property | 7/2000 | 86305DOC001474 -- 001489 |
| 2.8 | Intel/Extreme Networks Resolution of IP Issues | 5/22/2000 | 86305DOC000001 -- 000042 |
| 2.9 | Sony/Intel Corporation Meeting | 8/22/2000 | 86305DOC000114 -- 000158 |

3.     Separately for each document referred to in RFA 3.1 through 3.40, admit that:

   a)     the document is a true and accurate copy of information that is or had

been available on Intel's Website;

   b)     the information was available on Intel's Website at least on the date

shown in the footer on the document; and

   c)     the person or persons who made that information available on Intel's

Website were authorized by Intel to do so.

| RFA No. | Description | Date | Bates Number |
|---|---|---|---|
| 3.1 | Hyper-Threading Technology | 3/10/06 | BIA0113412 -- 0113413 |
| 3.2 | Intel Core Microarchitecture | 3/10/06 | BIA0113414 -- 0113416 |
| 3.3 | Technology@Intel Magazine | 3/10/06 | BIA0113417 -- 0113421 |
| 3.4 | Platform 2015 | 3/10/06 | BIA0113422 -- 0113425 |
| 3.5 | Silicon 65-Nanometer Technology | 3/10/06 | BIA0113426 -- 0113429 |
| 3.6 | Intel Technology Journal | 3/10/06 | BIA0113430 |
| 3.7 | Designing for Power | 3/10/06 | BIA0113431 -- 0113433 |
| 3.8 | Power and Thermal Management | 3/10/06 | BIA0113434 |
| 3.9 | Moore's Law | 3/10/06 | BIA0113435 -- 0113438 |
| 3.10 | Computing | 3/10/06 | BIA0113439 -- 0113441 |
| 3.11 | Architectural Innovation | 3/10/06 | BIA0113442 -- 0113443 |
| 3.12 | Intel Dual-Core Processors | 3/10/06 | BIA0113444 -- 0113445 |
| 3.13 | Intel Multi-Core | 3/10/06 | BIA0113446 |
| 3.14 | Intel Core Microarchitecture | 3/10/06 | BIA0113447 -- 0113449 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Date | Bates Number |
|---------|-------------|------|--------------|
| 3.15 | Intel Platforms | 3/10/06 | BIA0113450 |
| 3.16 | Platform 2015 | 3/10/06 | BIA0113451 -- 0113454 |
| 3.17 | Intel Server Platforms | 3/10/06 | BIA0113455 |
| 3.18 | Intel EM64T | 3/10/06 | BIA0113456 -- 0113457 |
| 3.19 | Threading | 3/10/06 | BIA0113458 -- 0113459 |
| 3.20 | News, Publications & Events | 3/10/06 | BIA0113460 -- 0113461 |
| 3.21 | Technology@Intel Magazine - Architecting the Platform of the Future | 3/10/06 | BIA0113462 -- 0113466 |
| 3.22 | Technology@Intel Magazine - Intel Dual-Core HPC Cluster Uses Next-Generation Intel Xenon Processors | 3/10/06 | BIA0113467 -- 0113474 |
| 3.23 | Technology@Intel Magazine - Measuring HT-Enabled Multi-Core: Advantages of a Thread-Oriented Approach | 3/10/06 | BIA0113475 -- 0113483 |
| 3.24 | Technology@Intel Magazine - Speculative Threading: Creating New Methods of Thread-Level Parallelization | 3/10/06 | BIA0113484 -- 0113491 |
| 3.25 | Personal Computing | 3/10/06 | BIA0113492 |
| 3.26 | Hardware Design | 3/10/06 | BIA0113493 |
| 3.27 | Intel Network Connectivity Gigabit Solutions | 3/10/06 | BIA0113494 -- 0113495 |
| 3.28 | Embedded Intel Architecture | 3/10/06 | BIA0113496 -- 0113506 |
| 3.29 | Intel Itanium 2 Processor - Exceptional Value & Choice for Enterprise & Technical Computing | 2/28/06 | BIA0113507 -- 0113508 |
| 3.30 | Intel Itanium 2 Processor Technical Documents | 2/28/06 | BIA0113509 -- 0113513 |
| 3.31 | Microsoft Windows Server 2003 on Intel Server-based Platforms | 2/28/06 | BIA0113514 -- 0113515 |
| 3.32 | Intel Itanium 2 Processor - Support Components | 3/7/06 | BIA0113516 -- 0113519 |
| 3.33 | Intel Early Access Program | 2/28/06 | BIA0113527 -- 0113528 |
| 3.34 | Software Products | 2/28/06 | BIA0113529 -- 0113530 |
| 3.35 | Itanium Processor Family | 2/28/06 | BIA0113531 -- 0113532 |
| 3.36 | Performance Optimization | 2/28/06 | BIA0113533 -- 0113534 |
| 3.37 | Porting | 2/28/06 | BIA0113535 -- 0113536 |
| 3.38 | A Formal Specification of Intel Itanium Processor Family Memory Ordering | 2/28/06 | BIA0113541 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | Date | Bates Number |
|---------|-------------|------|--------------|
| 3.39 | Intel Itanium Processor Floating-Point Software Assistance Handler (FPSWA) | 2/28/06 | BIA0113542 |
| 3.40 | Intel Itanium Processor-specific Application Binary Interface (ABI) | 2/28/06 | BIA0113543 |

4.    Separately for each document referred to in RFA 4.1 through 4.20, admit that:

   a)    the document is a true and accurate copy of information that is or had

been available on Intel's Website;

   b)    the information was available on Intel's Website at least in the year

shown on the copyright date on the document or at some time thereafter; and

   c)    the person or persons who made that information available on Intel's

Website were authorized by Intel to do so.

| RFA No. | Description | © Date | Bates Number |
|---------|-------------|--------|--------------|
| 4.1 | Quick Reference Guide - Intel® Itanium® and the Oracle* Database | 2004 | 75035DOC005283 – 005284 |
| 4.2 | Application Brief - Can the latest advances in enterprise computing be applied in your data center today? | 2003 | 75035DOC005265 – 005268 |
| 4.3 | Quick Reference Guide - Intel® Itanium® 2 Processor with 6M L3 cache: Architected for Demanding Enterprise and Technical Applications | 2003 | 75035DOC005245 – 005248 |
| 4.4 | Buyers Guide - Itanium® 2 -based Solutions | 2005 | 75035DOC005237 – 005242 |
| 4.5 | Intel Solutions Services Customer Engagement Synopsis - Facilitating a mass distributor's migration to Intel® Itanium® 2 Microarchitecture | 2002 | 75035DOC004713 – 004714 |
| 4.6 | White Paper - The Intel® Itanium® Architecture Comes of Age | 2003 | 75036DOC001011 – 001018 |
| 4.7 | Intel Information Technology White Paper - Migrating from RISC to Intel® Architecture | 2003 | 75036DOC005790 – 005801 |
| 4.8 | Intel e-Business Center White Paper - Cornell Theory Center*: Demonstrating the Value of Intel® Itanium™ Architecture in High Performance Computing | 2001 | 75036DOC000301 – 000312 |
| 4.9 | Case Study - Insuring Success | 2005 | 75035DOC005492 – 005495 |

ATTORNEYS' EYES ONLY

| RFA No. | Description | © Date | Bates Number |
|---|---|---|---|
| 4.10 | Quick Reference Guide - Intel® Itanium® and SAS* Banking Intelligence | 2004 | 75035DOC005490 – 005491 |
| 4.11 | Quick Reference Guide - Intel® Itanium® 2 Processor for Demanding Enterprise and Technical Applications | 2005 | 75035DOC005488 – 005489 |
| 4.12 | Overview - Can an enterprise server platform offer superior productivity, dependability, scalability and price/performance for data-intensive, business-critical computing? | 2003 | 75035DOC005233 – 005236 |
| 4.13 | The Intel® Itanium® 2 Processor: Technology for Today's Enterprise | 2004 | 75035DOC004799 – 004784 |
| 4.14 | Product Brief - Intel® Itanium® 2 Processor | 2005 | 75035DOC005436 – 005439 |
| 4.15 | Intel's Enterprise Processor Plans: Positioning the Xeon Processor and the Itanium Processor | 2004 | 75042DOC004996 -- 005007 |
| 4.16 | Intel Itanium and i2 Technologies Supply Chain Management Solutions | 2004 | 75035DOC004777 -- 004778 |
| 4.17 | Intel Itanium and Hyperion Essbase Business Intelligence | 2004 | 75035DOC004775 -- 004776 |
| 4.18 | Intel Itanium 2-Based Servers and ProClarity Multidimensional Data Analysis Give Eckerd a Prescription for Savings | 2004 | 75035DOC004674 -- 004677 |
| 4.19 | Advances in Disease Management | 2004 | 75035DOC005408 -- 005411 |
| 4.20 | Total Cost of Ownership for Intel Itanium 2-Based Systems: A Case Study Based on Reuters' Experience | 2003 | 75035DOC004554 -- 004567 |

5.    Separately for each document referred to in RFA 5.1 through 5.3, admit that:

a)    the document is a true and correct copy of a document that was shown (on paper, visually on a screen, or by any other means) by one or more persons employed by Intel to one or more other persons also employed by Intel in sales or marketing functions;

b)    the document was shown as stated above in ¶ 5.a) on or about the date shown on the first page of the document;

c)    the person or persons who showed that document as stated above in ¶ 5.a) on behalf of Intel were authorized by Intel to do so; and

ATTORNEYS' EYES ONLY

d)      the document concerns a matter within the scope of Intel's employment

of the person or persons who showed that document as stated above in ¶ 5.a), and was

shown by that person or those persons during the existence of that employment.

| RFA No. | Description | Date | Bates No. |
|---|---|---|---|
| 5.1 | Enterprise Server Group – Selling the Merced$^{TM}$ Processor and IA-64 in Servers – Course #82 | 1998 | 75016DOC002631 -- 002708 |
| 5.2 | 2000 ISMC Conference, Course #133: IA-64 Roadmap and Products Update | 1/2000 | 75009DOC008578 -- 008641 |
| 5.3 | Intel International Sales Conference 98 | 1/11-16/1998 | 75016DOC002893 -- 003044 |

December 22, 2006                                    Respectfully submitted,


    /s/ Edward J. Naidich
Barry W. Graham
Washington DC Bar No. 291278
E. Robert Yoches
Washington DC Bar No. 342642
Edward J. Naidich
Washington DC Bar No. 481649
FINNEGAN, HENDERSON,
FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000
barry.graham@finnegan.com
bob.yoches@finnegan.com
ed.naidich@finnegan.com

Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
Albritton Law Firm
PO Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
ema@emafirm.com

*Attorneys for BIAX Corporation*

ATTORNEYS' EYES ONLY

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of December, 2006, a true and correct copy of BIAX Corporation's First Set of Requests for Admission to Intel Corporation was served on counsel by electronic mail pursuant to the parties' Agreement Regarding Service, executed on February 13, 2006.

/s/ Edward J. Naidich
Edward J. Naidich

95353_1 R