# EXHIBIT D

## Chachkes, Alex

**From:** Chachkes, Alex
**Sent:** Monday, February 05, 2007 1:31 PM
**To:** 'Frankel, Kenneth'
**Cc:** Graham, Barry
**Subject:** BIAX v. Intel and ADI: Samuels depo

Ken,

Mr. Samuels, already scheduled for 1 p.m. on February 12 in Orrick's Silicon Valley office on the topics we've previously discussed, will also be prepared to address Topics 13-15 of BIAX's first 30(b)(6) notice.

Thanks,

Alex