# EXHIBIT E

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
 2                         MARSHALL DIVISION

 3   BIAX CORPORATION          *    Civil Docket No.
                                *    2:05-CV-184
 4   VS.                        *    Marshall, Texas
                                *
 5                              *    December 20, 2005
     INTEL CORPORATION, ET AL   *    3:00 P.M.
 6
                    TRANSCRIPT OF SCHEDULING CONFERENCE
 7                 BEFORE THE HONORABLE T. JOHN WARD
                        UNITED STATES DISTRICT JUDGE
 8

 9   APPEARANCES:

10   FOR THE PLAINTIFFS:     MR. ERIC ALBRITTON
                             Attorney at Law
11                           P.O. Box 2649
                             Longview, TX    75606
12                           MR. BARRY GRAHAM
                             Finnegan Henderson
13                           1300 I St., NW
                             Washington, D.C.    20005
14
     FOR THE DEFENDANTS:     MR. GIL GILLAM
15                           Gillam & Smith
                             110 South Bolivar, Suite 204
16                           Marshall, TX    75670
                             MR. HOPKINS GUY
17                           MR. CHRIS OTTENWELLER
                             Orrick Herrington
18                           1000 Marsh Road
                             Menlo Park, CA    94025
19                           MR. ERIC FINDLAY
                             Ramey & Flock
20                           100 East Ferguson, Suite 500
                             Tyler, TX    75702
21
     APPEARANCES CONTINUED ON NEXT PAGE
22
     COURT REPORTER:         SUSAN SIMMONS, CSR
23                           Official Court Reporter
                             100 East Houston, Suite 125
24                           Marshall, TX    75670
                             903/935-3868
25   (Proceeding recorded by mechanical stenography, transcript
     produced on CAT system.)
```

RECEIVED
MAY 1 2 2006
ERIC FINDLAY

ORIGINAL

```
 1              MR. ALBRITTON:  I think that we can agree to a
 2   hundred hours per side.
 3              THE COURT:  Depositions of who?
 4              MR. ALBRITTON:  Non-parties, Your Honor.
 5              THE COURT:  Non-parties.  And what are y'all
 6   going to do about parties, anything?
 7              MR. ALBRITTON:  Just operate under the Court's
 8   standard rules, that is 30(b)(6) witnesses.
 9              THE COURT:  30(b)(6) witnesses, as long as it
10   is a reasonable number of issues.  I don't usually have any
11   problem with that with lawyers that have been in this Court
12   very much.
13              All right.  Anything else that we need to
14   address?
15              MR. ALBRITTON:  We have a -- we have been
16   negotiating on a protective order, Your Honor.
17              THE COURT:  I was going to ask you about the
18   protective order.
19              MR. ALBRITTON:  And we would request that the
20   Court allow us to continue to negotiate, and no longer -- no
21   later than January the 6th, if we have not reached an
22   agreement, we will submit to the Court what is agreed upon and
23   the points of contention.
24              THE COURT:  Well, your competing versions on
25   the points of contentions.  So, I might like one version, but
```