# EXHIBIT I

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/29/2000 | R. Halis | R. Zahir, J. Baxter | N/A | email from attorney with attached draft of patent application | AC | |
| 3/29/2000 | R. Halis | R. Zahir, J. Baxter | N/A | draft of patent application attached to preceding privileged communication bearing the same date | AC | |
| 3/29/2000 | R. Halis | R. Zahir | J. Baxter | email from attorney discussing draft of patent application | AC | |
| 8/23/2000 | M. Smith | R. Zahir | N/A | email from attorney regarding attached draft of paper for conference | AC | involves back-and-forth discussion between author of paper and Intel attorney regarding approval of draft of paper |
| 8/23/2000 | M. Smith | R. Zahir | N/A | draft of paper attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by author and attorney |
| 7/8/2000 | H. Mulder | MD'arch, SC | N/A | email to group that discusses submissions to attorneys and reflects confidential attorney-client communications. | AC | regarding request for information from Intel Legal Department |
| 8/23/2000 | R. Zahir | M. Smith | N/A | email to attorney discussing draft of patent application | AC | involves back-and-forth discussion between author of paper and Intel attorney regarding approval of draft of paper |
| 8/23/2000 | R. Zahir | M. Smith | N/A | draft of paper attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by author and attorney |
| 12/18/2002 | D. Morris | R. Zahir, J. Huck | J. Ross, D. Plettner, D. Morris | email regarding patentability of invention reflecting confidential attorney-client communications. | AC | regarding request for information from attorney D. Plettner |
| 12/18/2002 | R. Zahir | D. Morris, J. Huck | J. Ross, D. Plettner, R. Zahir | email regarding patentability of invention reflecting confidential attorney-client communications. | AC | regarding request for information from attorney D. Plettner |
| 12/17/2002 | D. Plettner | D. Morris | J. Ross, R. Zahir | email regarding patentability of invention reflecting confidential attorney-client communications. | AC | |
| 12/17/2002 | D. Morris | J. Huck | D. Morris, J. Ross, R. Zahir, D. Plettner | email regarding patentability of invention reflecting confidential attorney-client communications. | AC | regarding request for information from attorney D. Plettner |
| 12/17/2002 | D. Morris | J. Huck | D. Morris, J. Ross, R. Zahir, D. Plettner | email attached to preceding privileged communication bearing the same date | AC | regarding request for information from attorney D. Plettner |
| 12/17/2002 | D. Morris | J. Huck | D. Morris, J. Ross, R. Zahir, D. Plettner | email attached to preceding privileged communication bearing the same date | AC | regarding request for information from attorney D. Plettner |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/17/2002 | D. Morris | J. Huck | D. Morris, J. Ross, R. Zahir, D. Plettner | email attached to preceding privileged communication bearing the same date | AC | regarding request for information from attorney D. Plettner involves discussion between inventor and Intel attorney |
| 11/17/2000 | R. Halis | R. Zahir | N/A | email from attorney with attached draft of patent application | AC | regarding approval of draft of patent application |
| 11/17/2000 | R. Halis | R. Zahir | N/A | diagrams for patent application draft attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/17/2000 | R. Halis | R. Zahir | N/A | patent application draft attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/17/2000 | R. Halis | R. Zahir, J. Crawford, S. Naffziger, P. French, G. Hammond, J. Harper, D. McCarroll, D. Myron, M. Smith, J. Waxman | N/A | email to group including attorney regarding an accused product | AC | submission of papers seeking approval from group that includes attorney |
| 4/8/2002 | D. Soltis | J. Crawford, S. Naffziger, P. French, G. Hammond, J. Harper, D. McCarroll, D. Myron, M. Smith, J. Waxman | N/A | attachments regarding an accused product | AC | draft in process of being reviewed and revised by group that includes attorney |
| 4/8/2002 | D. Soltis | J. Crawford, S. Naffziger, P. French, G. Hammond, J. Harper, D. McCarroll, D. Myron, M. Smith, J. Waxman | N/A | attachment re: accused product attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by group that includes attorney |
| 4/8/2002 | D. Soltis | J. Crawford, S. Naffziger, P. French, G. Hammond, J. Harper, D. McCarroll, D. Myron, M. Smith, J. Waxman | N/A | attachment re: accused product attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by group that includes attorney |
| 4/8/2002 | D. Soltis | J. Crawford, S. Naffziger, P. French, G. Hammond, J. Harper, D. McCarroll, D. Myron, M. Smith, J. Waxman | N/A | attachment re: accused product attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by group that includes attorney |
| 8/1/2002 | D. Soltis | | N/A | email to group including attorney regarding an accused product | AC | |
| 11/1/2004 | C. Vock | D. Soltis | N/A | email from attorney about patent applications | AC | involves discussion between inventor and Intel attorney regarding approval of draft of patent application |

*Bisx Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application information attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney, in same parent/child relationship as documents being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application information attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Harris | D. Soltis | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | diagram attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | diagram attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application information attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/1/2004 | C. Vock | D. Soltis | N/A | patent application information attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 4/6/2005 | I. Boulden | N/A | N/A | emedia invention disclosure | AC | J. Boulden is an Intel paralegal, and this communication relates to the attorney-client process of determining which inventions to seek patents for |
| 4/6/2005 | I. Boulden | N/A | N/A | emedia invention disclosure | AC | J. Boulden is an Intel paralegal, and this communication relates to the attorney-client process of determining which inventions to seek patents for |
| 4/26/2004 | J. Boulden | N/A | N/A | emedia invention disclosure | AC | J. Boulden is an Intel paralegal, and this communication relates to the attorney-client process of determining which inventions to seek patents for |
| 2/4/2005 | C. McNairy | D. Mayo | N/A | email to attorney re: product architecture | AC | regards information to be reviewed for legal approval |
| 2/4/2005 | C. McNairy | D. Mayo | N/A | product information attached to preceding privileged communication bearing the same date | AC | regards information to be reviewed for legal approval |
| 4/7/2005 | C. McNairy | R. Diehl | N/A | email to attorney re: product architecture | AC | response to request from attorney for advice on specific information regarding product architecture |
| 3/24/2005 | C. McNairy | R. Diehl | N/A | email to attorney re: product architecture | AC | response to request from attorney for advice on specific information regarding product architecture; relevant to representation |
| 3/22/2005 | C. McNairy | R. Diehl | D. Call | email to attorney re: patent | AC | response to request from attorney for advice on specific information regarding product architecture; provide response |
| 3/22/2005 | C. McNairy | R. Diehl | D. Call | email to attorney re: product architecture | AC | response to request from attorney for advice on specific information regarding product architecture; contains attachment that helps provide response |
| 3/22/2005 | C. McNairy | R. Diehl | D. Call | product information attached to preceding privileged communication bearing the same date | AC | attachment that helps provide response to request from attorney for advice on specific information regarding product architecture |
| 10/3/2003 | K. Wong | R. Huffstetler, E. O'Donnell, M. Smith, C. McNairy, M. Bhat, A. Thakar, D. Bryant, Z. Stabley, L. Hambrick | D. Latscha | email to group that includes attorney re: meeting | AC | meeting purpose is to review information and determine best strategy with input from all in group |

*Biox Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/3/2003 | K. Wong | R. Huffstetler, E. O'Donnell, M. Smith, C. McNairy, M. Bhat, A. Thakar, D. Bryant, Z. Stabley, L. Hambrick | D. Latscha | meeting information attached to preceding privileged communication bearing the same date | AC | meeting purpose is to review information and determine best strategy with input from all in group |
| 10/2/2002 | K. Wong | R. Huffstetler, E. O'Donnell, M. Smith, C. McNairy, M. Bhat, A. Thakar, D. Bryant, Z. Stabley, L. Hambrick | R. Dracott, J. Fister, J. Watters, D. Latscha | email to group that includes attorney re: meeting | AC | meeting purpose is to review information and determine best strategy with input from all in group |
| 10/2/2002 | K. Wong | R. Huffstetler, E. O'Donnell, M. Smith, C. McNairy, M. Bhat, A. Thakar, D. Bryant, Z. Stabley, L. Hambrick | R. Dracott, J. Fister, J. Watters, D. Latscha | meeting information attached to preceding privileged communication bearing the same date | AC | meeting purpose is to review information and determine best strategy with input from all in group |
| 10/2/2002 | K. Wong | R. Huffstetler, E. O'Donnell, M. Smith, C. McNairy, M. Bhat, A. Thakar, P. Gutierrez, Z. Stabley, L. Hambrick | M. Karnik, B. Kirkos, J. Crawford, D. Latscha, D. Bryant | email to group that includes attorney re: meeting | AC | meeting purpose is to review information and determine best strategy with input from all in group |
| 10/2/2002 | K. Wong | R. Huffstetler, E. O'Donnell, M. Smith, C. McNairy, M. Bhat, A. Thakar, P. Gutierrez, Z. Stabley, L. Hambrick | M. Karnik, B. Kirkos, J. Crawford, D. Latscha, D. Bryant | meeting information attached to preceding privileged communication bearing the same date | AC | meeting purpose is to review information and determine best strategy with input from all in group |
| 1/11/2005 | C. McNairy | C. McNairy, M. Smith, S. Naffziger, D. Soltis, M. Mehta, J. Crawford | N/A | email re: permission to publish paper | AC | sent to group including attorney M. Smith to be reviewed, then provide advice and approval |
| 12/21/2004 | C. McNairy | M. Smith, S. Naffziger, D. Soltis, M. Mehta, J. Crawford | N/A | email to group including attorney re: permission to publish paper | AC | sent to group including attorney M. Smith to be reviewed for advice and approval |
| 12/21/2004 | C. McNairy | M. Smith, S. Naffziger, D. Soltis, M. Mehta, J. Crawford | N/A | draft of paper attached to preceding privileged communication bearing the same date | AC | sent to group including attorney M. Smith to be reviewed, then provide advice and approval |
| 6/23/2003 | J. Hansson | C. McNairy | N/A | email from attorney; re permission to publish paper | AC | contains attorney advice regarding publication |
| 11/19/2002 | C. Faatz | C. McNairy | N/A | email from attorney re: article | AC | back-and-forth discussion involving advice regarding substance of presentation |
| 5/17/2002 | C. McNairy | M. Smith, M. Craft, J. Crawford | T. Lyon | email to group including attorney regarding conference presentation | AC | sent to group including attorney M. Smith to be reviewed for advice and approval |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 5/17/2002 | C. McNairy | M. Smith, M. Craft, J. Crawford | T. Lyon | presentation attached to preceding privileged communication bearing the same date | AC | sent to group including attorney M. Smith to be reviewed for advice and approval |
| 7/18/2001 | J. Crawford | D. Bryant, J. Crawford, D. Solis, M. Graf, G. Hammond, J. Harper, D. McCarroll, P. French, S. Naftziger, M. Smith | D. Myron, C. McNairy | email to group including attorney M. Smith to be reviewed for advice and approval | AC | sent to group including attorney M. Smith to be reviewed for advice and approval |
| 7/18/2002 | J. Crawford | D. Bryant, J. Crawford, D. Solis, M. Graf, G. Hammond, J. Harper, D. McCarroll, P. French, S. Naftziger, M. Smith | D. Myron, C. McNairy | regarding conference presentation | AC | sent to group including attorney M. Smith to be reviewed for advice and approval |
| 7/18/2002 | J. Crawford | | | conference paper attached to preceding privileged communication bearing the same date | AC | sent to group including attorney M. Smith to be reviewed for advice and approval |
| 4/7/2005 | R. Diehl | C. McNairy | N/A | email re architecture information | AC | R. Diehl is an Intel patent attorney and this communication relates to a request for information from the attorney regarding Itanium architecture |
| 1/6/2005 | C. McNairy | C. Stewart | N/A | email re invention disclosure with privileged attachment | AC | email contains privileged attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/6/2005 | C. McNairy | C. Stewart | N/A | invention disclosure drafted by Intel Legal Dept. attached to preceding privileged communication bearing the same date | AC | attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/24/2004 | G. Averill | C. McNairy | G. Averill | email re invention disclosure with privileged attachment | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/24/2004 | G. Averill | C. McNairy | G. Averill | invention disclosure drafted by Intel Legal Dept. attached to preceding privileged communication bearing the same date | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/16/2004 | J. Wei | C. McNairy | N/A | email re: patent filing with privileged attachment | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/16/2004 | J. Wei | C. McNairy | N/A |  | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/16/2004 | J. Wei | C. McNairy | N/A | invention disclosure drafted by Intel Legal Dept. attached to preceding privileged communication bearing the same date | AC | from attorney M. Smith regarding attorney's specific request for information relevant to representation |
| 2/5/2003 | M. Smith | C. McNairy | N/A | email from attorney re: product architecture | AC | discussion regarding response to attorney's specific request for information relevant to representation |
| 1/31/2003 | M. Smith | C. Faatz, C. McNairy | D. Simon, J. Schiffhauer | email from attorney re: product architecture | AC | contains draft of language regarding product architecture and requests response confirming accuracy or suggesting changes / discussion regarding response to attorney's specific request for information relevant to representation |
| 11/15/2002 | C. Faatz | C. McNairy | N/A | email from attorney re: product architecture | AC | discussion regarding response to attorney's specific request for information relevant to representation |
| 11/12/2002 | C. McNairy | C. Faatz | N/A | email from attorney re: product architecture | AC | discussion regarding response to attorney's specific request for information relevant to representation |
| 10/17/2002 | C. Faatz | C. McNairy | N/A | email from attorney re: product architecture | AC | discussion regarding response to attorney's specific request for information relevant to representation |
| 10/17/2002 | C. McNairy | C. Faatz | N/A | email from attorney re: product architecture | AC | discussion regarding response to attorney's specific request for information relevant to representation |
| 10/17/2002 | C. McNairy | C. McNairy | N/A | email from attorney re: product architecture | AC | discussion regarding response to attorney's specific request for information relevant to representation |
| 10/16/2002 | C. Faatz | C. McNairy | N/A | email from attorney re: product architecture | AC | discussion regarding response to attorney's specific request for information relevant to representation |
| 10/16/2002 | L. Novakoski | C. McNairy | N/A | email from attorney re: patent application | AC | attorney advice on viability of invention as a patent |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/11/2002 | C. Fiatz | C. McNairy | N/A | email from attorney re product information | AC | specific request by attorney for information relevant to representation |
| 10/11/2002 | C. Fiatz | C. McNairy | N/A | email from attorney re product architecture | AC | specific request by attorney for information relevant to representation |
| 4/20/2002 | M. Berg | C. McNairy | N/A | email re: patent application with privileged attachment | AC | email contains attachment authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/20/2002 | M. Berg | C. McNairy | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/6/2001 | J. Travis | S. Jamil, Q. Merrell, C. McNairy | N/A | email from attorney re: patent application | AC | discussion between inventor and Intel attorney regarding approval of draft of patent application |
| 11/6/2001 | J. Travis | S. Jamil, Q. Merrell, C. McNairy | N/A | patent information attached to preceding privileged communication bearing the same date | AC | draft in process of being reviewed and revised by inventor and attorney |
| 11/6/2001 | J. Travis | S. Jamil, Q. Merrell, C. McNairy | N/A | patent information attached to preceding privileged communication bearing the same date | AC | actually are diagrams that are part of draft in process of being reviewed and revised by inventor and attorney |
| 11/6/2001 | J. Travis | S. Jamil, Q. Merrell, C. McNairy | N/A | patent information attached to preceding privileged communication bearing the same date | AC | actually are diagrams that are part of draft in process of being reviewed and revised by inventor and attorney |
| 8/1/2000 | Intel Legal Dept. | N/A | | ∽ | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/1/2000 | Intel Legal Dept. | N/A | N/A | emedia invention disclosure | AC | draft of materials prepared by Intel attorney A. Shah |
| 8/1/2000 | Intel Legal Dept. | N/A | N/A | emedia patent information attached to invention disclosure | AC | |
| 12/15/2004 | Intel Legal Dept. | N/A | N/A | emedia invention disclosure | AC | |
| 12/15/2004 | Intel Legal Dept. | N/A | N/A | emedia invention disclosure | AC | |
| 12/1/2003 | Intel Legal Dept. | N/A | N/A | emedia invention disclosure | AC | |

Blixt Corporation v. Intel Corporation, et al.

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/1/2003 | Intel Legal Dept. | N/A | N/A | emedia invention disclosure | AC | |
| 12/15/2004 | Intel Legal Dept. | N/A | N/A | emedia invention disclosure | AC | |
| 7/31/2003 | G. Hammond | C. Scafidi | N/A | email with privileged attachment | AC | email contains attachment authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for |
| 7/31/2003 | G. Hammond | C. Scafidi | N/A | invention disclosure drafted by Intel Legal Dept. attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept., relating to the process of determining which inventions to seek patents for |
| 7/31/2003 | G. Hammond | C. Scafidi | N/A | invention disclosure drafted by Intel Legal Dept. attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for |
| 7/31/2003 | G. Hammond | C. Scafidi | N/A | product architecture information attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for |
| 11/12/2003 | S. Jourdan | R. Ronen, C. Scafidi | P. Hammarlund, J. Draeger | email regarding patents | AC | attachment in same parent/child relationship as above documents email discussion regarding how to respond to Intel attorney J. Draeger's specific request for information made earlier in the chain |
| unknown | Kenyon & Kenyon | N/A | N/A | emedia draft of patent application | AC | |
| unknown | Kenyon & Kenyon | N/A | N/A | emedia draft of patent application | AC | |
| unknown | Kenyon & Kenyon | N/A | N/A | emedia draft of patent application | AC | |
| unknown | Kenyon & Kenyon | N/A | N/A | emedia draft of patent application | AC | |
| 8/21/2003 | Intel Legal Dept. | N/A | N/A | emedia invention disclosure | AC | |
| unknown | Blakely Sokoloff LLP | N/A | N/A | emedia draft of patent application | AC | |
| unknown | Blakely Sokoloff LLP | N/A | N/A | emedia draft of patent application | AC | |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 8/21/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/21/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/20/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/27/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 10/2/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/21/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/21/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/21/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/19/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/19/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/25/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/25/2003 | Intel Legal Dept. | N/A | N/A | emedia invention dislosure | AC | |
| 8/25/2003 | N/A | H. Wang, C. Zou, D. Orensten, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | N/A | emedia invention dislosure | AC | |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orensten, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | email from atty re: patent applications | AC | contains attached drafts of patent applications, and invention disclosures and diagrams related to the applications; seeks review and requests for feedback from inventors |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orensten, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application, for which review and feedback from inventors is sought |

*Bicx Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | invention disclosure attached to preceding privileged communication bearing the same date | AC | attached draft of invention disclosure, for which review and feedback from inventors is sought |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of diagrams, for which review and feedback from inventors is sought |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of diagrams, for which review and feedback from inventors is sought |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of diagrams, for which review and feedback from inventors is sought |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application, for which review and feedback from inventors is sought |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of diagrams, for which review and feedback from inventors is sought |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of diagrams, for which review and feedback from inventors is sought |
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orenstien, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of diagrams, for which review and feedback from inventors is sought |

Biax Corporation v. Intel Corporation, et al.

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/23/2005 | S. Bacon | H. Wang, C. Zou, D. Orensten, J. Shen, L. Smith, P. Hammarlund, D. Rogers, J. Crossland, X. Tian, M. Girkar, G. Chinya, R. Hankins, S. Kaushik, B. Bigbee, J. Brandt, B. Patel, D. Carmean, J. Reid, P. Sethi | S. Bacon | invention disclosure attached to preceding privileged communication bearing the same date | AC | attached draft of invention disclosure, for which review and feedback from inventors is sought |
| 9/22/2004 | H. Wang | G. Hinton | T. Diep, J. Shen, B. Patel, P. Sethi, B. Bigbee, T. Piazza, D. Carmean, R. Hankins | email to attorney re: patent application | AC | |
| 9/20/2004 | H. Wang | D. Carmean | N/A | email re product performance with attached draft of patent disclosure | AC | |
| 2/17/2004 | H. Wang | J. Brockschink | R. Kling, E. Grochowski, K. Ramakrishnan | email to paralegal re: patent application patent application information attached to preceding privileged communication bearing the same date | AC | provides attached information to add to draft of patent application |
| 2/17/2000 | H. Wang | J. Brockschink | R. Kling, E. Grochowski, J. Ramakrishnan | invention disclosure attached to preceding privileged communication bearing the same date | AC | attached information to be added to draft of patent application email contains attachment authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 6/2/2000 | P. Wang | E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | email contains attachment authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 6/2/2000 | P. Wang | E. Grochowski | N/A | email with attached invention disclosure | AC | authored by Intel Legal Dept, relating to the process of determining which inventions to seek patents for |
| 11/30/2000 | H. Wang | E. Grochowski, R. Kling, P. Wang | N/A | email with attached invention disclosure and attorney in email chain | AC | authored by Intel Legal Dept, relating to the process of determining which inventions to seek patents for |
| 11/30/2000 | H. Wang | J. Shen, J. Collins, B. Black, E. Grochowski, R. Kling, P. Wang | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |

*Blax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 8/9/2001 | J. Shen | Invention Disclosure Group | E. Grochowski, J. Stark, J. Shen | email with attached invention disclosure | AC | Invention Disclosure Group contains attorneys; email contains attachment authored by Intel Legal Dept, relating to the attorney-client Dept, relating to the determining client process of determining which inventions to seek patents for |
| 8/9/2001 | J. Shen | Invention Disclosure Group | E. Grochowski, J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | email contains attachment authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/9/2001 | J. Shen | Invention Disclosure Group | E. Grochowski, J. Stark, J. Shen | same date | AC | authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/9/2001 | E. Grochowski | | E. Grochowski, J. Stark | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, relating to the process of determining which inventions to seek patents for |
| 8/9/2001 | E. Grochowski | E. Grochowski, J. Stark, J. Rupley, E. Brekelbaum, H. Wang, P. Wang, J. Shen, B. Black | C. Wilkerson | email with attached invention disclosure | AC | email contains attachment authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/3/2001 | E. Grochowski | E. Grochowski, J. Stark, J. Rupley, E. Brekelbaum, H. Wang, P. Wang, J. Shen, B. Black | C. Wilkerson | invention disclosure attached to preceding privileged communication bearing the same date | AC | email contains attachment authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/3/2001 | E. Grochowski | | J. Stark, E. Grochowski | draft of patent application attached to preceding privileged communication | AC | email to attorney with attached draft of patent application; discussion regarding edits to draft |
| 12/4/2001 | E. Grochowski | S. Lee | J. Stark, E. Grochowski | email re: draft of patent application bearing the same date | AC | email re: draft of patent application; discussion regarding edits to draft |
| 12/4/2001 | S. Lee | | C. Wilkerson | email re: draft of patent application | AC | attached draft for review |
| 8/3/2001 | E. Grochowski | | N/A | email from attorney with attached draft of patent application | AC | email from attorney with attached draft of patent application |
| 12/3/2001 | S. Lee | E. Grochowski | N/A | draft of patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application |
| 12/3/2001 | S. Lee | E. Grochowski | N/A | attached draft for review | AC | attached draft for review |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/3/2001 | E. Grochowski | S. Lee | N/A | email re: draft of patent application | AC | email to attorney with attached draft of patent application |
| 12/3/2001 | E. Grochowski | S. Lee | N/A | draft of patent application attached to preceding privileged communication bearing the same date | AC | attached draft for review |
| 7/22/2002 | J. Shen | E. Grochowski, H. Wang | N/A | email with attached invention disclosure and attorney in email chain | AC | Intel paralegal J. Boulden sent these attachments to group including Intel attorneys J. Drager, E. Metzger and M. Smith requesting review; forwarded here to fulfill request |
| 7/22/2002 | J. Shen | E. Grochowski, H. Wang | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | attachment forwarded for review per paralegal's request |
| 7/22/2002 | J. Shen | E. Grochowski, H. Wang | N/A | product information attached to preceding privileged communication bearing the same date | AC | attachment forwarded for review per paralegal's request |
| 7/22/2002 | J. Boulden | B. Rash, B. Burgess, C. Miller, D. Nicholls, E. Sprangle, E. Metzger, J. Beale, J. Baxter, J. Draeger, J. McKevitt, J. Murphy, J. Shen, K. Abela-Gale, L. Novakoski, L. Welsh, M. Bedolla, M. Smith, M. Neshewat, M. Kelly, P. Kundu, P. Rubinfeld, P. Lam, R. Kling, R. Powers, R. Ronen, S. Kirch, S. Parvin, S. Bacon, S. Jourdan | L. Mennemeier, M. Mallie, T. Bui, E. Grochowski, H Wang, J. Barkatullah | email from attorney re: invention disclosures | AC | request sent from Intel paralegal requesting review of attachments; one of which is authored by Intel Legal Dept, relating to the attorney client process of determining which inventions to seek patents for |

*Bixx Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/22/2002 | J. Boulden | B. Rash, B. Burgess, C. Miller, D. Nicholls, E. Sprangle, E. Metzger, J. Beale, J. Baxter, J. Draeger, J. McKevitt, J. Murphy, J. Shen, K. Abela-Gale, L. Novakoski, L. Welsh, M. Bedolla, M. Smith, M. Neshewat, M. Kelly, P. Kundu, P. Rubinfeld, P. Lam, R. Kling, R. Powers, R. Ronen, S. Kirch, S. Parvin, S. Bacon, S. Jourdan | J. Barkatullah | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/22/2002 | J. Boulden | B. Rash, B. Burgess, C. Miller, D. Nicholls, E. Sprangle, E. Metzger, J. Beale, J. Baxter, J. Draeger, J. McKevitt, J. Murphy, J. Shen, K. Abela-Gale, L. Novakoski, L. Welsh, M. Bedolla, M. Smith, M. Neshewat, M. Kelly, P. Kundu, P. Rubinfeld, P. Lam, R. Kling, R. Powers, R. Ronen, S. Kirch, S. Parvin, S. Bacon, S. Jourdan | L. Mennemeier, M. Mallie, T. Bui, E. Grochowski, H. Wang | product information attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 3/15/2002 | J. Shen | J. Rattner, J. Boulden | J. Shen, R. Rakvic, E. Grochowski, B. Black | email to attorney re: approval on technical paper | AC | email seeks approval and/or editing advice from Intel paralegal |
| 3/15/2002 | J. Shen | J. Rattner, J. Boulden | J. Shen, R. Rakvic, E. Grochowski, B. Black | technical paper attached to preceding privileged communication bearing the same date | AC | attached draft for review |
| 3/15/2002 | J. Shen | J. Rattner, J. Boulden | J. Shen, R. Rakvic, E. Grochowski, B. Black | approval form attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/14/2002 | J. Shen | J. Rattner, J. Boulden | R. Rakvic, E. Grochowski, B. Black | email to attorney re: approval on technical paper | AC | email seeks approval and/or editing advice from Intel paralegal |
| 3/14/2002 | E. Grochowski | J. Boulden | R. Rakvic, E. Grochowski, B. Black, J. Shen, J. Rattner | email to attorney re: approval on technical paper | AC | email seeks approval and/or editing advice from Intel paralegal |
| 3/14/2002 | E. Grochowski | J. Boulden | R. Rakvic, E. Grochowski, B. Black, J. Shen, J. Rattner | technical paper attached to preceding privileged communication bearing the same date | AC | attached draft for review |
| 3/14/2002 | E. Grochowski | J. Boulden, J. Shen, J. Rattner | R. Rakvic, E. Grochowski, B. Black | technical paper attached to preceding privileged communication bearing the same date | AC | attached draft for review |
| 3/1/2002 | J. Draeger | N. Samra | N/A | email from attorney re: invention disclosures | AC | contains draft of disclosure and asks for feedback |
| 3/1/2002 | J. Draeger | E. Grochowski, S. Jourdan, N. Samra | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept., and relates to the attorney-client process of determining which inventions to seek patents for |
| 5/8/2002 | J. Shen | Invention Disclosure Submission | E. Grochowski, J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept., and relates to the attorney-client process of determining which inventions to seek patents for |
| 5/8/2002 | J. Shen | Invention Disclosure Submission | E. Grochowski, J. Shen | email with attached invention disclosure | AC | email to group which includes Intel Legal Dept. with attachment relating to the attorney-client process of determining which inventions to seek patents for |
| 5/7/2002 | J. Shen | E. Grochowski | E. Grochowski | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 5/7/2002 | E. Grochowski | J. Shen | E. Grochowski | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 5/2/2002 | E. Grochowski | J. Shen | E. Grochowski | email from attorney re: invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 5/2/2002 | E. Metzger | E. Grochowski | N/A | email from attorney re: invention disclosures | AC | contains draft of disclosure and asks for feedback |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 5/2/2002 | E. Metzger | E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, and relates to the attorney-client process of determining which inventions to seek patents for |
| 5/2/2002 | E. Metzger | E. Grochowski | N/A | information re: invention attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | information re: invention attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | information re: invention attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | information re: invention attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | information re: invention attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | information re: invention attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for |
| 11/22/2002 | E. Grochowski | J. Crawford | J. Shen, E. Grochowski, B. Black, J. Rupley, E. Brekelbaum, J. Devale | email attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | email with attached invention disclosures | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | product information attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Shen | | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | product information attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for |
| 11/21/2002 | J. Rupley | E. Grochowski, B. Black, E. Brekelbaum, J. Devale | J. Shen | product information attached to preceding privileged communication bearing the same date | AC | attachment in same parent/child relationship as above documents authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | J. Shen | E. Brekelbaum, J. Rupley, E. Grochowski | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |  | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | J. Shen | E. Brekelbaum, J. Rupley, E. Grochowski | email with attached invention disclosures | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | J. Shen | E. Brekelbaum, J. Rupley, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | J. Shen | E. Brekelbaum, J. Rupley, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Bize Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/14/2002 | B. Black | J. Shen | E. Brekelbaum, J. Rupley, E. Grochowski | email with attached invention disclosures | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | J. Shen | E. Brekelbaum, J. Rupley, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | J. Shen | E. Brekelbaum, J. Rupley, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | E. Grochowski | E. Brekelbaum, J. Rupley, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | E. Grochowski | J. Rupley, E. Brekelbaum | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | E. Grochowski | N/A | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | E. Grochowski | J. Rupley, E. Brekelbaum | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | E. Grochowski | J. Rupley, E. Brekelbaum | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | B. Black | E. Grochowski | J. Rupley, E. Brekelbaum | email with attached invention disclosures | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/11/2002 | E. Grochowski | B. Black | J. Rupley, E. Brekelbaum | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | E. Grochowski | B. Black | J. Rupley, E. Brekelbaum | product information attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | E. Grochowski | B. Black | J. Rupley, E. Brekelbaum | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | B. Black | J. Rupley, E. Brekelbaum | | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | B. Black | E. Grochowski | J. Rupley, E. Brekelbaum | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | B. Black | E. Growchowski | J. Rupley, E. Brekelbaum | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/4/2002 | J. Shen | Invention Disclosure Submission | E. Grochowski, J. Shen | email with attached invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/4/2002 | J. Shen | Invention Disclosure Submission | E. Grochowski, J. Shen same date | invention disclosure attached to preceding privileged communication bearing the | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/4/2002 | J. Shen | Invention Disclosure Submission | E. Grochowski, J. Shen same date | invention disclosure attached to preceding privileged communication bearing the | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/1/2002 | E. Grochowski | J. Shen | J. Rupley, E. Brekelbaum | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/1/2002 | E. Grochowski | J. Shen | J. Rupley, E. Brekelbaum same date | invention disclosure attached to preceding privileged communication bearing the | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Elcix Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/11/2002 | H. Wang | J. Shen, E. Grochowski | N/A | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | H. Wang | J. Shen, E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | H. Wang | J. Shen, E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | H. Wang | J. Shen, E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | H. Wang | J. Shen, E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | J. Shen | H. Wang, E. Grochowski | N/A | email with attached invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | J. Shen | H. Wang, E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | J. Shen | H. Wang, E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/11/2002 | J. Shen | H. Wang, E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/21/2003 | P. Lam | E. Grochowski | N/A | email from attorney re patents | AC | patents relating to register file sent for review and comment |
| 4/21/2003 | P. Lam | E. Grochowski | N/A | patent attached to preceding privileged communication bearing the same date | AC | patents sent for review and comment |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 4/21/2003 | P. Lam | E. Grochowski | N/A | patent attached to preceding privileged communication bearing the same date | AC | patents sent for review and comment |
| 4/21/2003 | P. Lam | E. Grochowski | N/A | patent attached to preceding privileged communication bearing the same date | AC | patents sent for review and comment |
| 4/21/2003 | P. Lam | E. Grochowski | N/A | patent attached to preceding privileged communication bearing the same date | AC | patents sent for review and comment |
| 4/17/2003 | A. AuYeung | E. Grochowski | N/A | email from attorney re: patent | AC | specific request by attorney for information relevant to representation |
| 4/11/2003 | J. Boulden | E. Grochowski | J. Rupley, B. Black | email from attorney re: invention disclosures | AC | email from Intel paralegal relating to draft of invention disclosure |
| 4/11/2003 | E. Grochowski | J. Boulden | J. Rupley, B. Black | email to attorney re: invention disclosures | AC | email to Intel paralegal relating to draft of invention disclosure |
| 4/11/2003 | E. Grochowski | J. Boulden | J. Rupley, B. Black | invention disclosure attached to preceding privileged communication bearing the same date | AC | invention disclosure authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/10/2003 | J. Rupley | E. Grochowski | B. Black | email with attached invention disclosure | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/10/2003 | J. Rupley | E. Grochowski | B. Black | invention disclosure attached to preceding privileged communication bearing the same date | AC | invention disclosure authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/9/2003 | J. Draeger | E. Grochowski | N/A | email from attorney re: product information | AC | specific request by attorney for information relevant to representation |
| 4/9/2003 | J. Draeger | E. Grochowski | N/A | email from attorney re: invention disclosures | AC | contains draft of disclosure and asks for feedback |
| 4/9/2003 | J. Draeger | E. Grochowski | Y. Lee, P. Kundu, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | invention disclosure authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/8/2003 | D. Nicholls | P. Wang, H. Wang, E. Grochowski | Y. Lee, P. Kundu, J. Draeger | email from attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/5/2003 | H. Wang | D. Nicholls, P. Wang | E. Grochowski, J. Draeger | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application drafts sent for review and comment |
| 12/5/2003 | D. Nicholls | H. Wang, P. Wang | E. Grochowski | email from attorney re: patent application | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 12/5/2003 | D. Nicholls | H. Wang, P. Wang | E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | patent application attached to preceding privileged communication bearing the same date |
| 12/5/2003 | D. Nicholls | H. Wang, P. Wang, M. Smith, M. McDermott, S. Espy, E. Grochowski, A. Yoaz, A. Beaumont-Smith, W. Ferguson | E. Grochowski | diagrams attached to preceding privileged communication bearing the same date | AC | draft authored by Intel Legal Dept. |
| 2/10/2003 | R. Golliver | M. Smith, M. McDermott, S. Espy, E. Grochowski, A. Yoaz, A. Beaumont-Smith, W. Ferguson | M. Cornea, C. Iordache | email to attorney re: nondisclosure agreement with university | AC | request to attorney for advice regarding attached paper |
| 2/10/2003 | R. Golliver | W. Ferguson | B. Norin, J. Harrison, M. Cornea, C. Iordache | technical paper attached to preceding privileged communication bearing the same date | AC | email with attachments authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for sent for review and comment |
| 5/13/2003 | Y. Lee | J. Baxter, E. Grochowski, R. Kling, P. Kundu, H. Wang | N/A | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 5/13/2003 | Y. Lee | J. Baxter, E. Grochowski, R. Kling, P. Kundu, H. Wang | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 5/12/2003 | E. Grochowski | P. Kundu | J. Rupley, S. Bacon, U. Echerto | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for; copied to attorney |
| 5/12/2003 | E. Grochowski | P. Kundu | J. Rupley, S. Bacon, U. Echerto | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for; copied to attorney |

*Blaz Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/13/2003 | P. Kundu | E. Grochowski, S. Bacon, J. Rupley | N/A | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/13/2003 | E. Grochowski | P. Kundu, S. Bacon, J. Rupley | N/A | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/13/2003 | P. Kundu | E. Grochowski, S. Bacon, J. Rupley | N/A | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/13/2003 | E. Grochowski | P. Kundu, S. Bacon, J. Rupley | N/A | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/13/2003 | P. Kundu | P. Kundu, S. Bacon, J. Rupley | N/A | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/13/2003 | E. Grochowski | P. Kundu, S. Bacon, J. Rupley | N/A | memo re: product architecture attached to preceding privileged communication bearing the same date | AC | sent for review and comment |
| 11/13/2003 | S. Bacon | E. Grochowski, P. Kundu, J. Rupley | N/A | email from attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/12/2003 | P. Kundu | E. Grochowski, S. Bacon, J. Rupley | N/A | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/11/2003 | S. Bacon | D. Watson | P. Kundu, E. Grochowski, J. Rupley | email from attorney re: patent application attached to preceding privileged communication bearing the same date | AC | email with attached drafts sent for review and comment |
| 11/11/2003 | S. Bacon | D. Watson | P. Kundu, E. Grochowski, J. Rupley | draft sent for review and comment | AC | draft sent for review and comment |
| 11/11/2003 | S. Bacon | D. Watson | P. Kundu, E. Grochowski, J. Rupley | diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 11/11/2003 | S. Bacon | E. Grochowski | N/A | email from attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/11/2003 | E. Grochowski | S. Bacon | N/A | email to attorney re: patent application | AC | back-and-forth discussion regarding drafting of application |
| 11/11/2003 | S. Bacon | E. Grochowski | N/A | email from attorney re: patent application attached to preceding privileged communication bearing the same date | AC | email with attached drafts sent for review and comment |
| 11/11/2003 | S. Bacon | E. Grochowski | N/A | N/A | AC | draft sent for review and comment |
| 11/11/2003 | S. Bacon | E. Grochowski, P. Kundu, J. Rupley | N/A | email from attorney re: patent application | AC | email with attached drafts sent for review and comment |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/11/2003 | S. Bacon | E. Grochowski, P. Kundu, J. Rupley | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 11/11/2003 | S. Bacon | E. Grochowski, P. Kundu, J. Rupley | N/A | diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 11/11/2003 | S. Bacon | E. Grochowski, P. Kundu, J. Rupley | S. Bacon | email from attorney re: patent application | AC | email with attached drafts sent for review and comment |
| 11/11/2003 | S. Bacon | E. Grochowski, P. Kundu, J. Rupley | S. Bacon | diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 11/11/2003 | S. Bacon | E. Grochowski, P. Kundu, J. Rupley | S. Bacon | email from S. Bacon's legal assistant re: patent application | AC | draft sent for review and comment; D. Watson is an Intel paralegal; email with drafts sent from attorney for review |
| 11/7/2003 | D. Watson | J. Rupley, E. Grochowski, E. Berkelbaum, B. Black | S. Bacon | power of attorney for patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 11/7/2003 | D. Watson | J. Rupley, E. Grochowski, E. Berkelbaum, B. Black | S. Bacon | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 11/7/2003 | D. Watson | J. Rupley, E. Grochowski, E. Berkelbaum, B. Black | S. Bacon | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 11/7/2003 | D. Watson | J. Rupley, E. Grochowski, E. Berkelbaum, B. Black | S. Bacon | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 10/27/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | email from attorney re: patent application | AC | email with attached drafts sent for review and comment |
| 10/27/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | email from attorney re: patent application | AC | review and comment |
| 10/27/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 10/27/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | email from attorney re: patent application | AC | email with attached drafts sent for review and comment |
| 10/9/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | patent diagrams attached to preceding privileged communication bearing the same | AC | draft sent for review and comment |
| 10/9/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 10/9/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/9/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | email re: task force write-up attached to preceding privileged communication bearing the same date | AC | attached back-and-forth discussion regarding privileged task force write up and drafting of application |
| 10/9/2003 | S. Bacon | E. Grochowski, J. Rupley | S. Bacon | task force write-up attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached privileged documents, and sent for review and comment |
| 10/9/2003 | S. Bacon | E. Grochowski, J. Rupley, B. Black | S. Bacon | email from attorney re: patent application attached to preceding privileged communication bearing the same date | AC | email with attached drafts sent for review and comment |
| 9/29/2003 | S. Bacon | E. Brekelbaum, E. Grochowski, J. Rupley, B. Black | S. Bacon | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 9/29/2003 | S. Bacon | E. Brekelbaum, E. Grochowski, J. Rupley, B. Black | S. Bacon | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 9/29/2003 | E. Brekelbaum | E. Grochowski | N/A | email re: patent application with attorney involved in chain | AC | email to co-inventor regarding draft of application that had been sent for review and comment to inventors by Intel attorney S. Bacon |
| 9/22/2003 | E. Grochowski | E. Brekelbaum, S. Bacon, J. Rupley, B. Black | N/A | email to attorney re: patent application attached to preceding privileged communication bearing the same date | AC | back-and-forth discussion regarding drafting of application |
| 9/22/2003 | E. Grochowski | E. Brekelbaum, S. Bacon, J. Rupley, B. Black | N/A | email with attached invention disclosures | AC | draft sent for review and comment email with attachment authored by Intel Legal Dept relating to the attorney-client process of determining which inventions to seek patents for |
| 9/22/2003 | J. Shen | Invention Disclosure Submission | J. Shen, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept relating to the attorney-client process of determining which inventions to seek patents for |
| 9/22/2003 | J. Shen | Invention Disclosure Submission | J. Shen, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 9/22/2003 | J. Shen | Invention Disclosure Submission | J. Shen, E. Grochowski | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 9/18/2003 | S. Bacon | E. Brekelbaum, E. Grochowski, J. Rupley, B. Black | S. Bacon | email from attorney re: patent application | AC | email with attached drafts sent for review and comment |
| 9/18/2003 | S. Bacon | E. Brekelbaum, E. Grochowski, J. Rupley, B. Black | S. Bacon | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 9/18/2003 | S. Bacon | E. Brekelbaum, E. Grochowski, J. Rupley, B. Black | S. Bacon | patent diagrams attached to preceding privileged communication bearing the same date | AC | |
| 9/16/2003 | P. Lam | E. Grochowski, S. Tam | P. Lam | email from attorney re: patents | AC | draft sent for review and comment specific request by attorney for information relevant to representation |
| 4/7/2004 | D. Watson | E. Grochowski, J. Rupley, P. Kundu | N/A | email from attorney re: patent application | AC | D. Watson is an Intel paralegal; email with drafts sent from attorney for review |
| 4/7/2004 | D. Watson | E. Grochowski, J. Rupley, P. Kundu | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 4/7/2004 | D. Watson | E. Grochowski, J. Rupley, P. Kundu | N/A | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 4/7/2004 | D. Watson | E. Grochowski, J. Rupley, P. Kundu | N/A | power of attorney for patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |

*Bixe Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 8/10/2004 | J. Draeger | J. Boulden, A. Li, A. Knies, A. Shah, B. Jordan, B. Rash, C. Dziedziak, C. Percelle, D. Mcabee, D. Nicholls, D. Reynolds, E. Grochowski, E. Sprangle, E. Metzger, G. Chrysos, G. Olds, H. Wang, J. Baxter, J. Rupley, L. Mennemeier, M. Femmel, M. Bedolla, M. Mattina, M. Smith, M. Mallie, M. Nesheweit, N. Samra, P. Kundu, P. Rubinfeld, R. Hammarlund, R. Kling, R. Powers, R. Ronen, S. Weaver, S. Bacon, S. Mukherjee, S. Jourdan, T. Lane, T. Fossum, T. Bui, V. Pentkovski, Z. Sperber | M. Mallie, H. Chamberlin | email from attorney re: disclosures | AC | email relating to the process of determining which inventions to seek patents for |
| 8/10/2004 | J. Draeger | J. Boulden, A. Li, A. Knies, A. Shah, B. Jordan, B. Rash, C. Dziedziak, C. Percelle, D. Mcabee, D. Nicholls, D. Reynolds, E. Grochowski, E. Sprangle, E. Metzger, G. Chrysos, G. Olds, H. Wang, J. Baxter, J. Rupley, L. Mennemeier, M. Femmel, M. Bedolla, M. Mattina, M. Smith, M. Mallie, M. Nesheweit, N. Samra, P. Kundu, P. Rubinfeld, R. Hammarlund, R. Kling, R. Powers, R. Ronen, S. Weaver, S. Bacon, S. Mukherjee, S. Jourdan, T. Lane, T. Fossum, T. Bui, V. Pentkovski, Z. Sperber | M. Mallie, H. Chamberlin | disclosure attached to preceding privileged communication bearing the same date | AC | draft of disclosure |
| 2/17/2004 | D. Nicholls | E. Grochowski | N/A | email from attorney re: patent application | AC | email with attached drafts sent for review and comment |

*Biox Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 2/17/2004 | D. Nicholls | E. Grochowski | N/A | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 2/17/2004 | D. Nicholls | E. Grochowski | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 2/17/2004 | D. Nicholls | E. Grochowski | N/A | assignment re: patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 2/17/2004 | D. Nicholls | E. Grochowski | N/A | power of attorney for patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 2/8/2004 | D. Nicholls | E. Grochowski | N/A | email with attached drafts sent for review and comment | AC | draft sent for review and comment |
| 2/8/2004 | D. Nicholls | E. Grochowski | J. Draeger | email from attorney re: patent application | AC | email with attached drafts sent for review and comment |
| 2/8/2004 | D. Nicholls | E. Grochowski | J. Draeger | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 2/8/2004 | D. Nicholls | E. Grochowski | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for review and comment |
| 7/26/2004 | E. Grochowski | A. Shah | J. Draeger | email to attorney re: patent application | AC | draft sent for review and comment back-and-forth discussion regarding review and validity of patent |
| 7/26/2004 | E. Grochowski | J. Draeger | A. Shah | email to attorney re: patent application | AC | back-and-forth discussion regarding review and validity of patent |
| 7/23/2004 | J. Draeger | E. Grochowski | A. Shah | email from attorney re: patent application | AC | back-and-forth discussion regarding review and validity of patent |
| 7/23/2004 | J. Draeger | E. Grochowski | A. Shah | patent attached to preceding privileged communication bearing the same date | AC | patent sent for review and comment |
| 4/22/2005 | T. Joenks | E. Grochowski, J. Collins, J. Held, P. Kundu, T. Ngai, J. Shen, H. Wang, P. Wang | N/A | email from attorney re: assignment of patent | AC | contains attached draft of assignment and seeks review of draft |
| 4/22/2005 | T. Joenks | E. Grochowski, J. Collins, J. Held, P. Kundu, T. Ngai, J. Shen, H. Wang, P. Wang | N/A | assignment attached to preceding privileged communication bearing the same date | AC | draft |
| 3/25/2005 | S. Bacon | E. Grochowski | N/A | email from attorney re: patent application | AC | attachments sent for review and comment |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/25/2005 | S. Bacon | E. Grochowski | N/A | patent application attached to preceding privileged communication bearing the same date | AC | |
| 3/25/2005 | S. Bacon | E. Grochowski | N/A | patent diagrams attached to preceding privileged communication bearing the same date | AC | sent for review and comment |
| 3/25/2005 | S. Bacon | E. Grochowski | N/A | privileged communication bearing the same date | AC | sent for review and comment |
| 8/5/1999 | H. Wang | E. Grochowski | N/A | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/5/1999 | H. Wang | E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/5/1999 | H. Wang | E. Grochowski | N/A | product information attached to preceding privileged communication bearing the same date | AC | child in same parent/child family as email and privileged attachments above |
| 8/5/1999 | H. Wang | E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/5/1999 | H. Wang | E. Grochowski | N/A | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept., and to be returned to attorney L. Novakoski, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/29/1999 | E. Grochowski | L. Novakoski | V. Sharma, V. Joshi, G. Matthews, R. Kling, D. Bryant | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept., and to be returned to attorney L. Novakoski, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/29/1999 | E. Grochowski | L. Novakoski | V. Sharma, V. Joshi, G. Matthews, R. Kling, D. Bryant | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept., and to be returned to attorney L. Novakoski, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/26/1999 | G. Matthews | E. Grochowski | N/A | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept., and to be returned to attorney L. Novakoski, relating to the process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/26/1999 | G. Matthews | E. Grochowski | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, and to be returned to attorney L. Novakoski, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/26/1999 | V. Sharma | E. Grochowski | V. Sharma | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept, and to be returned to attorney L. Novakoski, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/26/1999 | V. Sharma | E. Grochowski | V. Sharma | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept, and to be returned to attorney L. Novakoski, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/30/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | |
| 6/2/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | |
| 8/4/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/4/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention summary attached to confidential invention disclosure bearing the same date | AC | attached to previous privileged disclosure to be reviewed in the attorney-client process of determining which inventions to seek patents for |
| 8/4/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/4/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention summary attached to confidential invention disclosure bearing the same date | AC | attached to previous privileged disclosure to be reviewed in the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/14/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 5/9/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/24/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/24/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/2/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 3/18/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 2/28/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 5/1/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| unknown | K. Desai | E. Grochowski (custodian) | N/A | emedia product information | AC | attached to previous privileged disclosure to be reviewed in the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 5/1/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/1/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/3/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 3/28/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/4/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/20/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/21/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/21/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/21/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/21/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/27/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 8/15/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 9/24/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/25/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 9/19/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 7/1/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 10/3/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 5/1/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/1/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 6/17/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 6/30/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/6/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/24/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 9/22/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 11/10/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/2/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 3/20/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 3/20/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/20/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/29/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/29/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/29/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/1/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 9/1/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 2/18/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/8/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 12/10/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/1/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/19/2005 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/8/2004 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/15/2005 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/15/2005 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/15/2005 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | this is a draft of a patent application containing notes from attorney S. Bacon |
| unknown | S. Bacon / Blakely Sokoloff firm | E. Grochowski (custodian) | N/A | emedia patent application draft | AC | draft of patent application prepared by law firm |
| unknown | Blakely Sokoloff firm | E. Grochowski (custodian) | N/A | emedia patent application draft | AC | draft of patent application prepared by law firm |
| unknown | S. Bacon | E. Grochowski (custodian) | N/A | emedia patent application draft | AC | this is a draft of a patent application prepared by attorney S. Bacon. |
| unknown | S. Bacon | H. Wang, J. Shen, E. Grochowski, D. Orenstien, D. Sheaffer, R. Ronen, M. Annavaram | N/A | emedia patent application draft | AC | email regarding review and comment for application drafts |
| 9/19/2004 | D. Nicholls | H. Wang, J. Shen, E. Grochowski, D. Orenstien, D. Sheaffer, R. Ronen, M. Annavaram | N/A | email re: patent application attached to preceding privileged communication bearing the same date | AC | email from attorney re: patent application |
| 9/19/2004 | D. Nicholls | Annavaram | N/A | email from attorney re: patent application | AC | attached comments regarding application drafts |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 9/19/2004 | D. Nicholls | H. Wang, J. Shen, E. Grochowski, D. Orenstien, D. Sheaffer, R. Ronen, M. Annavaram | N/A | email re: patent application attached to preceding privileged communication bearing the same date | AC | attached comments regarding application drafts |
| 9/19/2004 | D. Nicholls | H. Wang, J. Shen, E. Grochowski, D. Orenstien, D. Sheaffer, R. Ronen, M. Annavaram | N/A | patent diagrams attached to preceding privileged communication bearing the same date | AC | attached drafts sent for review and comment |
| 9/19/2004 | D. Nicholls | H. Wang, J. Shen, E. Grochowski, D. Orenstien, D. Sheaffer, R. Ronen, M. Annavaram | N/A | patent application attached to preceding privileged communication bearing the same date | AC | attached draft, authored by attorney S. Bacon, sent for review and comment |
| 8/29/2008 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 8/29/2003 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/23/2001 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/9/2001 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 10/30/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents |
| 5/8/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 9/11/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 11/14/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 10/30/2002 | Intel Legal Dept. | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| unknown | D. Simon | E. Grochowski (custodian) | N/A | emedia invention disclosure | AC | seeking review and comment or approval from attorney R. Calderwood |
| 5/25/1999 | N. Sahgal | P. Baker, R. Calderwood, T. Huff | N/A | email to attorney re: technical disclosure product information attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 5/25/1999 | N. Sahgal | P. Baker, R. Calderwood, T. Huff | N/A | email from attorney re: invention disclosures | AC | email with attachment relating to the attorney-client process of determining which inventions to seek patents for; sent for review and comment |
| 4/10/2000 | J. Draeger | Z. Ansari, T. Huff | J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/10/2000 | J. Draeger | Z. Ansari, T. Huff | J. Draeger | product information attached to preceding privileged communication bearing the same date | AC | attached information authored by J. Draeger sent for review and comment |
| 4/10/2000 | J. Draeger | Z. Ansari, T. Huff | J. Draeger | product information attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 4/10/2000 | J. Draeger | Z. Ansari, T. Huff | J. Draeger | product information attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 6/21/2001 | J. Draeger | D. Carnean, DPG CPU Arch Team | N/A | email from attorney re: meeting | AC | email with attached materials prepared by J. Draeger and relevant to his representation, sent for review and comment prior to upcoming meeting |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 6/21/2001 | J. Draeger | D. Carneau, DPG CPU Arch Team | N/A | powerpoint on patent training attached to preceding privileged communication bearing the same date | AC | attached materials prepared by J. Draeger and relevant to his representation, sent for review and comment prior to upcoming meeting |
| 6/13/2001 | S. Chennupaty | J. Draeger | T. Huff | email to attorney seeking review of presentation | AC | email seeking review and comment from attorney J. Draeger |
| 6/13/2001 | S. Chennupaty | J. Draeger | T. Huff | powerpoint presentation attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 2/13/2001 | J. Draeger | T. Huff | N/A | email from attorney re: patents | AC | email from attorney J. Draeger seeking review and comment about attached patents |
| 2/13/2001 | J. Draeger | T. Huff | N/A | patent attached to preceding privileged communication bearing the same date | AC | attached patent sent for review and comment |
| 2/13/2001 | J. Draeger | T. Huff | N/A | patent attached to preceding privileged communication bearing the same date | AC | attached patent sent for review and comment |
| 2/20/2002 | J. Draeger | T. Huff | N/A | email from attorney re: patents | AC | specific request by attorney for information relevant to representation |
| 1/29/2002 | A. Gupta | DPG CPU | | architecture patent portfolio review attached to preceding privileged communication bearing the same date | AC | information authored by Intel attorneys J. Draeger, P. Lam, L. Novakoski, and D. Nicholls containing information pertinent to their representation of Intel architects; sent to group of Intel architects by Intel employee |
| 1/29/2002 | A. Gupta | DPG CPU Arch Senior Staff | N/A | architecture patent portfolio review; forwarded from attorney | AC | information authored by Intel attorneys J. Draeger, P. Lam, L. Novakoski, and D. Nicholls containing information pertinent to their representation of Intel architects; sent to group of Intel architects by Intel employee |
| 7/6/2000 | Z. Ansari | A. Kyker, M. Fetterman, T. Huff | J. Draeger | email that includes attorney and has invention disclosure attached | AC | email with attachments authored by Intel attorney C. Young relating to the attorney-client process of determining which inventions to seek patents for |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/6/2000 | Z. Ansari | A. Kyker, M. Fetterman, T. Huff | J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | email from attorney J. Draeger authored by Intel attorney C. Young relating to the attorney-client process of determining which inventions to seek patents for |
| 10/18/1999 | J. Draeger | D. Marr, T. Huff | T. Thakkar, J. Draeger | email from attorney re patent meeting | AC | email from attorney J. Draeger seeking review and comment about attached information |
| 10/18/1999 | J. Draeger | D. Marr, T. Huff | T. Thakkar, J. Draeger | report attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 10/18/1999 | J. Draeger | D. Marr, T. Huff | T. Thakkar, J. Draeger | report attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 10/18/1999 | J. Draeger | D. Marr, T. Huff | T. Thakkar, J. Draeger | report attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 10/18/1999 | J. Draeger | D. Marr, T. Huff | T. Thakkar, J. Draeger | report attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 10/18/1999 | J. Draeger | D. Marr, T. Huff | T. Thakkar, J. Draeger | report attached to preceding privileged communication bearing the same date | AC | attached information sent for review and comment |
| 10/14/1999 | N. Lemburg | D. Marr, T. Huff, T. Thakkar | M. Meyer, N. Lemburg | email re patent filings with attorney involved earlier in chain | AC | discussion related to responding to request for information by Intel attorney J. Draeger earlier in email |
| 10/8/1999 | T. Thakkar | T. Huff | M. Meyer, N. Lemburg, D. Marr | email re: patent filings with attorney involved earlier in chain | AC | responding to request of Intel attorney J. Draeger |
| 10/8/1999 | T. Thakkar | J. Draeger, N. Sehgal, T. Huff, D. Marr, G. Chen, K. Balasubramanian, M. Philipot, G. Drysdale, P. Baker, H. Klempner | T. Huff, D. Marr | email to attorney re: patent filings | AC | |
| 8/20/1999 | R. Calderwood | | N/A | email from attorney re product descriptions | AC | attorney advice on descriptions, taking into account various legal issues |
| 7/12/2004 | D. Dauphinais | A. Knies, K. Rudd | C. Kosh | email from legal assistant re patent application | AC | email contains attached drafts sent for comment and review |
| 7/12/2004 | D. Dauphinais | A. Knies, K. Rudd | C. Kosh | assignment relating to patent application attached to preceding privileged communication bearing the same date | AC | attached draft sent for comment and review |
| 7/12/2004 | D. Dauphinais | A. Knies, K. Rudd | C. Kosh | patent diagrams attached to preceding privileged communication bearing the same date | AC | attached draft sent for comment and review |

Biax Corporation v. Intel Corporation, et al.

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 4/9/2003 | D. Morris | D. Soltis, A. Knies, A. Santoni, R. Zahir, D. Mulla | D. Morris, C. Anderson, L. Novakoski | email involving attorneys re: draft of patent application | AC | email contains attached draft, authored by attorney C. Anderson, sent for comment and review |
| 4/9/2003 | D. Morris | D. Soltis, A. Knies, A. Santoni, R. Zahir, D. Mulla | D. Morris, C. Anderson, L. Novakoski | patent application attached to preceding privileged communication bearing the same date | AC | attached draft, authored by attorney C. Anderson, of patent application sent for comment and review |
| 3/18/2003 | D. Morris | D. Soltis, A. Knies, A. Santoni, R. Zahir, D. Mulla | D. Morris, C. Anderson, L. Novakoski | email involving attorneys re: draft of patent application | AC | email contains request for comment and review by attorney C. Anderson |
| 3/18/2003 | D. Morris | D. Soltis, A. Knies, A. Santoni, R. Zahir, D. Mulla | D. Morris, C. Anderson, L. Novakoski | email re: patent application attached to preceding privileged communication | AC | attached information sent for comment and review |
| 3/18/2003 | D. Morris | D. Soltis, A. Knies, A. Santoni, R. Zahir, D. Mulla | D. Morris, C. Anderson, L. Novakoski | patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application sent for comment and review |
| 3/7/2003 | D. Morris | D. Soltis, A Knies, A. Santoni, R. Zahir, D. Mulla | D. Morris, C. Anderson, L. Novakoski | email involving attorneys re: draft of patent application | AC | email contains request for comment and review by attorney C. Anderson |
| 11/18/2002 | L. Novakoski | A. Knies | K. Rudd, R. Zahir | email from attorney re: patent application | AC | email from attorney L. Novakoski seeking review and comment about attached drafts |
| 11/18/2002 | L. Novakoski | A. Knies | K. Rudd, R. Zahir | assignment relating to patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application sent for comment and review |
| 11/18/2002 | L. Novakoski | A. Knies | K. Rudd, R. Zahir | power of attorney relating to preceding application attached to preceding privileged communication bearing the same date | AC | attached draft of power of attorney sent for comment and review |
| 11/18/2002 | L. Novakoski | A. Knies | K. Rudd, R. Zahir | patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application sent for comment and review |
| 11/18/2002 | L. Novakoski | A. Knies | K. Rudd, R. Zahir | patent diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of patent diagrams sent for comment and review |
| 11/18/2002 | L. Novakoski | A. Knies, K. Rudd, R. Zahir, D. Morris, J. Ross | K. Rudd, R. Zahir | email from attorney re: patent application | AC | email from attorney L. Novakoski seeking review and comment about attached drafts |
| 11/29/2002 | L. Novakoski | A. Knies, K. Rudd, R. Zahir, D. Morris, J. Ross | D. Plettner | patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application sent for comment and review |
| 11/29/2002 | L. Novakoski | A. Knies, K. Rudd, R. Zahir, D. Morris, J. Ross | D. Plettner | patent diagrams attached to preceding privileged communication bearing the same date | AC | attached draft of patent diagrams sent for comment and review |
| 11/29/2002 | L. Novakoski | A. Knies, K. Rudd, R. Zahir, D. Morris, J. Ross | D. Plettner | privileged communication bearing the same date | AC | attached draft of patent diagrams sent for comment and review |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/10/2002 | A. Knies | D. Morris, L. Novakoski, R. Zahir, A. Knies, K. Rudd, J. Ross | N/A | email to attorney re: patent application | AC | email to attorney L. Novakoski commenting on attached drafts |
| 10/10/2002 | A. Knies | D. Morris, L. Novakoski, R. Zahir, A. Knies, K. Rudd, J. Ross | N/A | patent application attached to preceding privileged communication bearing the same date | AC | attached draft of patent application sent for comment and review |
| 8/14/2002 | K. Shoemaker | Invention Disclosure Submission | A. Knies | email with attached invention disclosure | AC | email to group which includes Intel Legal Dept. with attachment relating to the attorney-client process of determining which inventions to seek patents for |
| 8/14/2002 | K. Shoemaker | Invention Disclosure Submission | A. Knies | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept; relating to the attorney-client process of determining which inventions to seek patents for |
| 8/13/2002 | K. Rudd | K. Rudd | J. Hull, A. Knies, D. Morris | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the process of determining which inventions to seek patents for |
| 8/13/2002 | K. Rudd | K. Rudd | J. Hull, A. Knies, D. Morris | signature attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 8/13/2002 | K. Rudd | K. Rudd | J. Hull, A. Knies, D. Morris | preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/19/2002 | H. Han | patent database group | A. Knies, H. Han | email to group that includes attorneys re: patent applications | AC | sent to group including Intel Legal Dept. relating to the process of determining which inventions to seek patents for |
| 4/19/2002 | H. Han | patent database group | A. Knies, H. Han | patent information attached to preceding privileged communication bearing the same date | AC | relating to the attorney-client process of determining which inventions to seek patents for |
| 2/1/2002 | R. Zahir | D. Morris, L. Novakoski | R. Zahir, K. Rudd, A. Knies, J. Ross | email to attorney re: invention disclosure | AC | back-and-forth discussion regarding drafting of invention disclosure |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 2/1/2002 | R. Zahir | D. Morris, L. Novakoski | R. Zahir, K. Rudd, A. Knies, J. Ross | email re: invention disclosure attached to preceding privileged communication bearing the same date | AC | attached back-and-forth discussion regarding drafting of invention disclosure |
| 2/1/2002 | D. Morris | L. Novakoski | R. Zahir, K. Rudd, A. Knies, J. Ross | email to attorney re: invention disclosure | AC | attached back-and-forth discussion regarding drafting of invention disclosure |
| 2/1/2002 | D. Morris | L. Novakoski | R. Zahir, K. Rudd, A. Knies, J. Ross | email re: invention disclosure attached to preceding privileged communication bearing the same date | AC | attached back-and-forth discussion regarding drafting of invention disclosure |
| 2/1/2002 | D. Morris | L. Novakoski | R. Zahir, K. Rudd, A. Knies, J. Ross | diagrams related to invention attached to preceding privileged communication bearing the same date | AC | attached diagrams regarding drafting of invention disclosure |
| 2/1/2002 | D. Morris | L. Novakoski | R. Zahir, K. Rudd, A. Knies, J. Ross | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/15/2002 | A. Knies | A. Knies | N/A | email with attached invention disclosure | AC | email with attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/15/2002 | A. Knies | A. Knies | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/15/2002 | A. Knies | A. Knies | N/A | email with attached invention disclosure | AC | email with attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/15/2002 | A. Knies | A. Knies | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/8/2002 | H. Han | patent database group | A. Knies | email with attorney involved in chain and attached invention disclosure | AC | patent database group includes attorneys; email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 1/8/2002 | H. Han | patent database group | A. Knies | invention disclosure attached to preceding privileged communication bearing the same date | AC | patent database group includes attorneys; authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 1/8/2002 | Intel Patent Database group | A. Knies | N/A | email with attorney involved in chain re: invention disclosure | AC | patent database group includes attorneys; email relating to the attorney-client process of determining which inventions to seek patents for |
| 10/18/2001 | A. Knies | K. Shoemaker | | email regarding invention disclosure reflecting confidential attorney-client communications | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 10/18/2001 | A. Knies | K. Shoemaker | H. Han, A. Knies | invention disclosure attached to preceding privileged communication bearing the same date | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 10/21/2001 | D. Morris | K. Rudd | A. Knies | email regarding confidential attorney-client communications | AC | email regarding advice of attorney D. Plettner |
| 10/11/2001 | K. Rudd | D. Morris | A. Knies | email regarding attached invention disclosure reflecting confidential attorney-client communications | AC | email contains attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 10/11/2001 | K. Rudd | D. Morris | A. Knies | invention disclosure attached to preceding privileged communication bearing the same date | AC | email contains attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 10/5/2001 | A. Knies | K. Shoemaker | K. Rudd | email with attached invention disclosure | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|------|-----------|--------------|-------|-------------|---------------------|-------------------------------|
| 10/5/2001 | A. Knies | K. Shoemaker | K. Rudd | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 1/9/2001 | G. Vedaraman | G. Vedaraman | | email with attached invention disclosure | AC | email contains attachment authored by C. Young, an Intel attorney relating to the attorney-client process of determining which inventions to seek patents for |
| 1/9/2001 | G. Vedaraman | A. Knies | | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by C. Young, an Intel attorney relating to the attorney-client process of determining which inventions to seek patents for |
| 1/9/2001 | H. Wang | A. Knies | | | AC | email contains attachment authored by C. Young, an Intel attorney relating to the attorney-client process of determining which inventions to seek patents for |
| 9/13/2000 | H. Wang | A. Knies | H. Mulder, R. Kling | email with attached invention disclosure | AC | authored by C. Young, an Intel attorney relating to the attorney-client process of determining which inventions to seek patents for |
| 9/13/2000 | H. Wang | M. Julier, I. Esmer, Y. Lee, A. Knies | H. Mulder, R. Kling | invention disclosure attached to preceding privileged communication bearing the same date | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 10/1/2001 | H. Wang | A. Knies | G. Vedaraman | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 10/1/2001 | H. Wang | A. Knies | G. Vedaraman | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 1/19/2000 | R. Ronen | A. Mendelson, S. Lu, F. Pollack, K. Lai | N/A | email with attorney involved in chain re: review of technical paper | AC | distributed from one Intel author to other Intel authors of same paper to implement Intel attorney D. Simon's advice |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 1/19/2000 | R. Ronen | A. Mendelson, S. Lu, F. Pollack, K. Lai | N/A | technical paper attached to preceding privileged communication bearing the same date | AC | distributed from one Intel author to other Intel authors of same paper to implement Intel attorney D. Simon's advice; email to group which includes Intel Legal Dept.; contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 6/18/2002 | K. Lai | Invention Disclosure Submission | S. Srinivasan, K. Lai, J. Shen | email with attached invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 6/18/2002 | K. Lai | Invention Disclosure Submission | S. Srinivasan, K. Lai, J. Shen | invention disclosure attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 6/18/2002 | K. Lai | Invention Disclosure Submission | S. Srinivasan, K. Lai, J. Shen | invention information attached to preceding privileged communication bearing the same date | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents |
| 6/18/2002 | S. Srinivasan | K. Lai | N/A | email with attached invention disclosure | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 6/18/2002 | S. Srinivasan | K. Lai | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 6/18/2002 | S. Srinivasan | K. Lai | N/A | invention information attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 4/26/2002 | K. Lai | Invention Disclosure Submission | J. Shen, K. Lai | email with attached invention disclosure | AC | email to group which includes Intel Legal Dept.; contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/26/2002 | K. Lai | Invention Disclosure Submission | J. Shen, K. Lai | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/26/2002 | K. Lai | Invention Disclosure Submission | J. Shen, K. Lai | invention information attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 4/22/2002 | G. Singh | E. Metzger; K.Lai, M. Rhodehamel | G. Singh | email to attorney re patent | AC | response to request from attorney for advice on specific information regarding patent |
| 4/17/2002 | S. Srinivasan | K. Lai | N/A | email with attached invention disclosure | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/17/2002 | S. Srinivasan | K. Lai | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 4/17/2002 | S. Srinivasan | K. Lai | N/A | invention information attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/27/2002 | K. Lai | Invention Disclosure Submission | N/A | email with attached invention disclosure | AC | email to group which includes Intel Legal Dept.; contains attachment authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 3/27/2002 | K. Lai | Invention Disclosure Submission | N/A | invention information attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept., relating to the attorney-client process of determining which inventions to seek patents for authored by J. Boulden, an Intel paralegal, relating to the attorney-client process of determining which inventions to seek patents for |
| 3/27/2002 | K. Lai | Invention Disclosure Submission | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | |
| 1/29/2002 | K. Jenckes | K. Lai | N/A | email from attorney re: patent application | AC | email with attached information sent for comment and review |
| 1/29/2002 | K. Jenckes | K. Lai | N/A | invention information attached to preceding privileged communication bearing the same date | AC | information sent for comment and review |
| 1/21/2002 | C. Wilkerson | K. Lai | N/A | email re: patent; with attorney involved in chain | AC | attorney's specific request for information related to invention forwarded to one inventor from another inventor in order to answer request |
| 4/11/2001 | K. Lai | J. Draeger | N/A | email from attorney re: patent | AC | back-and-forth discussion regarding interest in patent |
| 4/11/2001 | K. Lai | J. Draeger | N/A | email from attorney re: patent | AC | back-and-forth discussion regarding interest in patent |
| 4/11/2001 | J. Draeger | K. Lai | N/A | email to attorney re: patent | AC | back-and-forth discussion regarding interest in patent |
| 4/10/2001 | K. Lai | J. Draeger | N/A | email from attorney re: patent | AC | back-and-forth discussion regarding interest in patent |
| 4/10/2001 | J. Draeger | K. Lai | N/A | email to attorney re: patent | AC | regarding interest in patent |
| 4/10/2001 | J. Draeger | K. Lai | N/A | patent attached to preceding privileged communication bearing the same date | AC | attached patent sent for review and comment |
| 6/23/2000 | S. Lu | P. Churilla, K. Lai | N/A | email to attorney re: patent application | AC | with attached draft of application sent for comment and review |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 6/23/2000 | S. Lu | P. Churilla, K. Lai | | patent application attached to preceding privileged communication bearing the same date | | draft of patent application sent for comment and review |
| 6/1/2001 | P. Churilla | P. Churilla, K. Lai | N/A | | | with attached draft of application sent for comment and review |
| 6/1/2001 | P. Churilla | S. Lu, K. Lai | N/A | email from attorney re: patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 6/1/2001 | P. Churilla | S. Lu, K. Lai | N/A | | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the process of determining which inventions to seek patents for |
| 3/29/2004 | S. Kottapalli | K. Lai, R. Rajwar, S. Srinivasan | J. Crawford | email with attached invention disclosure | AC | authored by J. Boulden, an Intel paralegal, relating to the process of determining which inventions to seek patents for |
| 3/29/2004 | S. Kottapalli | K. Lai, R. Rajwar, S. Srinivasan | J. Crawford | invention disclosure attached to preceding privileged communication bearing the same date | AC | seek patents for |
| 12/13/2001 | J. Draeger | Crossland, D. Marr, S. Kaushik, J. Koufaty, D. Rogers | C. Willesen | email from attorney re: patent applications | AC | with attached drafts sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | Koufaty, D. Rogers Crossland, D. Hill, D. Marr, S. Kaushik, J. | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | Koufaty, D. Rogers Crossland, D. Hill, D. Marr, S. Kaushik, J. | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | Koufaty, D. Rogers Crossland, D. Hill, D. Marr, S. Kaushik, J. | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | Koufaty, D. Rogers Crossland, D. Hill, D. Marr, S. Kaushik, J. | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |

*Blaze Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent application diagrams sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr, S. Kaushik, J. Crossland, D. Hill, D. Koufaty, D. Rogers | C. Willesen | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/13/2001 | J. Draeger | D. Marr | C. Willesen | email from attorney re: patent applications | AC | draft of patent application sent for comment and review |
| 12/11/2001 | J. Draeger | D. Marr | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/11/2001 | J. Draeger | D. Marr | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/11/2001 | J. Draeger | D. Marr | J. Draeger | email from attorney re: patent applications | AC | with attached drafts sent for comment and review |
| 12/11/2001 | J. Draeger | D. Marr | N/A | applications | AC | comment and review |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/11/2001 | J. Draeger | D. Marr | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 12/11/2001 | J. Draeger | D. Marr | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 11/14/2001 | D. Marr | A. Polaski, D. Marr | F. Binns | email to attorney re: review of technical paper | AC | email seeking review and comment on draft of paper from attorney A. Polaski |
| 11/14/2001 | D. Koufaty | A. Polaski, D. Marr | F. Binns | technical paper attached to preceding privileged communication bearing the same date | AC | draft of paper sent for comment and review |
| 11/14/2001 | A. Polaski | A. Polaski, D. Marr | F. Binns | email from attorney re: review of technical paper | AC | attorney advice regarding draft of paper |
| 11/14/2001 | A. Polaski | D. Koufaty, D. Marr | F. Binns | technical paper attached to preceding privileged communication bearing the same date | AC | draft of paper sent for comment and review |
| 11/14/2001 | D. Koufaty | D. Koufaty, D. Marr | F. Binns | privileged communication bearing the same date | AC | email seeking review and comment on draft of paper from attorney A. Polaski |
| 11/13/2001 | D. Koufaty | D. Koufaty, D. Marr | F. Binns | technical paper attached to preceding privileged communication bearing the same date | AC | draft of paper sent for comment and review |
| 11/13/2001 | D. Koufaty | D. Koufaty, D. Marr | F. Binns | email to attorney re: review of technical paper | AC | back-and-forth discussion seeking attorney advice regarding draft of paper |
| 11/13/2001 | A. Polaski | A. Polaski, D. Marr | F. Binns | email from attorney re: review of technical paper | AC | draft of paper sent for comment and review |
| 11/7/2001 | D. Marr | A. Polaski, D. Marr | N/A | email from attorney re: review of technical paper | AC | back-and-forth discussion seeking attorney advice regarding draft of paper |
| 11/13/2001 | A. Polaski | D. Marr | F. Binns | technical paper attached to preceding privileged communication bearing the same date | AC | draft of paper sent for comment and review |
| 11/5/2001 | A. Polaski | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | email from attorney re: patent applications | AC | with attached drafts sent for comment and review |
| 11/5/2001 | D. Koufaty | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 11/5/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 11/5/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 11/5/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 11/5/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/5/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 10/30/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | email from attorney re patent applications | AC | with attached drafts sent for comment and review |
| 10/30/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| 10/30/2001 | J. Draeger | S. Kaushik, D. Marr, D. Hill, J. Crossland, D. Rogers | J. Draeger | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application sent for comment and review |
| | | | | | | contains attachment authored Intel Legal Dept.; relating to the attorney client process of determining which inventions to seek patents for |
| 7/16/2001 | S. Olschewsky | C. Williams | D. Marr, J. Draeger | email chain including attorney re: invention disclosure | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/16/2001 | S. Olschewsky | C. Williams | D. Marr, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/16/2001 | S. Olschewsky | C. Williams | D. Marr, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | discussion relating to the attorney-client process of determining which inventions to seek patents for |
| 7/16/2001 | J. Draeger | D. Marr | N/A | email from attorney re: patent applications | AC | which inventions to seek patents for |
| 7/16/2001 | J. Draeger | D. Marr | N/A | patent application attached to preceding privileged communication bearing the same date | AC | sent for comment and review |
| 7/16/2001 | J. Draeger | D. Marr | N/A | patent application attached to preceding privileged communication bearing the same date | AC | sent for comment and review |
| 7/16/2001 | J. Draeger | D. Marr, C. Williams | N/A | email from attorney re: invention disclosures | AC | contains attachment authored Intel Legal Dept.; relating to the attorney client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/16/2001 | J. Draeger | D. Marr, C. Williams | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/16/2001 | J. Draeger | D. Marr, C. Williams | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/16/2001 | J. Draeger | N/A | | email chain including attorney re: invention disclosure | AC | contains attachment authored Intel Legal Dept.; relating to the attorney client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Marr | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 7/13/2001 | C. Williams | D. Rogers, A. Miller, S. Jourdan, F. McKeen, D. Boggs, M. Upton, D. Carmean, P. Hammarlund, R. Greiner, G. Espinosa, P. Roussel, M. Chowdhury, D. Sager, D. Papworth, R. Singhal, M. Fetterman, D. Hill, E. Sprangle, D. Marr, B. Toll, C. Yunker, S. Weiss, M. Cranford, S. Tetrick | J. Boulden, J. Draeger | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| 6/27/2001 | K. Abela-Gale | | J. Draeger | email sent on behalf of attorney re: disclosures | AC | sent on behalf of attorney for comment and review |

Blax Corporation v. Intel Corporation, et al.

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 6/27/2001 | K. Abela-Gale | D. Rogers, A. Miller, S. Jourdan, F. McKeen, D. Boggs, M. Upton, D. Carmean, P. Hammarlund, R. Greiner, G. Espinosa, P. Roussel, M. Chowdhury, D. Sager, D. Papworth, R. Singhal, M. Fetterman, D. Hill, E. Sprangle, D. Marr, B. Toll, C. Yunker, S. Weiss, M. Cranford, S. Tetrick | J. Draeger | | AC | authored by attorney J. Draeger, relating to the attorney-client process of determining which inventions to seek patents for, and sent for comment and review |
| 6/27/2001 | K. Abela-Gale | D. Rogers, A. Miller, S. Jourdan, F. McKeen, D. Boggs, M. Upton, D. Carmean, P. Hammarlund, R. Greiner, G. Espinosa, P. Roussel, M. Chowdhury, D. Sager, D. Papworth, R. Singhal, M. Fetterman, D. Hill, E. Sprangle, D. Marr, B. Toll, C. Yunker, S. Weiss, M. Cranford, S. Tetrick | J. Draeger | information re: disclosures attached to preceding privileged communication bearing the same date | AC | authored by attorney J. Draeger, relating to the attorney-client process of determining which inventions to seek patents for, and sent for comment and review |
| 1/29/2002 | A. Gupta | DPG CPU Arch Senior Staff | N/A | email forwarded from attorney re: architecture portfolio | AC | contains information authored by Intel attorneys J. Draeger, P. Lam, L. Novakoski, and D. Nicholls containing information pertinent to their representation of Intel architects; sent to group of Intel architects by Intel employee |
| 1/29/2002 | A. Gupta | DPG CPU Arch Senior Staff | N/A | architecture portfolio attached to preceding privileged communication bearing the same date | AC | information authored by Intel attorneys J. Draeger, P. Lam, L. Novakoski, and D. Nicholls containing information pertinent to their representation of Intel architects; sent to group of Intel architects by Intel employee |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 1/29/2002 | A. Gupta | DPG CPU Arch Senior Staff | N/A | architecture portfolio attached to preceding privileged communication bearing the same date | AC | information authored by Intel attorney j. Draeger, P. Lam, L. Novakoski, and D. Nicholls containing information pertinent to their representation of Intel architects; sent to group of Intel architects |
| 1/17/2002 | L. Chao | D. Marr | N/A | | AC | email chain involving group that includes attorney A. Polaski seeking review and comment on draft of paper |
| 1/17/2002 | L. Chao | D. Marr | N/A | email with attorney involved in chain re: approval of technical paper | AC | attached draft sent for review and comment |
| 1/17/2002 | L. Chao | D. Marr | N/A | technical paper attached to preceding privileged communication bearing the same date | AC | attached draft sent for review and comment |
| 1/17/2002 | L. Chao | D. Marr | N/A | technical paper attached to preceding privileged communication bearing the same date | AC | attached draft sent for review and comment |
| 8/26/2002 | R. Cross | D. Bullitt, B. Sheets, D. Marr, B. Adams, J. Malone | N/A | email chain including attorney re: product architecture | AC | back-and-forth discussion seeking comment and advice from large group, including Intel Legal Dept. regarding draft of product-related information |
| 8/26/2002 | R. Cross | D. Bullitt, B. Sheets, D. Marr, B. Adams, J. Malone | N/A | product information attached to preceding privileged communication bearing the same date | AC | attached draft of product-related information |
| 8/26/2002 | R. Cross | D. Bullitt, B. Sheets, D. Marr, B. Adams, J. Malone | N/A | product information attached to preceding privileged communication bearing the same date | AC | attached draft of product-related information |
| 8/26/2002 | R. Cross | D. Marr | N/A | product information attached to preceding privileged communication bearing the same date | AC | attached draft of product-related information |
| 11/1/1999 | L. Hacking | J. Draeger | T. Huff, D. Marr | email to attorney re: invention disclosure | AC | relating to the attorney-client process of determining which inventions to seek patents for |
| 8/26/2002 | R. Cross | D. Bullitt, B. Sheets, D. Marr, B. Adams, J. Malone | N/A | | AC | discussion between inventors regarding answering specific request by attorney to inventors for information relevant to representation |
| 10/14/1999 | N. Lemburg | T. Thakkar, T. Huff, D. Lemburg, Marr | M. Meyer, N. Lemburg | email chain involving attorney re: patents | AC | discussion between inventors regarding answering specific request by attorney to inventors for information relevant to representation |
| 10/8/1999 | T. Huff | T. Thakkar | M. Meyer, N. Lemburg, D. Marr | email chain involving attorney re: patents | AC | request by attorney to inventors for information relevant to representation |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/8/1999 | T. Thakkar | T. Huff | M. Meyer, N. Lemburg, D. Marr | email chain involving attorney re: patents | AC | discussion between inventors regarding answering specific request by attorney to inventors for information relevant to representation |
| 10/8/1999 | T. Huff | T. Huff | | email chain involving attorney re: patents | AC | discussion regarding answering specific request by attorney to inventors for information relevant to representation |
| 10/8/1999 | T. Huff | T. Thakkar, J. Draeger | D. Marr, M. Meyer | email chain involving attorney re: patents | AC | discussion regarding answering specific request by attorney to inventors for information relevant to representation |
| 10/8/1999 | T. Thakkar | J. Draeger | T. Huff, D. Marr | email chain involving attorney re: patents | AC | specific request by attorney to inventors for information relevant to representation |
| 10/8/1999 | J. Draeger | M. Rhodehamel, D. Sager, P. Roussel, T. Fletcher, M. Upton, D. Carmean, R. Borkar, B. Lince, A. Kyker, G. Brown, D. Marr, D. Boggs, J. Brayton, T. Thakkar, A. Gupta, D. Feltham, D. Rogers, D. A. Hill, D. R. Hill, T. Burton, G. Hinton. | J. Draeger | email from attorney re: patent filings | AC | response to request from attorney for specific information regarding representation |
| 10/20/2003 | P. Bray | E. Robinson | | email to attorney re: slide show presentation | AC | response to request from attorney for specific information regarding representation |
| 10/20/2003 | P. Bray | E. Robinson | | email to attorney re: slide show presentation | AC | response to request from attorney for specific information regarding representation |
| 10/20/2003 | E. De Vera | N/A | | email to attorney re: slide show presentation | AC | response to request from attorney for specific information regarding representation |
| 10/20/2003 | D. Marr | A. Polaski | N/A | email to attorney re: legal approval of presentation | AC | seeking advice and comment or approval of attached draft |
| 8/5/2002 | D. Marr | A. Polaski | N/A | slide show presentation attached to preceding privileged communication bearing the same date | AC | attached draft sent for advice and comment or approval |
| 8/5/2002 | D. Marr | A. Polaski | N/A | email to attorney re: legal approval of presentation | AC | seeking advice and comment or approval of attached draft |
| 11/13/2001 | D. Marr | A. Polaski | F. Binns, D. Koufaty | presentation attached to preceding privileged communication bearing the same date | AC | attached draft sent for advice and comment or approval |
| 11/13/2001 | D. Marr | A. Polaski | F. Binns, D. Koufaty | privileged communication attached to preceding privileged communication bearing the same date | AC | attached draft sent for advice and comment or approval |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 2/6/2001 | Intel Legal Dept. | D. Marr (custodian) | N/A | emedia invention disclosure | AC | authored Intel Legal Dept.; relating to the attorney-client process of determining which inventions to seek patents for |
| unknown | J. Draeger | D. Marr (custodian) | N/A | emedia patent application draft | AC | draft of patent application authored by attorney |
| 6/2/2003 | S. Kottapalli | W. Witt, S. Nadkarni | N/A | email with attached invention disclosure | AC | email contains attachment authored by J. Boulden, an Intel paralegal, relating to the process of determining which inventions to seek patents for |
| 6/2/2003 | S. Kottapalli | W. Witt, S. Nadkarni | N/A | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by J. Boulden, an Intel paralegal, relating to the process of determining which inventions to seek patents for |
| 12/15/2004 | S. Kottapalli | T. Lane, S. Nadkarni, T. Wang | N/A | email to attorney re: patent application | AC | attached draft of application sent for comment and review |
| 12/15/2004 | S. Kottapalli | T. Lane, S. Nadkarni, T. Wang | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 12/8/2004 | T. Lane | S. Kottapalli, S. Nadkarni, T. Wang | N/A | email from attorney re: patent application | AC | involves attorney T. Lane; contains attached draft of application sent for comment and review |
| 12/8/2004 | T. Lane | S. Kottapalli, S. Nadkarni, T. Wang | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/3/2000 | M. McCain | B. Bigbee, D. Bose, J. Brown, E. Campbell, I. Chen, E. Chipizhko, S. Coleman, S. Dinayuga, C. Dulong, S. Erlich, R. Evans, L. Fisher, E. Garbus, S. Goossen, S. Heckenberg, R. Henkhaus, D. Kuck, R. Mazzella, L. McCuddy, S. Nahum, A. Odinokov, K. Pocek, M. Ribble, T. Robinson, W. Savage, F. Sim, K. Smith, O. Suitin, W. Wen-Hann, R. Wirt, K. Yedlin, W. Yu, J. Zhu | N/A | email with attorney in chain re: trademarks | AC | advice of Intel attorney S. Schwartz regarding trademark passed on to other Intel employees to implement advice, along with attachments prepared by Intel Legal Dept. |
| 10/3/2000 | M. McCain | B. Bigbee, D. Bose, J. Brown, E. Campbell, I. Chen, E. Chipizhko, S. Coleman, S. Dinayuga, C. Dulong, S. Erlich, R. Evans, L. Fisher, E. Garbus, S. Goossen, S. Heckenberg, R. Henkhaus, D. Kuck, R. Mazzella, L. McCuddy, S. Nahum, A. Odinokov, K. Pocek, M. Ribble, T. Robinson, W. Savage, F. Sim, K. Smith, O. Suitin, W. Wen-Hann, R. Wirt, K. Yedlin, W. Yu, J. Zhu | N/A | trademark information attached to preceding privileged communication bearing the same date | AC | attachment prepared by Intel Legal Dept. |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/3/2000 | M. McCain | B. Bigbee, D. Bose, J. Brown, E. Campbell, I. Chen, E. Chipizhko, S. Coleman, S. Dimayuga, C. Dulong, S. Erich, R. Evans, L. Fisher, E. Garbus, S. Goossen, S. Heckenberg, R. Henkhaus, D. Kuck, R. Mazzella, L. McCuddy, S. Nahum, A. Odinokov, K. Pocek, M. Ribble, T. Robinson, W. Savage, F. Sim, K. Smith, O. Sutin, W. Wen-Hann, R. Wirt, K. Yedlin, W. Yu, J. Zhu | N/A | trademark information attached to preceding privileged communication bearing the same date | AC | attachment prepared by Intel attorney S. Schwartz |
| 7/19/1990 | C. Silverman | G. Walpert | A. Grove, W. Iseman, E. Taylor | letter from attorney re: patent evaluation with attorney handwriting regarding letter | AC | |
| 9/21/1990 | C. Silverman | G. Walpert | N/A | letter from attorney re: patent evaluation with attorney handwriting regarding letter | AC | |
| 12/18/1997 | M. Watanabe | J. Siebach, C. Silverman A. Suzuki | M. Mallie | legal inquiry regarding Matsushita communication | AC | legal inquiry regarding Matsushita communication |
| 2/24/2005 | D. DeVos | G. Hinton | N/A | email from attorney re: patent application | AC | email in which attorney D. DeVos seeks information relating to the process of determining which inventions to seek patents for |
| 1/31/2003 | J. Draeger | D. Carmean, A. Gupta, J. Rattner, K. Welch, G. Hinton, A. Polaski, M. Smith | S. Borkar, R. Krishnamurthy, L. Mennemeier, J. Draeger | email from attorney re: patent applications | AC | email in which attorney seeks information relating to the process of determining which inventions to seek patents for |
| 1/31/2004 | J. Draeger | D. Carmean, A. Gupta, J. Rattner, K. Welch, G. Hinton, A. Polaski, M. Smith | S. Borkar, R. Krishnamurthy, L. Mennemeier, J. Draeger | information related to patent applications attached to preceding privileged communication bearing the same date | AC | (correct year is 2003) attached information sent for comment and review |
| 1/31/2004 | J. Draeger | D. Carmean, A. Gupta, J. Rattner, K. Welch, G. Hinton, A. Polaski, M. Smith | S. Borkar, R. Krishnamurthy, L. Mennemeier, J. Draeger | information related to patent applications attached to preceding privileged communication bearing the same date | AC | (correct year is 2003) attached information sent for comment and review |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 6/6/2003 | E. Sprangle | G. Hinton, J. Crawford, S. Kottapalli | D. Carmean | email with attached invention disclosure | AC | email contains attachment authored by Intel Legal Dept, relating to the process of determining which inventions to seek patents for |
| 6/6/2003 | E. Sprangle | G. Hinton, J. Crawford, S. Kottapalli | D. Carmean | product architecture information attached to preceding privileged communication bearing the same date | AC | in same parent/child relationship as attached documents authored by Intel Legal Dept, relating to the attorney-client process of determining which inventions to seek patents for |
| 6/6/2003 | E. Sprangle | G. Hinton, J. Crawford, S. Kottapalli | D. Carmean | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored Intel Legal Dept; relating to the attorney-client process of determining which inventions to seek patents for |
| unknown | G. Hinton (custodian) | N/A | N/A | notes related to deposition | AC/WP | notes taken from meeting with Intel attorney D. Healey regarding upcoming deposition of G. Hinton |
| 2/20/2005 | D. Tuhy | N/A | N/A | power point presentation containing and reflecting confidential attorney-client communication. | AC | contains advice attributed to Steptoe & Johnson law firm |
| 2/20/2005 | D. Tuhy | N/A | N/A | power point presentation attached to original presentation containing and reflecting confidential attorney-client communication. | AC | coauthored by Intel attorney B. Sewell; regarding future business strategies |
| 2/20/2005 | D. Tuhy | N/A | N/A | power point presentation containing and relaying confidential attorney-client communications | AC | contains performance estimates created by attorneys as part of representation |
| unknown | D. Tuhy | N/A | N/A | power point presentation containing and relaying confidential attorney-client communications | AC | contains performance estimates created by attorneys as part of representation |
| unknown | D. Tuhy | N/A | N/A | power point presentation containing and relaying confidential attorney-client communications | AC | contains advice created by attorneys as part of representation |

*Blax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|------|-----------|--------------|-------|-------------|---------------------|-------------------------------|
| 11/20/2003 | M. McCargar | L. Wickstrom, N. Biswal, G. Chen, A. Chou, S. Chu, J. Cole, M. Ghazzadeh, A. Go, G. Hayek, A. Jarrar, B. Johnson, C. Johnson, K. Kaneshiro, K. Krueger, S. Kudva, S. Kuo, P. Lang, M. LaTondre, F. Martins, R. Reese, T. Reneau, D. Rompel, N. Saghal, K. Shah, N. Smith, P. Smith, D. Stasaitis, D. Swanson, J. Thompson, R. Trinh, D. Tuby, B. Vembu, S. Vora, B. Wager | N/A | email with attached privileged architecture information | AC | advice of group that includes Intel Legal Dept. passed on to other Intel employees to implement advice, along with attachments prepared by same group |
| 11/20/2003 | M. McCargar | L. Wickstrom, N. Biswal, G. Chen, A. Chou, S. Chu, J. Cole, M. Ghazzadeh, A. Go, G. Hayek, A. Jarrar, B. Johnson, C. Johnson, K. Kaneshiro, K. Krueger, S. Kudva, S. Kuo, P. Lang, M. LaTondre, F. Martins, R. Reese, T. Reneau, D. Rompel, N. Saghal, K. Shah, N. Smith, P. Smith, D. Stasaitis, D. Swanson, J. Thompson, R. Trinh, D. Tuby, B. Vembu, S. Vora, B. Wager | N/A | privileged architecture information attached to preceding privileged communication bearing the same date | AC | advice of group that includes Intel Legal Dept. passed on to other Intel employees to implement advice, along with attachments prepared by same group |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/20/2003 | M. McCargar | L. Wickstrom, N. Biswal, G. Chen, A. Chou, S. Chu, J. Cole, M. Ghazizadeh, A. Go, G. Hayek, A. Jarrar, B. Johnson, C. Johnson, K. Kaneshiro, K. Krueger, S. Kudva, S. Kuo, P. Lang, M. LaTondre, F. Martins, R. Reese, T. Reneau, D. Rompel, N. Saghal, K. Shah, N. Smith, P. Smith, D. Stasatis, D. Swanson, J. Thompson, R. Trinh, D. Tuhy, B. Vembu, S. Vora, B. Wager | N/A | privileged architecture information attached to preceding privileged communication bearing the same date | AC | inadvertent duplicate entry; is only one attachment passes on information created by group that includes Intel Legal Dept. to Intel employee; information relates to roadmaps |
| 11/23/1999 | S. Johnson | C. Walker | N/A | email containing and relaying information from Intel Legal Dept. with attached roadmaps | AC | information created by group that includes Intel Legal Dept. |
| 11/23/1999 | S. Johnson | C. Walker | N/A | roadmap power point presentation attached to preceding privileged communication bearing the same date | AC | information created by group that includes Intel Legal Dept |
| 11/23/1999 | S. Johnson | C. Walker | N/A | roadmap power point presentation attached to preceding privileged communication bearing the same date | AC | information created by group that includes Intel Legal Dept. |
| 11/23/1999 | S. Johnson | C. Walker | N/A | roadmap power point presentation attached to preceding privileged communication bearing the same date | AC | |
| 7/17/2002 | R. Klassen | K. Kressin | N/A | email from attorney re transmission of information to vendors | AC | Klassen is an Intel attorney; reflecting advice and comment related to representation |
| 7/12/2002 | M. Tielbaum | A. Polaski, A. Snodgrass, K. Kressin, B. Snodgrass | N/A | email to attorney re transmission of information to vendors | AC | |
| 5/21/2002 | K. Kressin | A. Polaski, M. Tielbaum | B. Leszinske | email to attorney re transmission of information to vendors | AC | sent with request for review and advice regarding attachment |
| 5/21/2002 | K. Kressin | A. Polaski, M. Tielbaum | B. Leszinske | slide on transmission of information to vendors attached to preceding privileged communication bearing the same date | AC | sent with request for review and advice |
| 5/20/2002 | M. Tielbaum | K. Kressen | N/A | email with attorney involved in earlier chain re: product architecture | AC | responding to request of Intel attorney J. Draeger |

*Blax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/27/2002 | M. Thielbaum | B. Leszinske, D. Wilson, A. Polaski, K. Kressin, K. Welch, C. Mulloy | N/A | email to attorney re: product licensing | AC | back-and-forth discussion with group that includes attorney containing comment and advice regarding licensing |
| 12/27/2002 | B. Leszinske | D. Wilson, A. Polaski, K. Kressin, M. Thielbaum, K. Welch, C. Mulloy | N/A | email to attorney re product licensing | AC | back-and-forth discussion with group that includes attorney containing comment and advice regarding licensing |
| 5/31/2002 | A. Polaski | B. Leszinske, K. Kressin, K. Welch, M. Thielbaum, J. McCrea | N/A | email from attorney re product licensing | AC | back-and-forth discussion with group that includes attorney containing comment and advice regarding licensing |
| 5/30/2002 | B. Leszinske | K. Kressin, A. Polaski, M. Thielbaum, J. McCrea | N/A | email to attorney re: product licensing, | AC | email seeking review and comment on changes to draft of licensing information slides |
| 5/30/2002 | B. Leszinske | K. Kressin, A. Polaski, M. Thielbaum, J. McCrea | N/A | email to attorney re: product licensing, product licensing information attached to preceding privileged communication bearing the same date | AC | information authored by group that includes Intel attorney |
| 5/30/2002 | B. Leszinske | K. Kressin, A. Polaski, M. Thielbaum, J. McCrea | N/A | email to attorney re: product licensing, preceding privileged communication attached to product licensing information attached to preceding privileged communication bearing the same date | AC | back-and-forth discussion with group that includes attorney containing comment and advice regarding licensing |
| 6/28/2002 | A. D'Orlando | A. Polaski, B. Leszinske, D. Conant, S. Carr, K. Kressin, M. Kister, K. Elamrawi, G. Alfs | M. Madison, K. Welch | email to attorney re product licensing | AC | passes on draft of information in process of being analyzed by group that includes Intel attorney A. Polaski to Intel employees |
| 7/10/2002 | J. Wensel | K. Kressin, B. Davis, M. Kister | N/A | privileged communication attached to preceding privileged communication bearing the same date | AC | bad image |
| 7/10/2002 | J. Wensel | K. Kressin, B. Davis, M. Kister | N/A | product information attached to preceding privileged communication bearing the same date | AC | information in process of being analyzed by group that includes Intel attorney A. Polaski |
| 7/10/2002 | J. Wensel | K. Kressin, B. Davis, M. Kister | N/A | email with attorney involved earlier in chain re: product licensing, information attached to preceding privileged communication bearing the same date | AC | passes on draft of information in process of being analyzed by group that includes Intel attorney A. Polaski to Intel employees |
| 7/10/2002 | J. Wensel | K. Kressin, B. Davis, M. Kister | N/A | email with attorney involved earlier in chain re: product licensing, | AC | passes on draft of information in process of being analyzed by group that includes Intel employees |
| 7/9/2002 | M. Kister | K. Kressin, M. Thielbaum, B. Leszinske | N/A | email with attorney involved earlier in chain re: product licensing, | AC | passes on draft of information in process of being analyzed by group that includes Intel employees |

*Biax Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/9/2002 | M. Kister | K. Kressin, M. Thielbaum, B. Leszinske | N/A | information attached to preceding privileged communication bearing the same date | AC | bad image |
| 7/9/2002 | M. Kister | K. Kressin, M. Thielbaum, B. Leszinske | N/A | product information attached to preceding privileged communication bearing the same date | AC | information in process of being analyzed by group that includes Intel attorney A. Polaski |
| 7/9/2002 | M. Kister | B. Siu, L. Burns, S. Smith, K. Krause, K. Kressin, T. Wynn, N. Krabbe | N/A | email with attached power point presentation co-authored by attorney A. Leahy | AC | passes on attorney-client information that includes Intel Legal Dept. to Intel employees |
| 4/15/2002 | B. Kirby | B. Siu, L. Burns, S. Smith, K. Krause, K. Kressin, T. Wynn, N. Krabbe | N/A | information attached to preceding privileged communication bearing the same date | AC | bad image |
| 4/15/2002 | B. Kirby | B. Siu, L. Burns, S. Smith, K. Krause, K. Kressin, T. Wynn, N. Krabbe | N/A | power point presentation attached to preceding privileged communication bearing the same date | AC | attorney-client information authored by group that includes Intel Legal Dept. |
| 4/15/2002 | B. Kirby | B. Siu | J. Yasso, T. Wynn, R. Story, K. Krause, K. Kressin, N. Krabbe | email with attached powerpoint presentation containing legal advice | AC | passes on attorney-client information authored and analyzed by group that includes Intel Legal Dept. to Intel employees |
| 4/19/2002 | B. Kirby | B. Siu | J. Yasso, T. Wynn, R. Story, K. Krause, K. Kressin, N. Krabbe | information attached to preceding privileged communication bearing the same date | AC | bad image |
| 4/19/2002 | B. Kirby | B. Siu | J. Yasso, T. Wynn, R. Story, K. Krause, K. Kressin, N. Krabbe | power point presentation attached to preceding privileged communication bearing the same date | AC | attorney-client information analyzed by group that includes Intel Legal Dept. to Intel employees |
| 4/19/2002 | B. Kirby | B. Siu | J. Yasso, T. Wynn, R. Story, K. Krause, K. Kressin, N. Krabbe | executive briefing materials attached to preceding privileged communication bearing the same date | AC | attorney-client information analyzed by group that includes Intel Legal Dept. to Intel employees |
| 4/19/2002 | B. Kirby | B. Siu | J. Yasso, T. Wynn, R. Story, K. Krause, K. Kressin, N. Krabbe | power point presentation attached to preceding privileged communication bearing the same date | AC | attorney-client information below |
| 2/25/2002 | R. Klassen | B. Siu | T. MacDonald | power point presentation attached to preceding privileged communication bearing the same date | AC | information analyzed by group that includes Intel Legal Dept.; is in same parent/child family as attorney-client information below |
| 2/25/2002 | R. Klassen | K. Kressin, K. Krause, B. Leszinske | T. MacDonald | email from attorney re: review of presentation | AC | contains attorney's advice and comments on draft |
| 2/25/2002 | R. Klassen | K. Kressin, K. Krause, B. Leszinske | T. MacDonald | information attached to preceding privileged communication bearing the same date | AC | bad image |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 2/25/2002 | R. Klassen | K. Kressin, K. Krause, B. Leszinske | T. MacDonald | roadmap presentation attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review contains attached draft with request for attorney's advice and comments on draft |
| 2/25/2002 | K. Kressin | K. Krause, B. Leszinske, R. Klassen | T. MacDonald | email to attorney re: review of presentation | AC | |
| 2/25/2002 | K. Kressin | K. Krause, B. Leszinske, R. Klassen | T. MacDonald | presentation attached to preceding privileged communication bearing the same date | AC | |
| 2/25/2002 | K. Kressin | K. Krause, B. Leszinske, R. Klassen | T. MacDonald | roadmap presentation attached to preceding privileged communication bearing the same date | AC | bad image |
| 2/25/2002 | K. Kressin | K. Krause, B. Leszinske, R. Klassen | T. MacDonald | presentation attached to preceding privileged communication bearing the same date | AC | sent for comment and review |
| unknown | Intel Legal Dept. | K. Kressin (custodian) | N/A | media slide of legal implications re: product licensing | AC | |
| 3/10/2004 | J. Burns | S. Kottapalli, K. Shoemaker | N/A | email with attached draft of patent application | AC | responding to request for information from Intel attorney and contains drafts of patent application prepared by attorneys |
| 3/10/2004 | J. Burns | S. Kottapalli, K. Shoemaker | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft of patent application prepared by attorneys |
| 3/10/2004 | J. Burns | S. Kottapalli, K. Shoemaker | N/A | patent diagrams attached to preceding privileged communication bearing the same date | AC | draft of patent diagrams prepared by attorneys |
| 3/10/2004 | J. Burns | S. Kottapalli, K. Shoemaker | N/A | patent filing form attached to preceding privileged communication bearing the same date | AC | |
| 3/10/2004 | J. Burns | S. Kottapalli, K. Shoemaker | N/A | privileged communication bearing the same date | AC | in same parent/child family as privileged information |
| 1/28/2004 | G. Hammond | J. Pickett, J. Crawford, E. Grochowski, K. Shoemaker | B. Black | email with attached invention disclosures | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 1/28/2004 | G. Hammond | J. Pickett, J. Crawford, E. Grochowski, K. Shoemaker | B. Black | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 1/28/2004 | G. Hammond | J. Pickett, J. Crawford, E. Grochowski, K. Shoemaker | B. Black | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 1/28/2004 | G. Hammond | J. Pickett, J. Crawford, E. Grochowski, K. Shoemaker | B. Black | invention disclosure attached to preceding privileged communication bearing the same date | AC | authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |

*Blix Corporation v. Intel Corporation, et al.*

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 1/25/1999 | K. Kolady | D. Simon | H. Dhulla, G. Doshi, S. Skedzielewski, S. Schanna, S. Prasad | email to attorney re: review of power point presentation | AC | draft of presentation sent to attorney for advice and approval |
| 1/25/1999 | K. Kolady | D. Simon | H. Dhulla, G. Doshi, S. Skedzielewski, S. Schanna, S. Prasad | power point presentation attached to preceding privileged communication bearing the same date | AC | draft of presentation sent to attorney for advice and approval |
| 1/25/1999 | K. Kolady | D. Simon | H. Dhulla, G. Doshi, S. Skedzielewski, S. Schanna, S. Prasad | power point presentation attached to preceding privileged communication | AC | draft of presentation sent to attorney for advice and approval |
| 1/13/1999 | S. Prasad | J. Soukey, J. Harper | J. Crawford, G. Doshi, K. Shearman | email intended for group that included attorney re: architecture performance analysis | AC | information intended for attorney D. Simon regarding request for attorney review of changes to drafts of attached information |
| 1/13/1999 | S. Prasad | J. Soukey, J. Harper | J. Crawford, G. Doshi, K. Shearman | performance analysis attached to preceding privileged communication bearing the same date | AC | information intended for attorney D. Simon regarding request for attorney review of changes to drafts of attached information |
| 1/13/1999 | S. Prasad | J. Soukey, J. Harper | J. Crawford, G. Doshi, K. Shearman | performance analysis attached to preceding privileged communication bearing the same date | AC | information intended for attorney D. Simon regarding request for attorney review of changes to drafts of attached information |
| 1/13/1999 | S. Prasad | J. Soukey, J. Harper | J. Crawford, G. Doshi, K. Shearman | performance analysis attached to preceding privileged communication bearing the same date | AC | information intended for attorney D. Simon regarding request for attorney review of changes to drafts of attached information |
| 1/13/1999 | S. Prasad | J. Soukey, J. Harper | J. Crawford, G. Doshi, K. Shearman | performance analysis attached to preceding privileged communication bearing the same date | AC | information intended for attorney D. Simon regarding request for attorney review of changes to drafts of attached information |
| 1/7/1999 | G. Doshi | S. Prasad, G. Benedicty, D. Simon, J. Harper, K. Shearman, R. Curry | M. Rodriguez | email to attorney with attached performance reviews | AC | email regarding changes to attached drafts; sent for advice and approval |
| 1/7/1999 | G. Doshi | S. Prasad, G. Benedicty, D. Simon, J. Harper, K. Shearman, R. Curry | M. Rodriguez | performance analysis attached to preceding privileged communication | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/7/1999 | G. Doshi | S. Prasad, G. Benedicty, D. Simon, J. Harper, K. Shearman, R. Curry | M. Rodriguez | performance analysis attached to preceding privileged communication | AC | draft of information sent to group that includes attorney; sent for advice and approval |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 1/7/1999 | G. Doshi | S. Prasad, G. Benedicty, D. Simon, J. Harper, K. Shearman, R. Curry | M. Rodriguez | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/7/1999 | G. Doshi | S. Prasad, G. Benedicty, D. Simon, J. Harper, K. Shearman, R. Curry | M. Rodriguez | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | S. Prasad, G. Benedicty, D. Simon, J. Crawford | N/A | emailed to attorney with attached performance analysis | AC | email regarding changes to attached drafts; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, G. Benedicty, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, G. Benedicty, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, G. Benedicty, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, G. Benedicty, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, D. Simon, J. Crawford | N/A | email to attorney with attached performance reviews | AC | email regarding changes to attached drafts; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 1/6/1999 | G. Doshi | K. Shearman, J. Harper, S. Prasad, D. Simon, J. Crawford | N/A | performance analysis attached to preceding privileged communication bearing the same date | AC | draft of information sent to group that includes attorney; sent for advice and approval |
| 11/19/2002 | K. Muthukumar | P. Lam, G. Doshi | N/A | email to attorney re: patent | AC | response to request from attorney for specific information regarding representation |
| 7/1/2002 | J. Ward | G. Doshi | N/A | email from attorney re: patent application | AC | seeking review and comment regarding attached patent application drafts |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 7/1/2002 | J. Ward | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 6/6/2001 | G. Doshi | A. Roide, A. Valles, D. Kulkarni | J. N;, J. Crawford | email with attached invention disclosure | AC | email with attachment authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 6/6/2001 | G. Doshi | A. Roide, A. Valles, D. Kulkarni | J. Nr, J. Crawford | invention disclosure attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review authored by Intel Legal Dept. relating to the attorney-client process of determining which inventions to seek patents for |
| 6/7/1999 | K. Muthukumar | L. Novakoski, G. Doshi | N/A | email to attorney re: patent application | AC | suggestion for changes regarding attached patent application drafts |
| 6/7/1999 | K. Muthukumar | L. Novakoski, G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | email from attorney re: patent application | AC | seeking review and comment regarding attached patent application draft |
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | email from attorney re: patent application | AC | seeking review and comment regarding attached drafts |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | feedback questions attached to preceding privileged communication bearing the same date | AC | questions drafted by attorney L. Novakoski regarding aspects of the drafting process |
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | power of attorney related to patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 6/5/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | email from attorney re: patent application | AC | (correct date 5/29) seeking review and comment regarding attached drafts |
| 5/29/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | power of attorney related to patent application attached to preceding privileged communication bearing the same date | AC | (correct date 5/29) draft sent for comment and review |
| 5/29/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application information attached to preceding privileged communication | AC | (correct date 5/29) draft sent for comment and review |
| 5/29/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | (correct date 5/29) draft sent for comment and review |
| 5/29/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | feedback questions attached to preceding privileged communication bearing the same date | AC | questions drafted by attorney L. Novakoski regarding aspects of the drafting process |
| 5/26/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | power of attorney related to patent application attached to preceding privileged communication bearing the same date | AC | (correct date 5/26) draft sent for comment and review |
| 5/26/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | (correct date 5/26) draft sent for comment and review |
| 5/26/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | email from attorney re: patent application | AC | (correct date 5/26) seeking review and comment regarding attached drafts |
| 5/26/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/26/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/26/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | feedback questions attached to preceding privileged communication bearing the same date | AC | questions drafted by attorney L. Novakoski regarding aspects of the drafting process |
| 5/26/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | power of attorney related to patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/25/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | email from attorney re: patent application | AC | draft sent for comment and review seeking review and comment regarding attached drafts |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 5/25/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/25/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/25/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | email from attorney re: patent application | AC | seeking review and comment regarding attached drafts |
| 5/24/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application information attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/24/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/17/1999 | G. Doshi | L. Novakoski, K. Muthukumar | N/A | email from attorney re: patent application attached to preceding privileged communication bearing the same date | AC | seeking review and comment regarding attached drafts |
| 5/17/1999 | G. Doshi | L. Novakoski, K. Muthukumar | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/13/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | email from attorney re: patent application bearing the same date | AC | seeking review and comment regarding attached drafts |
| 5/13/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application information attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/13/1999 | L. Novakoski | K. Muthukumar, G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/12/1999 | G. Doshi | L. Novakoski | K. Muthukumar | email from attorney re: patent application privileged communication bearing the same date | AC | seeking review and comment regarding attached drafts |
| 5/12/1999 | G. Doshi | L. Novakoski | K. Muthukumar | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/13/1999 | L. Novakoski | K. Muthukumar | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/4/1999 | L. Novakoski | G. Doshi | N/A | email from attorney re: patent application privileged communication bearing the same date | AC | seeking review and comment regarding attached drafts |
| 5/4/1999 | L. Novakoski | G. Doshi | N/A | patent application attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 5/4/1999 | L. Novakoski | G. Doshi | N/A | patent diagram attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/14/2000 | R. Krishnaiyer | C. Dulong, W. Li, J. Crawford, D. Lavery, D. Sehr, D. Kulkarni, R. Burtzlaff, J. Waxman | G. Doshi, K. Muthukumar | email to attorney re: review of technical paper | AC | draft of paper sent to group that includes attorney for comment and review |
| 11/14/2000 | R. Krishnaiyer | C. Dulong, W. Li, J. Crawford, D. Lavery, D. Sehr, D. Kulkarni, R. Burtzlaff, J. Waxman | G. Doshi, K. Muthukumar | technical review attached to preceding privileged communication bearing the same date | AC | draft sent for comment and review |
| 3/3/1999 | G. Doshi | J. Waxman | J. Harrison, L. Novakoski | email chain involving attorney re: patent application | AC | (correction–is not discussing patent application) email involving group which includes Intel Legal Dept. relating to the process of reviewing and approving draft of technical paper and patent issues involved in paper |
| 6/5/2002 | S. Peterson | T. Thraves, M. Kister | B. Kirby, B. Leszinske, K. Kressin | email from attorney re: architecture presentation | AC | (correction--this S. Peterson NOT an attorney) contains attorney-client presentation co-authored by Intel attorney A. Polaski; sent for comment and review |
| 6/5/2002 | S. Peterson | T. Thraves, M. Kister | B. Kirby, B. Leszinske, K. Kressin | presentation attached to preceding presentation bearing the same date | AC | (correction--this S. Peterson NOT an attorney) attached presentation co-authored by Intel attorney A. Polaski; sent for comment and review |
| 3/3/1999 | G. Doshi | J. Waxman | J. Harrison, L. Novakoski | email chain involving attorney re: patent application | AC | (correction--this S. Peterson NOT an attorney) contains attorney-client presentation co-authored by Intel attorney A. Polaski; sent for comment and review |
| Unknown | Blakely Sokoloff | N/A | N/A | Attorneys' working copy of a document related to 755 pending claims (Div. II). Document contains written notes. | AC | drafted in response to request from client for advice regarding the patent |
| Unknown | Blakely Sokoloff | N/A | N/A | Attorneys' working copy of a document related to 755 pending claims (Div. I). Document contains attorney's written notes. | AC | drafted in response to request from client for advice regarding the patent |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/30/1990 | Blakely Sokoloff; Ed Taylor (Blakely Sokoloff) | N/A | N/A | Attorneys' working copy of '755 patent accompanied by handwritten notes | AC | drafted in response to request from client for advice regarding the patent |
| 8/30/1990 | Blakely Sokoloff | John Crawford | N/A | Letter from attorney re: licensing inquiry. Also contains handwritten notes. | AC | drafted in response to request from client for advice regarding the patent |
| 10/16/1990 | Blakely Sokoloff | N/A | N/A | Legal summary and accompanying citation list | AC | drafted in response to request from client for advice regarding the patent |
| Unknown | Blakely Sokoloff | N/A | N/A | Attorneys' working copy of '755 patent. Document contains handwritten notes. | AC | drafted in response to request from client for advice regarding the patent |
| 5/23/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | L. Schroeder, J. Allcock, R. Kay | N/A | letter from attorney re: patent litigation | AC/WP | |
| 5/4/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | J. Allcock, R. Kay | N/A | fax from attorney re: patent litigation | AC/WP | |
| 6/15/2005 | R. Kay | G. Frischling, L. Hadley | B. Ledahl | email involving attorneys re: patent litigation | AC/WP | |
| 7/6/2005 | L. Hadley | L. Hadley | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/11/2005 | R. Kay | G. Frischling, R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/11/2005 | G. Frischling (Hennigan, Bennett & Doman, LLP) | G. Frischling, R. Kay | B. Ledahl | email involving attorneys re: patent litigation | AC/WP | |
| 7/12/2005 | G. Frischling (Hennigan, Bennett & Doman, LLP) | T. Franks | J. Allcock, K. Riley | email involving attorneys re: patent litigation | AC/WP | communications between Intel attorneys reflecting advice and strategy regarding ongoing litigation |
| 7/12/2005 | T. Franks | R. Kay, L. Hadley | K. Orso, B. Ledahl | email involving attorneys re: patent litigation | AC/WP | |
| 7/12/2005 | G. Frischling (Hennigan, Bennett & Doman, LLP) | N/A | N/A | email involving attorneys re: patent litigation | AC/WP | |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/12/2005 | R. Kay | S. Rodgers, T. Franks, | J. Allcock, K. Riley, R. Mort | email involving attorneys with attached memo re: patent litigation | AC/WP | communications between Intel attorneys regarding attached memos authored by attorney dealing with strategy for ongoing litigation |
| 7/14/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | B. Ledahl, R. Kay, G. Frischling | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/14/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | B. Ledahl, R. Kay, G. Frischling | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/14/2005 | B. Ledahl | B. Ledahl, L. Handley, G. Frischling | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/14/2005 | R. Kay | B. Ledahl, L. Handley, G. Frischling | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/14/2005 | B. Ledahl | Hennigan, Bennett & Doman, LLP | R. Kay, L. Handley, G. Frischling | email involving attorneys re: patent litigation | AC/WP | |
| 7/14/2005 | B. Ledahl | R. Kay, M. Chu, G. Frischling, B. Ledahl, L. Phillips, R. Kay, J. Allcock, J Briones, R. Mort | G. Frischling | email involving attorneys with attached draft of pleading re: patent litigation | AC/WP | communications between defense attorney's reflecting advice and strategy regarding ongoing litigation |
| 7/15/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | | N/A | fax from attorney re: patent litigation | AC/WP | |
| 7/28/2005 | DLA Piper Rudnick Gray Cary US LLP | R. Kay | N/A | fax involving attorneys re: patent litigation | AC/WP | communications between Intel attorney's regarding ongoing litigation |
| 7/22/2005 | R. Kay | L. Hadley | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/22/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | | | email involving attorneys re: patent litigation | AC/WP | |
| 7/26/2005 | R. Kay | R. Kay | | email involving attorneys re: patent litigation | AC/WP | |
| 7/26/2005 | R. Kay | L. Hadley, G. Frischling | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/27/2005 | L. Folk | L. Hadley | R. Kay | email involving attorneys re: patent litigation | AC/WP | |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 7/27/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 7/29/2005 | DLA Piper Rudnick Gray Cary US LLP | R. Kay | N/A | fax involving attorneys of draft re: patent litigation | AC/WP | communications between Intel attorneys regarding ongoing litigation |
| 7/29/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/1/2005 | G. Frischling | R. Kay, L. Hadley | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/1/2005 | R. Kay | L. Hadley | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/3/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/3/2005 | R. Kay | M. Chu, G. Frischling, B. Ledahl, L. Phillips, R. Kay, J. Allcock, J. Briones, R. Mort | N/A | fax involving attorneys re: patent litigation | AC/WP | |
| 8/3/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | J. Allcock, J. Briones, R. Mort | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/3/2005 | R. Kay | | J. Briones | letter involving attorneys re: patent litigation | AC/WP | |
| 8/3/2005 | R. Kay | | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/8/2005 | R. Kay | L. Hadley | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/8/2005 | R. Kay | | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/8/2005 | L. Hadley | | N/A | email involving attorneys re: patent litigation | AC/WP | communications between defense attorneys reflecting advice and strategy regarding ongoing litigation |
| 8/9/2005 | G. Frischling | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | communications between defense attorneys reflecting advice and strategy regarding ongoing litigation |
| 8/9/2005 | G. Frischling | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | communications between defense attorneys reflecting advice and strategy regarding ongoing litigation |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|------|-----------|--------------|-------|-------------|---------------------|------------------------------|
| 8/9/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | communications between defense attorneys reflecting advice and strategy regarding ongoing litigation |
| 8/10/2005 | R. Kay | G. Frisching | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/11/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/11/2005 | R. Kay | R. Dorman, L. Hadley | N/A | letter involving attorneys re: patent litigation | AC/WP | |
| 8/12/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | G. Frisching, B. Ledahl, R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/16/2005 | R. Kay | L. Hadley | N/A | letter involving attorneys re: patent litigation | AC/WP | |
| 8/16/2005 | R. Kay | L. Hadley | N/A | letter involving attorneys re: patent litigation | AC/WP | |
| 8/16/2005 | L. Spears | R. Kay | N/A | letter to attorney re: patent litigation | AC/WP | |
| 8/18/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay, J. Allcock, J. Briones, R. Mort | N/A | fax involving attorneys re: patent litigation | AC/WP | |
| 8/19/2005 | R. Kay | S. Truelove, K. Kelley, T. Franks, | J. Allcock, R. Mort, K. Riley, M. Han | email involving attorneys re: patent litigation | AC/WP | communications between Intel attorneys reflecting advice and strategy regarding ongoing litigation |
| 8/19/2005 | R. Kay | L. Hadley | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/19/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay, J. Allcock, J. Briones, R. Mort | N/A | fax involving attorneys re: patent litigation | AC/WP | |
| 8/24/2005 | L. Hadley (Hennigan, Bennett & Doman, LLP) | R. Kay | N/A | email involving attorneys re: patent litigation | AC/WP | |
| 8/24/2005 | L. Folk | Esquire Deposition Service | N/A | fax re: patent litigation deposition | AC/WP | |

Biax Corporation v. Intel Corporation, et al.

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 8/25/2005 | R. Kay | L. Hadley | N/A | fax involving attorneys re: patent litigation | AC/WP | |
| 8/25/2005 | R. Kay | L. Hadley | N/A | letter involving attorneys re: patent litigation | AC/WP | |
| 8/30/2005 | R. Kay L. Hadley (Hennigan, Bennett & Doman, LLP) | D. DeVos | N/A | letter involving attorneys re: patent litigation | AC/WP | communications between Intel attorneys regarding ongoing litigation |
| 9/7/2005 | D. Healey | R. Kay | R. Berman | letter involving attorneys re: patent litigation | AC/WP | |
| 5/20/2004 | T. Jackson | N/A | letter between attorneys regarding representation in ongoing litigation | AC/WP | |
| 5/20/2004 | M. Reiter | S. Rodgers | D. Healey, A. Peterman, T. Jackson | letter between attorneys regarding representation in ongoing litigation | AC/WP | |
| 8/16/2005 | R. Batista | D. Healey | N/A | letter between attorneys regarding representation in ongoing litigation | AC/WP | |
| 8/12/2005 | P. Leiter | G. Stephens | R. Kennedy, J. Levy | letter between attorneys regarding representation in ongoing litigation | AC/WP | |
| 8/16/2005 | R. Batista | G. Stephens | N/A | letter between attorneys regarding representation in ongoing litigation | AC/WP | |
| 9/2/2005 | D. McCombs | J. Draeger, C. Carrano, B. Erickson, K Kudlap, J. Craycroft, C. Cagne, D. O'Dell | | email between attorneys regarding representation in ongoing litigation | AC/WP | |
| 12/22/2005 | H.G. Gilliam | D. Healey | N/A | letter between attorneys regarding representation in ongoing litigation | AC/WP | |
| | Dyer at Perkins Coie firm | F. Dulce | | email between attorney and Intel legal assistant regarding representation in ongoing litigation | AC/WP | |
| | Perkins Coie firm | F. Dulce, S. Truelove | | email between attorney and Intel legal assistants regarding representation in ongoing litigation | AC/WP | |
| | Perkins Coie firm | F. Dulce, S. Truelove | | email between attorney and Intel legal assistants regarding representation in ongoing litigation | AC/WP | |
| | Perkins Coie firm | F. Dulce, S. Truelove | | email between attorney and Intel legal assistants regarding representation in ongoing litigation | AC/WP | |
| | Swindle at Perkins Coie firm | F. Dulce, S. Truelove | | email between attorney and Intel legal assistants regarding representation in ongoing litigation | AC/WP | |

Biax Corporation v. Intel Corporation, et al.

## Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| | Dyer at Perkins Coie firm | F. Dulce | | email between attorney and Intel legal assistant regarding representation in ongoing litigation | AC/WP | |
| | Swindle, P. Innes at Perkins Coie firm | F. Dulce, S. Truelove | | email between attorney and Intel legal assistants regarding representation in ongoing litigation | AC/WP | |
| 10/28/2004 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 12/31/2004 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 1/16/2004 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 9/28/2001 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 6/16/2003 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 10/10/2001 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 5/30/2002 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 9/28/2001 | Intel Legal Dept. | N/A | | Report containing information and advice regarding patents | AC | |
| 8/8/2002 | J. Bond | J. Draeger | | email to attorney re: patent litigation | AC/WP | |
| 8/22/2001 | Rob Wawrzyn | N/A | | Chart containing information related to patents | AC/WP | |
| c. 1/02 | Intel Legal Dept. Richard Calderwood | N/A | | Power point containing attorney-client information related to patent licensing | AC | |
| c. 4/1996 | Calderwood | N/A | | Report containing strategic legal review and analysis | AC/WP | |
| c. 4/2006 | J. Draeger | N/A | | slide show presentation regarding investments and agreements | AC | |
| 11/10/2006 | Intel Legal Dept. | N/A | | Page from Intel Legal Team website regarding licensing | AC | |
| 11/10/2006 | Intel Legal Dept. | N/A | | Page from Intel Legal Team website regarding licensing | AC | |
| 11/10/2006 | Intel Legal Dept. | N/A | | Page from Intel Legal Team website regarding licensing | AC | |
| 9/11/2006 | Intel Legal Dept. | N/A | | Page from Intel Legal Team website regarding licensing | AC | |
| 11/10/2006 | Intel Legal Dept. | N/A | | Page from Intel Legal Team website regarding licensing | AC | |
| 11/10/2006 | Intel Legal Dept. | N/A | | Page from Intel Legal Team website regarding licensing | AC | |
| 11/10/2006 | Intel Legal Dept. | N/A | | Page from Intel Legal Team website regarding licensing | AC | |

*Brax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/10/2006 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding licensing | AC | |
| 9/11/2006 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 9/11/2006 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding consultants | AC | |
| 6/26/2000 | Intel Legal Dept. | N/A | N/A | Memorandum regarding patent consultants | AC/WP | |
| 6/26/2000 | Intel Legal Dept. | N/A | N/A | Memorandum regarding patent consultants | AC/WP | |
| 3/31/2000 | Intel Legal Dept. | N/A | N/A | Memorandum regarding patent analysis | AC/WP | |
| 11/28/1994 | Intel Legal Dept. | N/A | N/A | draft of consultant agreement | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | draft of letter to consultant | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | slide regarding licensing | AC | |
| Unknown | J. Chernesky | N/A | N/A | Power point containing attorney-client information related to patent licensing | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | Chart containing information related to patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 9/11/2006 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 1/16/2001 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 4/23/2001 | L. Blumberg | N/A | N/A | Power point regarding licensing | AC | |

*Biax Corporation v. Intel Corporation, et al.*

**Fourth Supplemental Log RE: Documents Withheld on the Basis of Work-Product and/or Attorney-Client Privilege**

| DATE | AUTHOR(S) | RECIPIENT(S) | CC(S) | DESCRIPTION | BASIS FOR PRIVILEGE | FURTHER REQUESTED DESCRIPTION |
|---|---|---|---|---|---|---|
| 11/10/2006 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding patent analysis | AC | |
| 2/24/2006 | Intel Legal Dept. | N/A | N/A | draft of license agreement | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | draft of license agreement | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | draft of license agreement | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | draft of transfer agreement | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | draft of transfer agreement | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | draft of purchase agreement | AC | |
| Unknown | Intel Legal Dept. | N/A | N/A | draft of transfer agreement | AC | |
| 2/25/2002 | Intel Legal Dept. | N/A | N/A | Report containing information and advice regarding patents | AC | |
| 2/25/2002 | Intel Legal Dept. | N/A | N/A | Report containing information and advice regarding patents | AC | |
| 10/18/2001 | C. Uchendu | Connor, D. Merino | N/A | Email regarding report on information and advice about patents | AC | |
| 1/23/2002 | C. Uchendu | J. Bond, P. Detkin, J. Schiffhauer, D. Simon, S. Griffin, I. Blumberg, D. Connor, D. Merino | N/A | Email regarding report on information and advice about patents | AC | |
| 10/12/2001 | C. Uchendu | J. Bond, P. Detkin, J. Schiffhauer, D. Simon, S. Griffin, I. Blumberg, D. Connor, D. Merino | N/A | Email regarding report on information and advice about patents | AC | |
| 11/2/2006 | Intel Legal Dept. | N/A | N/A | Page from Intel Legal Team website regarding ongoing litigation | AC/WP | |