**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BIAX CORPORATION, )<br>)<br>    Plaintiff, )<br>    Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>INTEL CORPORATION )<br>)<br>  and )<br>)<br>ANALOG DEVICES, INC., )<br>)<br>    Defendants, )<br>    Counterclaim-Plaintiffs. ) | Civil Action No. 02-05CV-184-TJW |

**FACT WITNESS LIST OF BIAX CORPORATION[1]**

    A.    WITNESSES EXPECTED TO BE CALLED AT TRIAL

        1.  Mr. Christopher Brooks

        2.  Mr. Frederick Gluck

        3.  Mr. Raymond Livingstone

        4.  Mr. Gordon Morrison

    B.    WITNESSES THAT MAY BE CALLED AT TRIAL

        1.  Mr. Gary Walpert

        2.  Mr. Gregory Koker

---

[1]   BIAX reserves the right to amend this list to include witnesses whose depositions are taken after the service date of this witnesses list.

C.      DEPOSITION/TRIAL TESTIMONY

1. Mr. Joseph Bond
2. Mr. David Boundy
3. Mr. David Connor
4. Mr. John Crawford
5. Mr. Vincent Del Vecchio
6. Mr. Robert Dorr
7. Mr. Jeffrey Draeger
8. Ms. Beatrice Fu
9. Mr. Dana Hayter
10. Mr. Gregory Koker
11. Mr. Daniel Lavery
12. Mr. Boris Lerner
13. Mr. Gerald McGuire
14. Mr. Thomas Myrick
15. Mr. David Papworth
16. Mr. Eric Samuels
17. Mr. William Savage
18. Mr. Carl Silverman
19. Mr. David Simon
20. Mr. Donald Soltis
21. Mr. David Stitzenberg

February 13, 2007                                    Respectfully submitted,

                                                     _____
                                                     Barry W. Graham
                                                     Washington DC Bar No. 291278
                                                     E. Robert Yoches
                                                     Washington DC Bar No. 342642
                                                     Griffith J. Price
                                                     Washington DC Bar No. 429585
                                                     Edward J. Naidich
                                                     Washington DC Bar No. 481649
                                                     FINNEGAN, HENDERSON, FARABOW,
                                                       GARRETT & DUNNER, L.L.P.
                                                     901 New York Avenue, NW
                                                     Washington, D.C.  20001-4413
                                                     (202) 408-4000
                                                     barry.graham@finnegan.com
                                                     bob.yoches@finnegan.com
                                                     griff.price@finnegan.com
                                                     ed.naidich@finnegan.com

                                                     *Attorneys for BIAX Corporation*

OF COUNSEL:
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
Albritton Law Firm
PO Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
ema@emafirm.com

Danny Williams
Williams Morgan Amerson
10333 Richmond Avenue
Suite 1100
Houston, TX 77042
Telephone: (713) 934-7000
danny@wmalaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 13th day of February, 2007.

                                                            /s/ Eric M. Albritton
                                                            Eric M. Albritton