IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| BIAX CORPORATION | § | |
| Vs. | § | CIVIL ACTION NO. 2:05-CV-184 |
| INTEL CORPORATION | § | |

## ORDER

With respect to Biax's expedited motion to compel (#202), Intel is ordered to produce *in camera* the documents sought in the motion to which Intel asserts a claim of privilege. Intel shall tender the documents on or before February 21, 2007.

SIGNED this 15th day of February, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE