IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BIAX CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 02-05CV-184-TJW |
| v. | § | |
| | § | |
| INTEL CORPORATION, and | § | The Honorable T. John Ward |
| ANALOG DEVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendant's Agreed Motion to Expedite Briefing Scheduling Concerning Analog Devices, Inc.'s two discovery motions: Motion of Defendant Analog Devices, Inc. for Additional Time for a Fair Deposition Examination of Gary Walpert (Docket No. 226) and Motion of Defendant Analog Devices, Inc. to Compel Production of Withheld Documents Relevant to Its Inequitable Conduct Defenses and Counterclaims (Docket No. 227) shall be, and is hereby GRANTED. BIAX shall file its responses on or before February 23, 2007, ADI shall file its replies, if any, on or before February 27, 2007, and BIAX shall file its sur-replies, if any on or before March 2, 2007.

SIGNED this 21st day of February, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE