IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BIAX CORPORATION, | § | |
| | § | |
| Plaintiff and Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 02-05CV-184-TJW |
| | § | |
| INTEL CORPORATION, | § | |
| | § | |
| and | § | The Honorable T. John Ward |
| | § | |
| ANALOG DEVICES, INC. | § | |
| | § | |
| Defendants and Counterclaimants. | § | |

## ANALOG DEVICES, INC.'S TRIAL FACT WITNESS LIST

Pursuant to the Court's Docket Control Order dated December 21, 2005 (Docket # 40), Defendant Analog Devices, Inc. provides the following identification of fact witnesses for trial. Witnesses may be presented live, through deposition testimony, and/or through prior testimony. Analog reserves the right to amend or supplement this preliminary list, or call witnesses who are not on this list including rebuttal and impeachment witnesses, and/or provide the jury with counter-designations to deposition testimony provided by BIAX. Analog reserves the right to call any witness listed on any of BIAX's or Intel's witness lists. Analog will also designate trial expert witnesses pursuant to the schedule provided in the Docket Control Order (Docket #40).

Allen, Mr. Michael
Boone, Mr. Gary
Boundy, Mr. David
Brooks, Mr. Christopher
Charlesworth, Dr. Alan E.
Cox, Mr. Steven
Crook, Mr. Dave
Croteau, Mr. John
Del Vecchio, Mr. Vincent
Dodrill, Mr. Jim
Dorr, Mr. Robert
Estabrook, Mr. Mark
Gluck, Mr. Frederick
Goodman, Dr. James R.
Grafton, Mr. Richard
Greco, Mr. Vito
Gross, Dr. Thomas
Haddad, Mr. Elie
Hennessy, Dr. John
Higham, Mr. Andrew
Katz, Dr. Randy H.
Koker, Mr. Greg
Lerner, Dr. Boris
Livingstone, Mr. Raymond
Livingstone, Mr. Scott
Lupo, Mr. Raphael
Mayer, Mr. Christopher
McAlexander, Mr. Joseph
McAloon, Mr. Brian
McDowell, Dr. Charles E.
McGuire, Mr. Gerald
Morrison, Mr. Gordon
Myrick, Mr. Thomas
Pankoski, Mr. Richard
Pleszkun, Dr. Andrew
Robertson, Mr. Scot
Robinson, Mr. Richard
Rosocha, Dr. Walter
Sandbank, Mr. Alberto
Scharf, Mr. Brad
Schorr, Dr. Herbert
Schroeder, Mr. Larry
Smith, Dr. James E.
Valure, Ms. Alice
Walpert, Mr. Gary
Yee, Mr. Ronnin

Young, Dr. Honesty
Young, Mr. Mike
Zimmerman, Mr. John
Record keepers and witnesses as needed for evidentiary foundation of for admissibility of trial exhibits.
To the extent that Plaintiff challenges the foundation or admissibility of prior art that Defendants have identified in this case, Defendants reserve the right to call fact witnesses as necessary to establish the admissibility of that evidence.

Dated: February 27, 2007

Respectfully submitted,

By: /s/ David J. Beck w/ permission BDD
David J. Beck, *Lead Attorney*
Texas Bar No. 00000070
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Tel. (713) 951-3700
Fax (713) 951-3720
dbeck@brsfirm.com

Of Counsel:

B.D. Daniel
Jim Taylor
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Tel. (713) 951-3700
Fax (713) 951-3720

Jennifer P. Ainsworth
Wilson, Sheehy, Knowles, Robertson &
Cornelius P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Tel. (903) 509-5000
Fax (903) 509-5092

Steven M. Bauer
Jeremy P. Oczek
Proskauer Rose LLP
One International Place
Boston, MA 02210
Tel. (617) 526-9600
Fax (617) 526-9899

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure via electronic filing on all counsel of record on the 27th day of February, 2007.

*B.D. Daniel*

B.D. Daniel