IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BIAX CORPORATION, | ) |
| | ) |
| Plaintiff & Counterclaim-Defendant, | ) Civil Action No. 2:05CV-184 TJW |
| | ) Judge: Hon. T. John Ward |
| v. | ) |
| INTEL CORPORATION, AND ANALOG DEVICES, INC | ) |
| Defendants & Counterclaim-Plaintiffs. | ) |

**INTEL'S TRIAL FACT WITNESS LIST**

Pursuant to the Docket Control Order entered in this case dated December 21, 2005, Intel provides the following identification of fact witnesses for trial. Intel reserves the right to amend or supplement this list, or call witnesses who are not on this list including rebuttal and impeachment witnesses, and provide counter-designations to deposition testimony provided by BIAX. Intel reserves the right to call any witness listed on any of BIAX's or ADI's witness lists. Witnesses may be presented live, through deposition testimony, and/or through prior testimony. Intel also reserves the right to designate trial expert witnesses pursuant to the schedule triggered by the claim construction ruling provided in the Docket Control Order.

| Last Name, First Name of Witness |
| --- |
| Albers, Roland |
| Barrett, Craig R. |
| Binns, Frank |
| Bond, Joseph |
| Boone, Gary |
| Boundy, David |
| Brooks, Christopher B. |
| Brooks, Walt |
| Bryant, Diane M. |
| Burgham, Barbara |
| Caldwell, Greg D. |
| Connor, David |
| Cox, George |
| Crawford, John H. |
| Dorr, Robert C. |
| Draeger, Jeffrey |
| Fu, Beatrice |
| Gluck, Frederick G. |
| Hayter, Dana |
| Hinton, Glenn |
| Lavery, Dan |
| Livingstone, Raymond Scott, Jr. |
| Livingstone, Scott |
| Marr, Deborah T. |
| Mattson, Richard |
| Morrison, Gordon E. |
| Pankoski, Richard |
| Papworth, David |
| Pitts, Thomas H. |
| Rattner, Justin |
| Rosocha, Walter G. |
| Samuels, Eric |
| Sewell, D. Bruce |
| Silverman, Carl |
| Simon, David |
| Slobodin, Jack |
| Smith, Stephen L. |
| Soltis, Don |
| Stitzenberg, David |

| Last Name, First Name of Witness |
|---|
| Tal, Ady |
| Walpert, Gary A. |
| Wheat, Stephen |
| Yu, Albert |
| Record keepers and witnesses as needed for evidentiary foundation of for admissibility of trial exhibits. |
| To the extent that Plaintiff challenges the foundation or admissibility of prior art that Defendants have identified in this case, Defendants reserve the right to call fact witnesses as necessary to establish the admissibility of that evidence. |

Dated:  February 27, 2007         Respectfully submitted,


/s/ Eric H. Findlay
Eric H. Findlay
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, TX 75702-0629
Tel. (903) 510-5213
Fax (903) 597-2413
E-mail: efindlay@rameyflock.com

Harry Lee Gillam, Jr. (Lead Attorney)
Gillam & Smith LLP
110 S. Bolivar, Suite 204
Marshall, TX 75670
Tel. (903) 934-8450

OF COUNSEL:

Chris R. Ottenweller
G. Hopkins Guy III
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel. (650) 614-7400

        Lisa C. Ward
ORRICK, HERRINGTON & SUTCLIFFE, LLP
4 Park Plaza
Irvine, CA 92614-2558
Tel. (949) 567-6700

Alex V. Chachkes
ORRICK, HERRINGTON & SUTCLIFFE, LLP
666 Fifth Avenue
New York, NY 10103-0001
Tel. (212) 506-5000

ATTORNEYS FOR INTEL
CORPORATION

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 27th day of February, 2007, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

        /s/Eric H. Findlay_____
        ERIC H. FINDLAY