**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | |
|---|---|
| BIAX CORPORATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2-05CV-184-TJW |
| v. ) | |
| ) | |
| INTEL CORPORATION ) | **JURY TRIAL DEMANDED** |
| ) | |
| and ) | |
| ) | |
| ANALOG DEVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Biax Corporation's Third Motion to Amend its Complaint, shall be and is hereby,

GRANTED.

SIGNED this 2nd day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE