**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BIAX CORPORATION, | ) |
| | ) |
| v. | )   Civil Action No. 2-05CV-184 (TJW) |
| | ) |
| INTEL CORPORATION and ANALOG DEVICES, INC. | ) |
| | ) |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW INTEL'S OPPOSITION TO BIAX'S THIRD MOTION TO AMEND ITS COMPLAINT**

Having considered this Unopposed Motion to Withdraw Intel's Opposition to BIAX's Third Motion to Amend its Complaint and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Withdraw Intel's Opposition to BIAX's Third Motion to Amend its Complaint is granted and Intel's opposition to BIAX's Third Motion to Amend its Complaint is hereby withdrawn.

SIGNED this 2nd day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE