# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BIAX CORPORATION, | ) |
| | ) |
|     **Plaintiff,** | ) |
|     **Counterclaim-Defendant,** | ) |
| | )   **Case No. 02:05-CV-184 (TJW)** |
|     **v.** | ) |
| | ) |
| INTEL CORPORATION | ) |
| | ) |
|   **and** | ) |
| | ) |
| ANALOG DEVICES, INC., | ) |
| | ) |
|     **Defendants,** | ) |
|     **Counterclaim-Plaintiffs.** | ) |

## ORDER

BIAX Corporation's Motion to Withdraw its Motion to Preclude Intel Witnesses Identified in Its Supplemental Initial Disclosures at the End of Discovery, and to Preclude the Use of Documents Intel Produced from the Files of Those Witnesses, shall be and is hereby, GRANTED.

    SIGNED this 2nd day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE