# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BIAX CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | **Case No. 02:05-CV-184 (TJW)** |
| **v.** ) | |
| ) | |
| **INTEL CORPORATION** ) | |
| ) | |
| **and** ) | |
| ) | |
| **ANALOG DEVICES, INC.,** ) | |
| ) | |
| **Defendants,** ) | |
| **Counterclaim-Plaintiffs.** ) | |

## ORDER

BIAX Corporation's Motion to Withdraw its Motion to Second Expedited Motion to Compel Intel Corporation to Produce Discovery and for Sanctions for Inadequate Witness Preparation shall be, and is hereby, GRANTED.

SIGNED this 2nd day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE